IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **KEITH PIERCE** : | |
| 4603 Mimsey Road : | |
| Upper Marlboro, MD 20772 : | |
|     Plaintiff, : | **Civil Case No.** |
| : | |
| v. : | **Jury Demand** |
| : | |
| **HON. R. JAMES NICHOLSON** : | |
| Sec'y, U.S. Dept. of Veterans' Affairs : | |
| In his official capacity : | |
| 810 Vermont Avenue, NW : | |
| Washington, DC 20420 : | |
| : | |
|     Defendant. : | |

## COMPLAINT

UNLAWFUL DISCRIMINATION

1. Plaintiff through his counsel, Jimmy A. Bell, Esq., respectfully presents this complaint against Defendant to enforce his rights under the Civil Rights Act of 1964, 42 U.S.C. § § 2000e, et seq. and Civil Rights Act of 1991.

**JURISDICTION**

2. Jurisdiction of this Court is based upon the Civil Rights Act of 1964, 42 U.S.C. § § 2000e, et seq. and Civil Rights Act of 1991.

3. Venue lies in District of Columbia as the discriminatory acts complained of occurred within said jurisdiction.

## **FACTUAL BASIS OF THE COMPLAINT**

4. Plaintiff is an African American citizen of the United States who resides at the address set forth in the caption above at all times material to this complaint.

5. Plaintiff is a member of a protected class (African American) and (disability).

6. Plaintiff is a is am employee of Department of Veterans Affairs.

7. Plaintiff engaged in protected conduct by filing a discrimination complaint against his immediate supervisors (the defendant).

8. Plaintiff's immediate supervisors knew of plaintiff's protected conduct (filing a complaint against his immediate supervisors).

9. Plaintiff suffered adverse employment actions after engaging in protected conduct.

10. There is a causal link between the protected conduct that the plaintiff engaged in and the defendant's adverse action against plaintiff.

11. Plaintiff has been subjected to retaliation and malicious acts as a result of filing a discrimination complaint against his immediate supervisors.

12. The Defendant failed to select plaintiff for the Lead Patient Advocate position even though he was qualified for the position and had applied for the position under the special hiring authority (10 point preference veteran) and disabled veteran preference. Defendant knew of plaintiff's disability.

13. Plaintiff has been subjected to discrimination and malicious acts as a result of filing a discrimination suit against her immediate supervisors.

14. Plaintiff was treated differently than similarly situated individuals not in the plaintiff's protected class.

15. There is a causal link between the disparate treatment of those who had not engaged in protected activity, or who had engaged in similar activity to the plaintiff, albeit non-protected, but who were not similarly treated by the defendant.

16. Plaintiff exhausted all of his administrative remedies because defendant accepted plaintiff's claims for investigation and over 180 days has passed since the formal investigation began.

17. Defendant's action had a significant effect on plaintiff and his family.

18. As a result of harassment Plaintiff suffered the following:

    Mental Strain.

    Defamation of character on the job.

    Public humiliation.

    Loss of pay and time in grade..

## STATEMENT OF CLAIM

**Count I:   Discrimination based on (reprisal)**

19. Plaintiff repleads and realleges paragraphs 1 through 18 above with the same force and effect as if set forth separately and at length herein.

20. Plaintiff was discriminated against because of race (black), reprisal (prior EEO activity), age (over 40) and disability on October 21, 2004 when he was not selected for the re-announced position of Program Specialist (Lead Patient Advocate) GS-13.

21. Plaintiff, seeks the following relief:

22. Compensatory damages for pain and suffering, humiliation and discrimination in the amount of $300,000 dollars.

23. Back pay and front pay.

24. Pre and Post-judgment interest.

25. The cost of litigation, including reasonable attorney's fees and expert witness' fees.

26. Such other relief as may be just.

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

_____

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Telephone: (301)599-7620
Fax: (301)599-7623
**Bar # MD14639**