UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. R. JAMES NICHOLSON, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1989 (RMU) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
501 3rd St., N.W.
Washington, DC  20530
202-616-5309