UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1989 (RMU) |
| | ) |
| R. JAMES NICHOLSON, Secretary, | ) |
| U.S. Department of Veterans' Affairs, | ) |
| | ) |
| Defendant. | ) |

## **ANSWER**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant hereby respectfully answers the numbered paragraphs of Plaintiff's Complaint as follows:

1. This paragraph represents Plaintiff's characterization of his case and does not warrant a response.

2. Defendant does not dispute the Court's jurisdiction over this matter.

3. Defendant does not dispute that venue is proper.

4. Admit.

5. Defendant does not dispute that Plaintiff is African American; however Defendant denies that Plaintiff is disabled under applicable legal definitions which would accord him protected class status.

6. Admit.

7. Defendant admits only to the extent that Plaintiff filed prior discrimination complaints in 1999 and 2000 while employed by the Department of Veterans Affairs.

8. Defendant lacks sufficient knowledge and therefore denies whether Plaintiff's immediate supervisors were aware of the 1999 and 2000 complaints.

9. Deny.

10. Deny.

11. Deny.

12. Defendant denies the allegations in this paragraph: the vacancy announcements under which Plaintiff applied were withdrawn and an employee who had previously held the position prior to going on active duty with the military was placed back in the position upon his return and indication that he was amenable to the placement. Defendant denies knowledge of Plaintiff's alleged disability.

13. Deny.

14. Deny.

15. Deny.

16. Admit.

17. Defendant lacks sufficient knowledge to admit or deny the allegations in this paragraph.

18. Deny.

19. Defendant reiterates its responses to paragraphs 1 through 18 above in response to this paragraph.

20. Deny.

21. Defendant denies that Plaintiff is entitled to any requested relief.

22. Defendant denies that Plaintiff is entitled to any requested relief.

23. Defendant denies that Plaintiff is entitled to any requested relief.

24 Defendant denies that Plaintiff is entitled to any requested relief.

25. Defendant denies that Plaintiff is entitled to any requested relief.

26. Defendant denies that Plaintiff is entitled to any requested relief.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE
DC Bar #171538
Assistant United States Attorney


_____
KATHLEEN KONOPKA
Assistant United States Attorney
202/616-5309