IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
**KEITH PIERCE,**                           :
                                            :
       Plaintiff,               :    Case No.: 1:05-cv-01989 (RMU)
                                            :
v.                                          :
                                            :
**THE HONORABLE R. JAMES**                  :
**NICHOLSON, SECRETARY, UNITED**            :
**STATES DEPARTMENT OF**                    :
**VETERANS' AFFAIRS,**                      :
                                            :
       Defendant.               :
_____:

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2004 hereby

ORDERED that the parties shall be allowed a discovery period of 120 days from the date of the initial scheduling conference in this matter, and it is further;

ORDERED that any dispositive motions shall be filed no later than ___ days after the close of discovery, any opposition thereto shall be filed no later than ___ days following the filing of the dispositive motion; and any reply shall be filed no later than ___ days following the filing of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2).

Date_____        _____
                                                  United States District Judge