IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**KEITH PIERCE,**                           :
:
      Plaintiff,                         :   Case No. 1:05-cv-01989-RMU-DAR
:
v.                                          :
:
**HON. R. JAMES NICHOLSON,**   :
:
      Defendant.                        :
_____:

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

COMES NOW Plaintiff, Keith Pierce, by and through counsel Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(a) of the Local Rules and makes the following initial disclosures. Plaintiff reserves the right to supplement these disclosures at appropriate intervals as required by Rule 26(e)(1).

    A.    The following individuals are likely to have discoverable information that Plaintiff may use to support his claims:

        1.    Plaintiff's supervisors at the Dept. of Veterans' Affairs.

        2.    Selecting officer(s) for the Lead Patient Advocate position.

    B.    Plaintiff has currently the following document, data compilation, or tangible thing in his possession, custody or control, which Plaintiff may use to support his claims. complete documentation of Plaintiff's prior discrimination suit.

C.   In addition to discrimination, which is an injury in and of itself, Plaintiff also suffered extreme emotional pain and distress as a result of the Defendants' agents'/servants'/employees' actions.

D.   Plaintiff is unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

/s/Jimmy A. Bell, Esq.
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Bar # MD 14639
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 23d day of March, 2006, a copy of the foregoing Rule 26(a)(1) Initial Disclosures was served via Pacer/ECF and first-class mail, postage prepaid, upon the following:

**Kathleen M. Konopka**
U.S. ATTORNEY'S OFFICE
501 3rd Street, NW
Washington, DC 20530
Counsel for Defendant

                                        /s/Jimmy A. Bell, Esq._____
                                        Jimmy A. Bell, Esq.