IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:05-cv-01989-RMU-DAR |
| ) | |
| v. ) | |
| ) | |
| **HON. R. JAMES NICHOLSON,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S EMERGENCY CONSENT MOTION
### TO RESCHEDULE SETTLEMENT CONFERENCE

COMES NOW Plaintiff, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Emergency Consent Motion to Reschedule Settlement Conference set for March 28, 2006.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6, this Court may at any time in its own discretion "enlarge the time period for an act required to be done in a specific time."

2. A settlement conference in the above-captioned matter has been scheduled for March 28, 2006.

3. Plaintiff's Counsel was stabbed on the night of March 26, 2006; he was treated overnight at Howard University Hospital, and is recovering at home. Plaintiff's Counsel is, however, unable to attend the scheduled settlement conference for medical reasons.

4. Plaintiff's Counsel's staff contacted the chambers of Magistrate Judge Robinson and Defendant's Counsel, Kathleen Konopka on the afternoon

       of March 27, 2006 to inform them of Mr. Bell's condition.  Defendant's Counsel consents to this Motion to Reschedule.

5.       Magistrate Judge Robinson's chambers clerk, mindful of the Court's standing Order to hold a settlement conference prior to April 4, 2006, has given the earliest reschedule date as April 27, 2006.

6.       For the foregoing reasons, Plaintiff's Counsel respectfully requests that the settlement conference which has been scheduled for Tuesday, March 28, 2006, be rescheduled to April 27, 2006, at 9:30 a.m.

WHEREFORE, Plaintiff respectfully moves that this Honorable Court grant his Emergency Consent Motion to Reschedule the Settlement Conference.

                                                     Respectfully submitted,

                                                     _____/s/_____
                                                     Jimmy A. Bell, Esq.
                                                     Law Office of Jimmy A. Bell, P.C.
                                                     9610 Marlboro Pike
                                                     Upper Marlboro, MD 20772
                                                     (301) 599-7620
                                                     (301) 599-7623 (fax)
                                                     Bar No. MD 14639
                                                     Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| Plaintiff, | ) | **Case No.: 1:05-cv-01989-RMU-DAR** |
| v. | ) | |
| **HON. R. JAMES NICHOLSON,** | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Emergency Consent Motion to Reschedule Settlement Conference, and in the interests of justice, it is this _____ day of March 2006,

ORDERED, that Plaintiff's Emergency Consent Motion to Reschedule Settlement Conference is hereby GRANTED, and it is

FURTHER ORDERED, that the Settlement Conference is rescheduled to the 27th day of April, 2006, at 9:30 a.m.

_____
United States District Court Judge

3