IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KEITH PIERCE,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:05-cv-01989-RMU-DAR |
| ) | |
| v. ) | |
| ) | |
| **HON. R. JAMES NICHOLSON,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S EMERGENCY CONSENT MOTION TO STAY MEDIATION UNTIL THE POST-DISCOVERY PHASE AND TO CONTINUE INDEFINITELY THE SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 27, 2006

COMES NOW Plaintiff, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Emergency Consent Motion to Stay Mediation Until the Post-Discovery Phase and to Continue Indefinitely the Settlement Conference Scheduled for April 27, 2006.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6, this Court may at any time in its own discretion "enlarge the time period for an act required to be done in a specific time."

2. A settlement conference in the above-captioned matter has been scheduled for April 27, 2006.

3. On the morning of April 26, 2006, Plaintiff's counsel and Defendant's counsel conferred by telephone and learned that the parties are sufficiently far apart on the settlement value of this case that mediation on April 27, 2006 would prove fruitless.

4. Plaintiff's counsel has made discovery requests of Defendant.

5. Defendant has noticed Plaintiff's deposition.

6. Plaintiff believes that this exchange of discovery materials will increase the likelihood that the parties could conduct fruitful mediation after the close of discovery in this matter.

7. Discovery is currently scheduled to close on June 21, 2006.

8. On April 26, 2006, Plaintiff's counsel contacted Defendant's counsel; Defendant's counsel consents to Plaintiff's motion.

9. Defendant will thus not be prejudiced if Plaintiff's motion is granted; nor the litigation be unduly prolonged; nor justice be stayed.

9. For the foregoing reasons, Plaintiff respectfully moves this Honorable Court stay mediation in this matter until after the close of discovery, and to continue indefinitely the settlement conference which has been scheduled for April 27, 2006, at 9:30 a.m.

WHEREFORE, Plaintiff respectfully moves that this Honorable Court GRANT his Emergency Consent Motion to Stay Mediation to the Post-Discovery Phase and Continue Indefinitely the Settlement Conference Scheduled for April 27, 2006.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Bar No. MD 14639
Counsel for Defendants

2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** ) | |
| ) | |
| Plaintiff, ) | **Case No.: 1:05-cv-01989-RMU-DAR** |
| ) | |
| v. ) | |
| ) | |
| **HON. R. JAMES NICHOLSON,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's Emergency Consent Motion, and in the interests of justice, it is this 26th day of April, 2006,

ORDERED, that Plaintiff's Emergency Consent Motion is hereby GRANTED, and it is

FURTHER ORDERED, that the Settlement Conference scheduled for April 27, 2006, is indefinitely CONTINUED; and it is

FURTHER ORDERED, that the period of mediation in this matter is stayed until after the close of discovery.

_____
Hon. Ricardo M. Urbina
United States District Court Judge