## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE,                             )<br>                                           )<br>                                           )<br>        Plaintiff,                        )<br>                                           )<br>    v.                                     )   Civil Action No. 05-1989 (RMU)<br>                                           )<br>R. JAMES NICHOLSON, Secretary,             )<br>U.S. Department of Veterans' Affairs,      )<br>                                           )<br>                                           )<br>        Defendant.                          )<br>                                           ) | |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion to Extend Discovery, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED: the discovery period in the above-captioned case shall be extended until August 21, 2006.  Dispositive motions will now be due by October 23, 2006, oppositions on November 24, 2006, and replies by December 8, 2006.

                                              _____
                                              UNITED STATES DISTRICT JUDGE