UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE,          )<br>                              )<br>                              )<br>   Plaintiff,             )<br>                              )<br>   v.                       )<br>                              )<br>R. JAMES NICHOLSON, Secretary, )<br>U.S. Department of Veterans' Affairs, )<br>                              )<br>                              )<br>   Defendant.          )<br>                              ) | Civil Action No. 05-1989 (RMU/DR) |

**CONSENT MOTION TO POSTPONE SETTLEMENT CONFERENCE**

Defendant R. James Nicholson, Secretary, U.S. Department of Veterans' Affairs, respectfully requests that the settlement conference currently scheduled in the above-captioned case for June 22, 2006, be postponed under September 14, 2006, at 2:00 p.m. Counsel for Plaintiff consents to this request and the proposed date. In support of this motion, Defendant states as follows:

On June 19, 2006, Defendant requested and was granted an extension of discovery until August 21, 2006. In consultation with Plaintiff's counsel, it was decided that mediation would be significantly more fruitful following full discovery.

WHEREFORE, Defendant respectfully requests that the currently scheduled settlement conference be postponed until September 14, 2006, at 2:00 pm.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 616-5309