**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**KEITH PIERCE,**

               Plaintiff,

v.

**R. JAMES NICHOLSON,**

               Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:05CV01989 (RMU)(DAR)

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

COMES NOW Plaintiff Keith Pierce, by and through undersigned counsel, Jimmy A.

Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and, pursuant to Fed. R. Civ. P. 6(b),

respectfully submits this Consent Motion for Extension of Time to Complete Discovery.

As grounds for his request to enlarge discovery by sixty (60) days, Plaintiff states the

following:

1. Under Fed. R. Civ. P. 6(b), this Court may, and for cause shown, extend the time

    within which a prescribed act may be done.

2. On June 16, 2006, this Court issued an order directing that discovery be closed on

    August 21, 2006, three days hence.

3. During the month of July, Plaintiff's counsel lost its only two law clerks, leaving

    Plaintiff's counsel with only a secretary in his office.

4. Plaintiff's counsel also had numerous court appearances in July, including a three day

    trial in Baltimore, Maryland.

5. Plaintiff's counsel spent the better part of July in court.  As such, Plaintiff respectfully

    requests that this Court enlarge discovery by sixty days so as to afford Plaintiff's

counsel the opportunity to fully engage in discovery on the Plaintiff's behalf, to include the taking of additional depositions.

6. Plaintiff's counsel contacted counsel for the Defendant who gave his consent to the instant motion.

WHEREFORE, for the foregoing reasons, Plaintiff Pierce respectfully requests that this Honorable Court grant his Consent Motion for Extension of Time to Complete Discovery and enlarge discovery by sixty days.

Respectfully submitted,


_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639
Counsel for Plaintiff


Dated:  August 18, 2006