IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05CV01989 (RMU)(DAR) |
| ) | |
| **R. JAMES NICHOLSON,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before this Court on Plaintiff's Consent Motion for Extension of Time to Complete Discovery. Upon consideration of Plaintiff's Motion, Defendant's consent thereto, and in the interests of justice, it is this _____ day of _____, 2006,

ORDERED that Plaintiff's Consent Motion is hereby GRANTED.

_____
United States District Judge