**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**KEITH PIERCE, et al.**

    Plaintiffs,

    v.

**R. JAMES NICHOLSON, Secretary**
**U.S. Department of Veterans Affairs**

    Defendant.
_____

Case No.: 1:05-cv-01989 (RMU)

## PLAINTIFF'S EMERGENCY CONSENT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 14, 2006

COMES NOW, Plaintiff Pierce, by and through the undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 16(b), and with consent of Defendant's Counsel, Kathleen Konopka, for an order continuing the initial scheduling conference scheduled for September 14, 2006 and to reschedule the same.  For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 16 (b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. The parties in this case are still conducting discovery in the above-referenced case.

3. The parties agree that a settlement conference would be more appropriate if the parties complete discovery prior to the same.

4. The parties agree that they are more likely to reach a settlement agreement once discovery is complete.

5. Counsel for Plaintiff respectfully requests the Court's indulgence in consideration of this motion, and respectfully requests this Court to continue the status conference scheduled for September 14, 2006 and reschedule the same.

6. Counsel for the Plaintiff contacted Counsel for the Defendant, Kathleen Konopka, Esq., on September 13, 2006 and Ms. Konopka consented to Plaintiff's instant motion.

7. Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

WHEREFORE, Plaintiff requests that this Court grant his Emergency Consent Motion to Continue the Hearing Scheduled for September 14, 2006 and reschedule the same.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiffs
Bar # MD 14639

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE, et al.** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **R. JAMES NICHOLSON, Secretary** : <br> **U.S. Department of Veterans Affairs** : <br> : <br> Defendant. : | Case No.: 1:05-cv-01989 (RMU) |

## ORDER

In consideration of Plaintiff's Emergency Consent Motion to Continue the Status Conference Scheduled for September 14, 2006 and Defendant's consent thereto and in the interests of justice, it is hereby ORDERED that Plaintiff's Emergency Consent Motion to Continue the Status Conference Scheduled for September 14, 2006 is GRANTED and that the status conference scheduled for September 13, 2006 be rescheduled.

SO ORDERED this ____ day of September 2006.

_____
U.S. District Court Judge