UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, )<br>)<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>R. JAMES NICHOLSON, Secretary, )<br>U.S. Department of Veterans' Affairs, )<br>)<br>)<br>      Defendant. )<br>                                                                 ) | Civil Action No. 05-1989 (RMU/DR) |

**CONSENT MOTION TO CHANGE SETTLEMENT CONFERENCE DATE**

Defendant R. James Nicholson, Secretary, U.S. Department of Veterans' Affairs, respectfully requests that the settlement conference currently scheduled in the above-captioned case for November 2, 2006, be changed to October 31, 2006.  Counsel for Plaintiff consented to this motion through his paralegal and confirmed that he is available on this date.  In support of this motion, Defendant states as follows:

On September 13, 2006, Plaintiff moved to continue the settlement conference in this case.  Defendant consented to this motion, but was not consulted regarding a new date.  The Court granted Plaintiff's motion and continued the conference to November 2, 2006, a date on which undersigned counsel will be out of the country on committed leave.

WHEREFORE, Defendant respectfully requests that the currently scheduled settlement conference be changed to October 31, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 616-5309