UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1989 (RMU/DR) |
| | ) |
| R. JAMES NICHOLSON, Secretary, | ) |
| U.S. Department of Veterans' Affairs, | ) |
| | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's consent motion to change settlement conference date, the grounds stated therein, and the entire record, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED; and it is further

ORDERED that the parties shall appear for a settlement conference on October 31, 2006, at _____ (time) in _____ (location).

_____
UNITED STATES MAGISTRATE JUDGE