UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE,          )<br>                               )<br>                               )<br>    Plaintiff,              )<br>                               )<br>    v.                         )<br>                               )<br>R. JAMES NICHOLSON, Secretary,  )<br>U.S. Department of Veterans' Affairs,  )<br>                               )<br>                               )<br>    Defendant.          )<br>                               ) | Civil Action No. 05-1989 (RMU/DR) |

**CONSENT MOTION TO CHANGE SETTLEMENT CONFERENCE DATE**

Defendant R. James Nicholson, Secretary, U.S. Department of Veterans' Affairs, respectfully requests that the settlement conference currently scheduled in the above-captioned case be indefinitely postponed pending the Court's ruling on motions for summary judgment. Counsel for Plaintiff consented to this motion through his paralegal during a conference call with the Magistrate's chambers. In support of this motion, Defendant states as follows:

The parties' informal discussions have revealed that their settlement positions are far apart at this juncture, and neither party believes that his position will change significantly prior to receiving the Court's decision on anticipated motions for summary judgment. Thus, it is believed that mediation would be unfruitful prior to this time.

The parties agree to contact chambers regarding a new date upon the reception of the Court's resolution of dispositive motions.

WHEREFORE, Defendant respectfully requests that the currently scheduled settlement conference date be postponed indefinitely pending resolution of dispositive motions.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 616-5309