UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH PIERCE,                                    )
                                                 )
                                                 )
            Plaintiff,                           )
                                                 )
      v.                                         )        Civil Action No. 05-1989 (RMU/DR)
                                                 )
R. JAMES NICHOLSON, Secretary,                   )
U.S. Department of Veterans' Affairs,            )
                                                 )
                                                 )
            Defendant.                           )
_____             )

ORDER

      UPON CONSIDERATION of Defendant's consent motion to postpone settlement date,

the grounds stated therein, and the entire record, it is on this _____ day of _____, 2006,

hereby

      ORDERED that Defendant's Motion shall be, and hereby is, GRANTED; and it is further

      ORDERED that the parties, if necessary, shall contact the Magistrate's chambers upon

reception of the Court's decision on dispositive motions to schedule a new settlement conference.


                                    _____
                                    UNITED STATES MAGISTRATE JUDGE