UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE,           )<br>                                )<br>                                )<br>     Plaintiff,              )<br>                                )<br>     v.                        )<br>                                )<br>R. JAMES NICHOLSON, Secretary, )<br>U.S. Department of Veterans' Affairs, )<br>                                )<br>                                )<br>     Defendant.          )<br>_____) | Civil Action No. 05-1989 (RMU) |

## ORDER

UPON CONSIDERATION of Defendant's Opposition to Plaintiff's Motion to Extend Discovery, any reply thereto, and the record herein, this Court hereby, on this _____ day of _____, 2006,

VACATES its October 24, 2006 MINUTE ORDER granting Plaintiff's Motion to Extend Discovery, and further

ORDERS, that Plaintiff's Motion to Extend Discovery is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE