IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** | :<br>:<br>: |
| Plaintiff, | :<br>: Case No.: 05-CV-01989 (RMU-DAR) |
| v. | :<br>: |
| **HON. R. JAMES NICHOLSON** | :<br>: |
| Defendant. | :<br>: |

**PLAINTIFF KEITH PIERCE'S CORRECTED MOTION
TO EXTEND LIMITED DISCOVERY
FOR THIRTY DAYS**

COMES NOW, Plaintiff Keith Pierce, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Motion to Extend Limited Discovery for Thirty Days *without consent of Defendant*. For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Discovery in this matter is set to close on October 23, 2006.

3. Plaintiff has not yet deposed Defendant's representative to testify about the cancellations of positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. Plaintiff has not yet deposed Defendant's representative to testify about the selection of persons other than Plaintiff for positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).

5.	Although Plaintiff intends to conduct these depositions, due to scheduling conflicts, Plaintiff has not yet been able to schedule the deposition Defendant's 30(b)(6) witness(es).

6.	Defendant's 30(b)(6) witness(es) is a critical witness to the case at bar.

7.	Plaintiff contacted Defendant for the purposes of gaining consent to the instant motion, but Defendant stated that Defendant opposes the instant motion.

8.	This matter will not be unduly delayed by the extension of limited discovery for thirty (30) days.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this court GRANT Plaintiffs' Motion to Extend Limited Discovery for Thirty Days solely for the purpose of deposing a 30(b)(6) representative(s). All other date and deadlines are to remain unaffected.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639
*Counsel for Plaintiff*

## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 05-CV-01989 (RMU-DAR)** |
| v. : | |
| **HON. R. JAMES NICHOLSON** : | |
| : | |
| Defendant. : | |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Extend Limited Discovery for Thirty Days, and the interests of justice, Plaintiffs' Motion to Extend Limited Discovery for Thirty Days is hereby GRANTED and it is ORDERED, that discovery in this matter shall be extended by thirty (30) days limited to the taking of the deposition(s) of Defendant's corporate representative(s) pursuant to Fed. R. Civ. P. 30(b)(6).  All other date and deadlines are to remain unaffected.

SO ORDERED,

this ___ day of October 2006,

 _____
 United States District Court Judge