IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **KEITH PIERCE** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 05-CV-01989 (RMU-DAR) |
| v.  : | |
| : | |
| **HON. R. JAMES NICHOLSON** : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWL OF MOTION

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Plaintiff Keith Pierce, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully withdraws his Motion to Extend Limited Discovery for Thirty Days., filed October 23, 2006.

Notwithstanding the fact that Plaintiff clearly stated that "Defendant stated that Defendant opposes the instant motion," Plaintiff also inadvertently stated that Plaintiff's Motion was "with Consent of the Defendant."  Plaintiff has filed a corrected motion in conjunction with this withdrawal.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639