IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 05-CV-01989 (RMU-DAR) |
| v. : | |
| : | |
| **HON. R. JAMES NICHOLSON** : | |
| : | |
| Defendant. : | |

**PLAINTIFF KEITH PIERCE'S MOTION
TO EXTEND LIMITED DISCOVERY
FOR THIRTY DAYS**

COMES NOW, Plaintiff Keith Pierce, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Motion to Extend Limited Discovery for Thirty Days without consent of Defendant. For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Discovery in this matter is set to close on November 22, 2006.

3. Plaintiff has not yet deposed Defendant's representative to testify about the cancellations of positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. Plaintiff has not yet deposed Defendant's representative to testify about the selection of persons other than Plaintiff for positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).

5.     Although Plaintiff intends to conduct these depositions, due to scheduling conflicts, Plaintiff has not yet been able to schedule the deposition Defendant's 30(b)(6) witness(es).

6.     Defendant's 30(b)(6) witness(es) is a critical witness to the case at bar.

7.     Counsel for Plaintiff has recently been in complex litigation with extremely shortened discovery and pre-trial periods in U.S. District Court for the District of Maryland (*International Nite Life Entertainment, Inc. v. Jack Johnson*, et al., Case No. 06-2581) and, due to the intense preparation required for this trial in a very limited amount of time, has had no opportunity to schedule a deposition of Defendant's 30(b)(6) witnesses.

8.     Plaintiff contacted Defendant on November 21, 2006 for the purposes of gaining consent to the instant motion, but Defendant stated that Defendant opposes the instant motion.

9.     Plaintiff also contacted Defendant on November 21, 2006 for the purposes of scheduling the deposition of Defendant's 30(b)(6) witness at the end of November or in early December 2006, but Defendant was unwilling to even discuss potential deposition dates.

10.    During the conversation described in paragraphs 8 and 9, Plaintiff was prepared to schedule and notice the deposition of Defendant's 30(b)(6) witness that same day, and thus complete all discovery in or about late November or early December 2006.

11.    This matter will not be unduly delayed by the extension of limited discovery for thirty (30) days, particularly since Plaintiff is already prepared to schedule the aforesaid deposition on specific dates as of the date of this filing.

12.    Defendant will not be prejudiced by the granting of the instant motion.

13.    Plaintiff will be sorely prejudiced if the instant motion is not granted.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this

court GRANT Plaintiffs' Motion to Extend Limited Discovery for Thirty Days solely for the purpose of deposing a 30(b)(6) representative(s).

                                                       Respectfully submitted,

                                                    _____/s/_____
                                                    Jimmy A. Bell, Esq.
                                                    Law Office of Jimmy A. Bell, P.C.
                                                    9610 Marlboro Pike
                                                    Upper Marlboro, MD 20772
                                                    (301) 599-7620 (Tel)
                                                    (301) 599-7623 (Fax)
                                                    Bar No. 14639
                                                    *Counsel for Plaintiff*

#### IN THE UNITED STATES DISRTICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 05-CV-01989 (RMU-DAR)** |
| v. : | |
| : | |
| **HON. R. JAMES NICHOLSON** : | |
| : | |
| Defendant. : | |

#### **ORDER**

Upon consideration of Plaintiffs' Motion to Extend Limited Discovery for Thirty Days, and the interests of justice, Plaintiffs' Motion to Extend Limited Discovery for Thirty Days is hereby GRANTED and it is ORDERED, that discovery in this matter shall be extended by thirty (30) days limited to the taking of the deposition(s) of Defendant's corporate representative(s) pursuant to Fed. R. Civ. P. 30(b)(6). All other date and deadlines are to remain unaffected.

SO ORDERED,

this ___ day of _____ 2006,

_____
United States District Court Judge