UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.: 05-1989 (RMU) |
| R. JAMES NICHOLSON,<br>Secretary, U.S. Department of<br>Veteran's Affairs, | ) |
|     Defendant. | ) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

The Clerk of Court will please withdraw the appearance of Assistant United States Attorney Kathleen Konopka, and enter the appearance of Assistant United States Attorney Alexander D. Shoaibi, as counsel for Defendants.

    /s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __18th__ day of December, 2006, I caused the foregoing Notice of Appearance to be served on counsel for plaintiff, postage prepaid, addressed as follows:

> Jimmy Bell
> 9610 Marlboro Pike
> Upper Marlboro, MD 20772

> /s/
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney