IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** : | |
| Plaintiff, : | |
| : | Case No.: -CV-01989 (RMU-DAR) |
| v. : | |
| **HON. R. JAMES NICHOLSON** : | |
| Defendant. : | |

**PLAINTIFF KEITH PIERCE'S CONSENT MOTION
TO TAKE THE DEPOSITIONS OF THE 30(B)(6) WITNESES OUTSIDE OF THE
JANUARY 2, 2007 CLOSE OF DISCOVERY**

COMES NOW, Plaintiff Keith Pierce, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this consent Motion to take the 30(b)(6) witness(es) outside of the January 2, 2007 close of discovery. For cause and authority, Plaintiff states as follows:

1.  Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2.  Discovery in this matter is set to close on January 2,, 2007.

3.  Plaintiff has not yet deposed Defendant's representative to testify about the cancellations of positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).

4.  Plaintiff has not yet deposed Defendant's representative to testify about the selection of persons other than Plaintiff for positions for which Plaintiff applied pursuant to Federal Rule of Civil Procedure 30(b)(6).


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

4.   The persons to be deposed were not available before the January 2, 2007 close of discovery.

5.   Defendant's 30(b)(6) witness(es) is a critical witness to the case at bar.

6.   Plaintiff contacted Defendant for the purposes of gaining consent to the instant motion, Defendant stated that Defendant consents to the instant motion.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this court GRANT Plaintiffs' Motion to take the 30(b)(6) witness(es) outside of the January 2, 2007 close of discovery.

All other date and deadlines are to remain unaffected.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639
*Counsel for Plaintiff*

## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE** | : |
| Plaintiffs, | : |
| v. | : Case No.: 05-CV-01989 (RMU-DAR) |
| **HON. R. JAMES NICHOLSON** | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiffs' Motion to take the 30(b)(6) witness(es) outside of the January 2, 2007 close of discovery. All other date and deadlines are to remain unaffected.

SO ORDERED,

this ___ day of December 2006.

_____
United States District Court Judge

