UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**R. JAMES NICHOLSON,** )<br>Secretary, U.S. Department of )<br>Veteran's Affairs, )<br>)<br>  **Defendant.** )<br>) | **C.A. No.: 05-1989 (RMU/DAR)** |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant, by counsel, moves to amend the scheduling order for dispositive motions entered by this Court on October 25, 2007. This request for modification of the schedule for the filing of dispositive motions is made with the consent of plaintiff's counsel. The Court should grant this consent motion for the following reasons:

1. The Court granted plaintiff's Amended Motion for Extension of Time to Complete Discovery on October 25, 2006, and simultaneously extended the deadline for filing dispositive motions. (October 25, 2006 Minute Order granting docket #23, plaintiff's Amended Motion for Extension of Time to Complete Discovery). At that time, the Court ordered dispositive motions to be filed on or before January 22, 2007; oppositions to be filed on or before February 23, 2007; and replies to be filed on or before March 9, 2007.

2. On January 3, 2007, the Court granted defendant's Consent Motion for Extension of Time to Complete Discovery, and ordered that discovery shall close on or before January 31, 2007. (January 3, 2007 Minute Order granting docket #27, Consent Motion for Extension of

Time to Complete Discovery).

      3. On January 17, 2007, plaintiff completed discovery by taking the depositions of two representatives of defendant at the Veteran's Administration Hospital in Washington, DC.

      4. Plaintiff has continued discovery for close to three months since the Court's entry of the most recent scheduling order for the filing of dispositive motions.

      5. In addition, undersigned counsel entered his appearance as new counsel of record on December 18, 2006, replacing Assistant U.S. Attorney Kathleen M. Konopka, who represented defendant since the beginning of this case. (Docket #26, Notice of Substitution of Counsel).

      6. Because of the very recent conclusion of discovery and the recent substitution of counsel for defendant, it would be in the interests of justice for the Court to modify the existing scheduling order for the filing of dispositive motions.

WHEREFORE, for the above stated reasons, defendant, by counsel and with the consent of plaintiff, moves that the scheduling order for dispositive motions in this case be modified, extending each of the deadlines by forty-five days. Under the requested modification, dispositive motions would be due on or before March 8, 2007; oppositions would be due on or before April 9, 2007; and replies would be due on or before April 23, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this __18th__ day of January, 2007, I caused the foregoing Consent Motion to Amend Scheduling Order to be served on counsel for plaintiff, postage prepaid, addressed as follows:

>Jimmy Bell
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

>    /s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-1989 (RMU/DAR) |
| ) | |
| v. ) | |
| ) | |
| R. JAMES NICHOLSON, ) | |
| Secretary, U.S. Department of ) | |
| Veteran's Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion to amend the scheduling order in this case, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that dispositive motions are due on or before March 8, 2007; oppositions are due on or before April 9, 2007; and replies are due on or before April 23, 2007. The Court further orders that the existing scheduling order for the filing of dispositive motions is **VACATED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007