UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-1989 (RMU/DAR) |
| | ) | |
| v. | ) | |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| Secretary, U.S. Department of | ) | |
| Veteran's Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S DISPOSITIVE MOTION**

Defendant, by counsel, moves for a thirty day extension of time to file its dispositive motion in this case. The Court should grant this motion for the following reasons:

1. Defendant's dispositive motion is due on March 8, 2007, but because of conflicting responsibilities in other cases surrounding the above deadline, undersigned counsel requests additional time to complete this motion.

2. Specifically, the week the dispositive motion is due in this case, undersigned counsel is responsible for the filing of responsive pleadings and/or dispositive motions in the cases of Jackson v. Bureau of Prisons (RWR), Washington v. Department of Labor (CKK), Seifert v. Department of Navy (RBW), and Coleman v. Bureau of Prisons (RMC). In addition, on March 12, 2007, undersigned counsel is scheduled to argue the case of Barry v. Gonzales in the Second Circuit Court of Appeals as part of the Deputy Attorney General's immigration emergency project.

    3. Other responsibilities of counsel for defendant necessitating the requested extension of time include work on an appellate brief in <u>Patterson v. Johnson</u> (D.C. Cir.) due on March 12, 2007 and work on an immigration appellate brief in <u>Matijevic v. Gonzales</u> (2nd Cir.) due on March 9, 2007.

    4. In addition, in the last several weeks, undersigned counsel has prepared and filed a number of substantive motions in other cases, including <u>Walker v. EPA</u> (ESH), <u>Hall v. Administrative Office of U.S. Courts</u> (JDB), <u>Clemmons v. DHS</u> (RCL), and <u>Elliot v. USPS</u> (JDB).

    5. On March 8, 2007, the present filing deadline for dispositive motions, and on March 9, 2007, the Civil Division of the U.S. Attorney's Office has a mandatory off-site training conference for Assistant U.S. Attorneys.

    6. Undersigned counsel has been working diligently on defendant's dispositive motion along with the above matters, but because of the aforementioned responsibilities, requests an additional thirty days to complete this dispositive motion.

    7. Undersigned counsel contacted plaintiff's counsel regarding this request for extension of time to file defendant's dispositive motion, and received a message from plaintiff's counsel that plaintiff does not consent to the requested enlargement of time.

    8. The history of this cases indicates that plaintiff has filed three motions to extend discovery in this case, and all of these motions, including the one filed on October 23, 2006 (Docket #20, later amended in Docket #23) and opposed by defendant (Docket #22) were granted. The period for discovery in this case was extended from four months to eleven months.

9. Granting the requested extension of time would be in the interests of justice, and would not prejudice the interests of plaintiff in this matter.

WHEREFORE, for the above stated reasons, defendant, by counsel, moves that deadline for the filing of dispositive motions be extended thirty days, and that dispositive motions are, therefore, now due on April 9, 2007.  As a result of the extension of time for the filing of defendant's dispositive motion, defendant also requests that the deadline for filing an opposition be changed to May 9, 2007, and that the deadline for filing a reply be changed to May 23, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this  28th  day of February, 2007, I caused the foregoing Motion for Extension of Time to File Defendant's Dispositive Motion to be served on counsel for plaintiff, postage prepaid, addressed as follows:

>Jimmy Bell
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:05-cv-01989-RMU    Document 29    Filed 02/28/2007    Page 5 of 5