UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** )<br>)<br>   Plaintiff,        )<br>)<br>   v.                    )<br>)<br>**R. JAMES NICHOLSON,** )<br>Secretary, U.S. Department of )<br>Veteran's Affairs,      )<br>)<br>   Defendant.       )<br>) | **C.A. No.: 05-1989 (RMU/DAR)** |

**ORDER**

**UPON CONSIDERATION** of defendant's motion for extension of time to file defendant's dispositive motion, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that dispositive motions are due on or before April 9, 2007; oppositions are due on or before May 9, 2007; and replies are due on or before May 23, 2007. The Court further orders that the existing scheduling order for the filing of dispositive motions is **VACATED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007