UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>R. JAMES NICHOLSON, Secretary, )<br>U.S. Department of Veterans Affairs, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1989 (RMU) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss and In the Alternative for Summary Judgment. After considering the applicable pleadings, applicable law, and the record herein, it is, this _____ day of _____, 2007,

It is ORDERED that Defendant's Motion to Dismiss [Motion for Summary Judgment] is granted. [Summary judgment is hereby entered in favor of Defendant].

It is FURTHER ORDERED that all of Plaintiff's claims are dismissed with prejudice. This is a final, appealable Order.

_____
Ricardo M. Urbina
United States District Judge

cc:   Counsel of record via ECF