

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

In Reply Refer To:

January 9, 2004

William M. Sivley, MSW

Dear Mr. Sivley:

We have received your request to continue your Leave Without Pay (LWOP) status through July 13, 2004 at the Department of Veterans Affairs Medical Center (VAMC) in Washington, DC as you remain on active duty in support of Operation Noble Eagle. This request has been approved.

As you know, per your conversation with Ms. Terry Ross, Executive Officer, we will be backfilling the position you currently hold at the Washington VAMC as Lead Patient Advocate (_Position Description_: _Program Specialist, GS-0301-13_), effective immediately, due to our considerable increase in workload. Please be assured, however, that upon your return to the medical center, you will be reassigned to a position for which you would be qualified that is of like seniority, status and rate of pay.

If you have any questions, please do not hesitate to contact Ms. Ross at ███████. Thank you for your continued service and support to our Nation's veterans and the U.S. Army Reserves.

Sincerely,

SANFORD M. GARFUNKEL
Medical Center Director