# Emergency Position Request

Name (if vice): William Sivley                Date: January 21, 2004

Position Title: Director, Office of Patient Advocacy

Service: Office of the Medical Center Director

Position Justification:

- Provides feedback to medical center services on patient satisfaction surveys; recommends solutions for issues not yet resolved
- Reviews medical center performance compared to VISN 5 and national outcomes and makes recommendations to achieve satisfactory performance with negative outliers
- Maintains relationships with VA Central Office, VISN 5 and counterparts in other VA program offices, which promotes effective cooperation, program development, resource sharing and problem resolution
- Communicates with internal and external customers in a courteous, tactful and helpful manner

Emergency Justification: For more than a year, Mr. Sivley has been on Active Duty in the Reserves, and has just been approved for an additional 179 days of LWOP in support of Operation Noble Eagle. Since Mr. Sivley's departure, there has been a considerable increase in workload in the Office of Patient Advocacy. Also, in addition to Ms. Michelle Spivak's duties as Director for Public Affairs and Community Relations, she has been detailed as Acting Lead Patient Advocate to cover for Mr. Sivley while he is on leave.

Special Requests/Incentives: Will recruit internally only

Required Signatures:

_[signature]_                    1-21-04
Service Chief                    Date

_[signature]_                    1-27-04
Associate Director               Date
     OR

_____          _____
Chief of Staff                   Date

APPROVAL/DISAPPROVAL
_[signature]_
_____          _____
Medical Center Director          Date