January 23, 2004



TO: Ms Terry Ross

SUBJECT: **Request To Be Detailed In Lead Patient Advocate Position**

1. This letter is a written formal request to be detailed into the Lead Patient Advocate Position. I feel my detail will prove to be very beneficial to both the staff and management. It should be noted that I've served in the capacity of Acting Lead Patient Advocate on numerous occasions. It should also be noted I was interviewed for the position when it was last advertised ranking in the top three (3) candidates of which Bill Sivley was selected. I wrote the Medical Center Policy Memorandums for the Quick Card, Comping and Pager Programs that currently exist at this facility to include assisting the coordinators with implementation. I was responsible for writing the initial draft of the Customer Service Center policy memorandum. This memorandum covered the roles and responsibilities of the individuals located in the center to include the (then) newly assigned Patient Representatives of the Patient Advocate Office. I was responsible for the initial training of the representatives on the Patient Advocate Tracking Package for inputting complaints and served as a mentor when my experience and expertise was needed.

2. My military experience coupled with my civilian experience and education has equipped me with the tools to be an asset in this position. The Lead Patient Advocate is a critical entity to this facility and selecting the best qualified is obviously an important endeavor. I've also attached a copy of the regulatory guidelines that provide guidance in detailing individuals like myself with over 30% service-connected disabilities. I would like to thank you in advance for your consideration and look forwarding to hearing from you with your decision.

*Encl #1*

KEITH B. PIERCE
Patient Advocate

