**Pierce, Keith B**

| | |
|---|---|
| From: | Ross, Terry A (DC VAMC) |
| Sent: | Friday, January 23, 2004 12:44 PM |
| To: | Pierce, Keith B |
| Cc: | Spivak, Michelle B |
| Subject: | Request to be Detailed as Lead Patient Advocate |

<u>Keith</u>: Thank you for your memo requesting to be detailed as Lead Patient Advocate. As I mentioned in our Patient Advocate meeting this week, management has decided to abolish that position, and begin recruitment for a Director, Office of Patient Advocacy at the GS-13 level. Hopefully, we will begin to recruit in the not too distant future. In the interim, in order to maintain as much continuity as possible, Michelle Spivak has agreed to continue as Acting Lead Patient Advocate, in addition to covering her role as Director, Office of Public Affairs and Community Relations, until we are able to fill the role of Director, Office of Patient Advocacy. I appreciate the experience and knowledge you bring to our Patient Advocate office, and hope that you are enjoying your newly expanded role as a facilitator and faculty member of the New Employee Orientation program, as well as faculty for the upcoming Service Recovery program. If you would like to discuss this any further, please feel free to contact Michelle so we can schedule a mutually convenient time for the three of us to get together. Thanks again for your request.

Terry Ross
Executive Officer
VA Medical Center
Washington, DC



1