# POSITION DESCRIPTION (Please read Instructions on the Back)

| | |
|---|---|
| 1. Agency Position No. | 2567-0 |
| 2. Reason for Submission | ☒ Redescription  ☐ New  ☐ Establishment  ☐ Other |
| 3. Service | ☐ Hdqtrs  ☒ Field |
| 4. Employing Office Location | Director's Office |
| 5. Duty Station | 688 |
| 6. OPM Certification | |
| 7. Fair Labor Standards Act | ☐ Exempt  ☒ Nonexempt |
| 8. Financial Statements Required | ☐ Executive Personnel  ☐ Employment and Financial |
| 9. Subject to IA Action | ☐ Yes  ☒ No |
| 10. Position Status | ☒ Competitive  ☐ Excepted (Specify in Remarks)  ☐ SES (Gen.)  ☐ SES (CR) |
| 11. | ☒ |
| 12. Sensitivity | ☒ 1-Non-Sensitive  ☐ 3-Critical  ☐ 2-Noncritical  ☐ 4-Special  ☐ Neither |
| 13. Competitive Level Code | |
| 14. Agency Use | |

Explanation (Show any positions replaced):
REDESCRIPTION OF DUTIES, NO GRADE CHANGE. REPLACES PD # 9680-0

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initial | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | Program Specialist | GS | 301 | 13 | OSSR | 2/12/04 |
| e. Recommended by Supervisor or Initiating Office | Program Specialist | GS | 301 | 13 | | |

16. Organization Title of Position (If different from the official title)
Director, Office of Patient Advocacy

17. Name of Employee (If vacant, specify)

18. Department, Agency, or Establishment
Department of Veterans Affairs

a. First Subdivision
VA Medical Center, Washington, DC

d Subdivision
of the Medical Center Director

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

Signature of Employee (optional)

19. Employee Review — This is an accurate description of the major duties and responsibilities of my position.

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointments and payment of public funds, and that false or misleading statements may constitute violations of such statues or their implementing regulations.

a. Type Name and Title of Immediate Supervisor
Terry Ross, Executive Office
Signature: Terry Ross   Date: 2-11-04

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
Signature   Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
ORLANDO SELLERS SR.
HR SPECIALIST (CLASSIFICATION)
Signature: Orlando Sellers   Date:

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initial | Date | Initial |
|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | |
| b. Supervisor | | | | | | | | | |
| c. Classifier | | | | | | | | | |

24. Remarks
FULL PERFORMANCE LEVEL

25. Description of Major Duties and Responsibilities (See Attached)

Automated Optional Form 8

GOVERNMENT EXHIBIT 5