GOVERNMENT EXHIBIT

# Department of Veterans Affairs — VACANCY ANNOUNCEMENT

| STATION # 688 | DEPT. OF VETERANS AFFAIRS MEDICAL CENTER<br>50 IRVING ST., NW, WASHINGTON, DC 20422 | AREA OF PROMOTION CONSIDERATION<br>PERMANENT VAMC<br>WASHINGTON, DC EMPLOYEES ONLY |
|---|---|---|

| ANNOUNCE NO. | POSITION TITLE | SERIES AND GRADE | SALARY RANGE | NO. OF POSITIONS | PROMOTION POTENTIAL |
|---|---|---|---|---|---|
| MCD 04-23 | Program Specialist | GS-301-13 | $70,519 to $91,672 *per annum | ONE | NONE |

| ISSUE DATE | LOCATION | | | | HRS. PER WK. |
|---|---|---|---|---|---|
| 03/08/04 | Office of the Director<br>Washington, DC 20422 | | | | 40 |
| CLOSING DATE | FOR INFORMATION CONTACT:<br>Gloria McNeill | RELOCATION EXPENSES PAID (MP-5, PART 1, CHAPTER 335)<br>____ YES    ____ NO    _X_ NA | | | |
| 03/26/04 | | | | | |

*Includes Locality Pay

[handwritten: Not included on Correction Announcement]

NOTE: This announcement is a solicitation for applications from current VA employees for competitive promotion consideration. It does not, however, restrict the right to consider or select applicants from any other recruitment source such as a reassignment, appointment demotion, transfer, reinstatement, or special appointing authorities such as those for 30% disabled veterans, veterans readjustment appointment (VRA) eligible, severely disabled persons, etc.

EQUAL EMPLOYMENT OPPORTUNITY: Actions to fill this position will not be based on discriminating factors which are prohibited by law. Applicants are assured of equal consideration without regard to race, color, religion, sex, sexual preference, national origin, politics, physical or mental disability, marital status, age, membership in an employee organization, or any other non-merit reason. Selection does not guarantee promotion to the target grade (or any intervening grade, if appropriate). All ...al and regulatory requirements for promotion to the next higher grade must be met, and subsequent promotion to the next higher grade is dependent ... the selectee's demonstration of the ability to perform the duties of that grade to the satisfaction of the supervisor and the availability of enough work at the next higher grade to support the target position.

It is the policy of the Department of Veterans Affairs that all Federal wage and salary payments are paid to employees by Direct Deposit/Electronic Funds Transfer (DD/EFT).

ACCOMMODATIONS: This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodations will be on a case by case basis.

DUTIES: Incumbent of this position serves as Director, Office of Patient Advocacy and reports to the ~~Director of this facility~~ [Executive O?]. He/she develops programs to insure that quality provisions are planned, developed and implemented to identify prevent and correct unsatisfactory conditions and elements which influence the regulatory correctness and responsiveness of transactions and services; provide policy guidance and advisory assistance, develop leadership councils, team activities and motivational approaches; markets improvement opportunities and effective strategies; develop reporting procedures, sampling techniques and measurements; develop indicators to provide evidence of the effectiveness of quality procedures and control; investigate and analyze adverse quality trends or conditions and initiate corrective action; design studies, training programs and organizational strategies; provide expertise and direction on industry best practices and quality program management methods to managers and staff in care business areas; etc.

QUALIFICATIONS: OPM's Group Coverage Qualification Standard for Administrative and Management Positions, TS-2, dated August 1994.

Specialized Experience: Specialized experience is experience that equipped one with the particular knowledge, skills, and abilities to perform successfully the duties of the position and that is typically in or related to the work of this position. Applicant must possess at least one year of specialized experience at the GS-12 grade level.

ALL APPLICANTS SHOULD ADDRESS THE FOLLOWING KSAO'S:

1. Knowledge of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems.

2. Knowledge of administrative laws, policies, regulations and precedents applicable to the administration of one or more important public programs.

3. Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestone and methods of evaluating the worth of program accomplishments.

4. Ability/Skill to plan, organize and direct team study work and to negotiate effectively with management.

HOW TO APPLY: ALL APPLICANTS FROM VAMC, WASHINGTON, D.C., MUST COMPLETE VA FORM 5-4078, "APPLICATION FOR PROMOTION OR REASSIGNMENT" AND RETURN TO HUMAN RESOURCES MANAGEMENT SERVICE (05A) BY CLOSE OF BUSINESS 03/26/04 VAMC, WASHINGTON, D.C. APPLICANTS WILL BE FURTHER EVALUATED BY USE OF VA FORM 5-4676a, "EMPLOYEE SUPPLEMENTAL QUALIFICATIONS STATEMENT," AND 5-4667b, "SUPERVISORY APPRAISAL OF EMPLOYEE FOR PROMOTION." IT IS THE RESPONSIBILITY OF VA APPLICANTS TO OBTAIN THE ABOVE MENTIONED FORMS FROM THE HUMAN RESOURCES MANAGEMENT SERVICE OFFICE, ROOM 1B122, TO BE COMPLETED AND RETURNED TO HUMAN RESOURCES MANAGEMENT SERVICE (05A), BY CLOSE OF BUSINESS 04/02/04.

THE FOLLOWING INFORMATION MUST BE INCLUDED IN YOUR APPLICATION:
1. JOB INFORMATION: Announcement number, title and grade of the job for which you are applying;
2. PERSONAL INFORMATION: Full name, mailing address (with zip code) and day and evening phone numbers (with area codes); social security number; country of citizenship; veterans preference; reinstatement eligibility (you must attach SF-50 for proof of your career or career-conditional status); and highest Federal civilian grade held (also give job series and dates held);
3. EDUCATION: High school name, city, state (zip code, if known) and date of diploma or GED; name, city and state of (zip code, if known) colleges and universities attended, with majors, type and year of any degrees received (if no degree, show credits earned and indicate whether semester or quarter hours);
4. WORK EXPERIENCE: Give the following information for your paid and work experience related to the job for which you are applying: (a) job title (include series and grade if Federal job); (b) duties and accomplishments; (c) employer's name and address; (d) supervisor's name and phone number; (e) starting and ending dates (month and year); (f) hours per week; (g) salary. Indicate if we may contact your current supervisor;
5. OTHER QUALIFICATIONS: Job related training courses (title and year); job related skills (for example, other languages, computer software/hardware, tools, machinery, typing speed); job related certificates and licenses (current only); and job related honors, awards, and special accomplishments (for example, publications, memberships in professional or honor societies, leadership activities, public speaking and performance awards) give dates but do not send documents unless requested.