**Department of Veterans Affairs**

# MEMORANDUM

Date: March 30, 2004

To: Medical Center Director (00)
Subject: Program Specialist, GS-13
ANN#: MCD-04-23, Closed: 3-26-04
VAMC, Washington, DC

1. The candidate below is eligible for Promotion consideration for the above position. The candidate is referred to you for consideration, as provided by our promotion policy. Official Personnel Folder and/or other evaluation records are available for review.

EMPLOYEE(S) NAME     PRESENT POSITION

There are no qualified eligibles to refer for consideration

Please complete the endorsement below, indicating your action and return this certificate by 00-00-04

Attachment/s: NONE

*Gloria McNeill*
/p/ LEACHA BARNETTE
Chief, Resource Management Service

---

____ I have selected
____ I would like to have the position filled on
____ Outside or other recruitment is requested for the following reason
____ I have complied with our merit promotion plan requirements concerning interviews.

_____
(signature and title)


GOVERNMENT EXHIBIT 7