Case 1:05-cv-01989-RMU   Document 30-11   Filed 04/09/2007   Page 1 of 1

McNeill, Gloria

*Initially announced under mcd 04-23 - Intern Only*

| | |
|---|---|
| From: | Ross, Terry A (DC VAMC) |
| Sent: | Wednesday, March 31, 2004 7:41 AM |
| To: | McNeill, Gloria |
| Cc: | West, David J.; Houston, Lawan C |
| Subject: | FW: Recruitment for Director, Patient Advocacy Office |

Gloria: as per our conversation yesterday, and as per Mr. Garfunkel's approval (see below), please recruit for this GS-13 position outside the hospital. Also, can you please ensure that this is placed on our vacancy website? Thanks for your assistance.

Terry Ross

-----Original Message-----
From: Garfunkel, Sanford M.
Sent: Wednesday, March 31, 2004 7:28 AM
To: Ross, Terry A (DC VAMC)
Subject: Re: Recruitment for Director, Patient Advocacy Office

Yes

-----Original Message-----
From: Ross, Terry A (DC VAMC) <TARoss@med.va.gov>
To: Garfunkel, Sanford M. <SANFORD.GARFUNKEL@med.va.gov>
CC: West, David J. <David.West@med.va.gov>
Sent: Wed Mar 31 07:25:59 2004
Subject: Recruitment for Director, Patient Advocacy Office

The recruitment period for the Director of the Patient Advocacy Office has closed, and after recruiting internally to the hospital, we only received one applicant, who was not qualified to compete. Do I have permission to recruit outside of our hospital for this position?

Terry Ross
Executive Officer
VA Medical Center
Washington, DC

VA Web Site & USA Jobs


GOVERNMENT EXHIBIT 8

1