

## DEPARTMENT OF VETERANS AFFAIRS

## MEMORANDUM

DATE: April 1, 2004

To: Keith Pierce (00)
Subject: Program Specialist, GS-13
ANN# MCD 04-23, Closed 03/26/2004
VA Medical Center, Washington, DC

1. You have been considered for the above position and the following decision has been made:

    \_\_\_ A. You were selected, the effective date is.
    \_\_\_ B. You were qualified and referred for consideration, but not selected.
    \_\_\_ C. You were qualified, but did not rank high enough to be referred for final Consideration.
    _X_ D. You were not qualified because:
        \_\_\_ (1) You did not meet the specialized experience requirements.
        \_\_\_ (2) You did not pass the written test.
        _X_ (3) You did not meet the time-in-grade restrictions.
        \_\_\_ (4) You did not rank high enough to be referred for final consideration.
        \_\_\_ (5) The position listed above was announced to status applicants only.
    \_\_\_ E. The following qualified candidate was selected:
    \_\_\_ G. The following VA employee were selected was
    \_\_\_ H. Placement action to fill this position has been canceled by Management.
    \_\_\_ I. Your application was not received before the closing date.
    \_\_\_ J. Position to be re-announced.
    \_\_\_ K. The position was filled by alternative sources.
    \_\_\_ L. A Displaced VA Employee filled position.
    \_\_\_ M. Selecting official informed this office that you declined consideration for this position.

2. If you have any questions about this position, you may discuss them with your supervisor, the selecting official, or the Human Resources Management Office.

3. Your interest in applying for this position is appreciated. We hope you will continue to do your best in your work and to prepare yourself for more responsible assignments.

*Gloria McNeill*
Gloria McNeill
Staffing Specialist

