

**USAJOBS** — USAJOBS is the official job site of the United States Federal Government.
"WORKING FOR AMERICA" — It's your one-stop source for Federal jobs and employment information.

FAQS | PRIVACY POLICY | HELP | SITEMAP

HOME | SEARCH JOBS | MYUSAJOBS | FORMS | EMPLOYER SERVICES

Department: Department Of Veterans Affairs
Agency: Veterans Affairs, Veterans Health Administration
Vacancy Announcement Number: MCD 04-35

Veterans Health Administration

Back to Search Results

Vacancy Announcement

# Vacancy Announcement
## Department Of Veterans Affairs
## Veterans Health Administration

**Vacancy Announcement Number:** MCD 04-35

**Opening Date:** Friday, April 02, 2004
**Closing Date:** Friday, April 23, 2004

**Position:** Program Specialist
**Series & Grade:** GS-0301-13/13
**Promotion Potential:** 00

**Salary:** 70,519.00 - 91,672.00 USD Annually

**Duty Locations:** 1 vacancy - Washington, DC

### Who May Apply

Open to current Federal employees serving under a career or career conditional appointment, former Federal employees with reinstatement eligibility, or persons eligible for non-competitive appointment under special authorities. VEOA eligibles (i.e., veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after completing approximately 3 or more years of continuous active se[rvice] apply.

GOVERNMENT EXHIBIT 10

### Major Duties

Incumbent of this position serves as a Program Specialist in the office of Patient Advocacy. He/she develops programs to insure that quality provisions are planned, developed and implemented to identify, prevent and correct unsatisfactory conditions and elements which influence the regulatory correctness and responsiveness of transactions and services; provide policy guidance and advisory assistance, develop leadership councils, team activities and motivational approaches; markets improvement opportunities and effective strategies; develop reporting procedures, sampling techniques and measurements; develop indicators to provide evidence of the effectiveness of quality procedures and control; investigate and analyze adverse quality trends or conditions and initiate corrective action; design studies, [program]s and organizational strategies; provide expertise and direction on industry

best practices and quality program management methods to managers and staff in care business areas; etc.

## Qualifications Required

Qualifications: OPM's Group Coverage Qualification Standard for Administrative and Management Positions TS-2, dated August 1994.

Specialized Experience: Specialized experience that equipped one with the particular knowledge, skills, and abilities to perform successfully the duties of the position and that is typically in or related to the work of this position. Applicant must possess at least one year of specialized experience at the GS-12 grade level.

## How You Will Be Evaluated

1. Knowledge of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems.

2. Knowledge of administrative laws, policies, regulations and precedents applicable to the administration of one or more important public programs.

3. Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestone and methods of evaluating the worth of program accomplishments.

4. Ability/Skill to plan, organize and direct team study work and to negotiate effectively with management.

All applicants will be considered on the basis of their education, experience, supervisory appraisal, training and awards, and the Knowledges, Skills, Abilities, and Other Characteristics (KSAOCs) for this position.

## How To Apply

All status candidates and reinstatement eligibles (current and former government employees) must submit a copy of their SF 50 showing career, career-conditional, or reinstatement eligibility.

Failure to submit all required documents and information requested by the closing date of this announcement may result in your not receiving full consideration. Applicants qualifications will be evaluated solely on the information submitted in their applications.

Submit a resume, Optional Application for Federal Employment (OF-612) or other written application format of your choice. Be sure you provide all of the information requested below:

Job Information:

- Announcement Number, title and grade(s) for which you are applying.

Personal Information:

- Full name, mailing address (with zip code) and day/evening telephone numbers (with area code).
- Social Security Number. Giving your Social Security Number is voluntary. However, we

cannot process your application without it.
- Country of Citizenship.
- If ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.

Education:

- High School name, city, state and zip code, date of diploma or GED.
- Colleges and/or Universities attended, city, state and zip code.
- Major field(s) of study.
- Type and year of degree(s) received. If no degree received, show total credit hours received in semester or quarter hours.

Work Experience for each paid or non-paid position held related to the job for which you are applying (do not provide copies of job descriptions):

- Job title.
- Duties and accomplishments.
- Number of hours per week.
- Employers name and address.
- Supervisor's name and phone number.
- Starting and ending dates of employment (month and year).
- Salary.
- Indicate if your current supervisor may be contacted.

Other Qualifications:

- Job-related training courses (title and year).
- Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
- Job-related certificates and licenses.
- Job-related honors, awards, and special accomplishments (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc.) Do not send copies of documents unless specifically requested.
- If you are applying for Veteran Preference, submit evidence of eligibility, such as; DD-214, Certificate of Release or Discharge from Active Duty, or Standard Form 15, Application for 10-Point Veteran Preference, and the proof requested on the form.
- If you are or have been a Federal employee, please submit a copy of your last Notification of Personnel Action, Form SF-50, and your most recent or last performance appraisal.

**Other Information**

Government facilities are required to provide a smoke free environment for their employees. Smoking will be permitted only in designated areas.

All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

ISAJobs

If claiming 5 point veterans= preference, a DD-214 must be submitted. If claiming 10 point veterans= preference, both a DD-214 and SF-15 must be submitted.

First consideration will be given to CTAP and ICTAP eligibles.

Applicants for this position must pass a pre-employment medical examination.

A background security investigation will be required for all new hires. Appointment will be subject to the applicants successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

This is a permanent, career-conditional appointment. Selectee will be eligible for health and life insurance, annual (vacation) and sick leave and will be covered under the Federal Employees Retirement System.

## Reasonable Accommodation Statement

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

## EEO Statements

The Federal Government is an Equal Opportunity Employer.

It is the policy of the Government of the United States to provide equal opportunity in Federal employment for all persons and to prohibit discrimination in employment because of race, color, religion, sex, national origin, handicap, age, or sexual orientation through a continuing affirmative program in each executive department and agency.

 



Send Mail to:
Department Of Veterans Affairs
50 Irving Streeet, NW
Washington, DC 20422



For questions about this job:
Gloria McNeill
Phone: 202-745-800 x 6899
Internet: Gloria.McNeill@med.va.gov

USAJOBS Control Number: 215862

EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information

Office of Personnel Management website- USAJOBS