# Department of Veterans Affairs

# MEMORANDUM

Date: June 17, 2004

To: Chief, Office of the Director
Subject: Program Specialist, GS-0301-13
Ann# MCD-04-35, Closed 04/23/04
VAMC, Washington, D.C.

1. The candidates below are eligible for Reassignment to the above position. The candidate is referred to you for consideration, as provided by our promotion policy.

| EMPLOYEE(S) NAME | PRESENT POSITION | SERVICE |
|---|---|---|
| OLIPIO, Rizale | Nurse, VN-0610-03, Office of Director | VA Medical Center, Washington, DC |

2. The candidates below are eligible for VEOA/30% or more disabled consideration to the above position. The candidates are referred to you for consideration as provided by our promotion policy.

| EMPLOYEE(S) NAME | PRESENT POSITION | SERVICE |
|---|---|---|
| FORD, Andre | NA | NA |
| PIERCE, Keith | Patient Advocate, GS-0301-11, Office of Director, VA Medical Center, Washington, DC | |
| WIGLEMO, Cathleen | NA | NA |

3. The candidates below are eligible for Transfer eligible to the above position. The candidates are referred to you for consideration, as provided by our promotion policy. Official Personnel Folders and/or other evaluation records are available for review.

| EMPLOYEE(S) NAME | PRESENT POSITION | SERVICE |
|---|---|---|
| BENJAMIN, Nancy | Social Worker, GS-0185-12, Primary & Specialty Care Service Line, VAMC, NY | |
| BROWN, Denise A. | Program Analyst, GS-13, Federal Emergency Mgmt Agency | |

Please complete the endorsement below indicating your action and return this certificate by June 30, 2004.

Attachment(s): NONE

Lawan C. Hawken
Leasha M. Barnette
Chief, Resource Management Service

End
To: 05A

_X_ I have selected  Nancy Benjamin — 8/26/04 — declined — salary
_X_ I would like to have the position filled on  ASAP
___ Outside or other recruitment is requested for the following reason
_X_ I have complied with our merit promotion plan requirements concerning Interviews.

Terry A. Ross  8/16/04
Signature & Date



GOVERNMENT EXHIBIT 11