Date: July 26, 2004

To:     Terry Ross, Executive Officer

From:   Michelle Spivak, Dir., Community Relations and Public Affairs
        Acting Chief, Office of Patient Advocacy
        Brandon Bentley, Chief, Fiscal Service
        Marcia Bowens, Nurse Manager
        Jennifer Perez, Acting Chief, Social Work Service
        Martin Wiseman, Acting Chief, Business Office

Subject: Report of Chief, Office of Patient Advocacy Interview Panel

The interview panel has interviewed the six candidates for the position of Chief, Office of Patient Advocacy. The point values accumulated by each candidate are indicated below along with the panel's evaluation of each candidate. Thank you for the opportunity to serve on this panel.

| Candidate | Points | Evaluation |
|---|---|---|
| Rizale Olipio | 81 | Ms. Olipio had difficulty articulating her thoughts as evidenced in her responses to questions posed. Ms. Olipio provided very few relevant direct answers to questions, and did not describe any significant or pertinent supervisory skills. |
| Andre Ford | 80.5 | Mr. Ford did not appear to understand what the position entailed; he has a strong accounting background, but has no appropriate experience to be a serious candidate for this position. Mr. Ford gave very few direct relevant answers to questions, and had no experience in healthcare or patient advocacy. |
| Cathy Wiblemo | 120.5 | Ms. Wiblemo answered questions without specificity even when the interview team elicited clarification. She has a strong administrative background, working with VSOs on policy issues. She did not understand the responsibilities of the position for which she applied. The consensus of the committee was that she would not be well suited to this highly demanding, patient centered position. |
| Keith Pierce | 150 | Mr. Pierce has a good understanding of the role of Patient Advocate and has significant experience in providing customer service programs and services to veterans. He is familiar with the medical center, though he seems to have, for the most part, provided services as opposed to managing them. The committee could not ascertain his management potential, due to his tendency to concentrate on his personal roles and achievements. It was also unclear as to whether he recognized his tendency to reflect more on the "me" as opposed to the "we". Overall, Mr. Pierce was very personable and quite knowledgeable about patient advocacy and customer service initiatives, though the |

| | | |
|---|---|---|
| | | true insight into his contributions and teamwork seemed to be lacking. Recommend second interview. |
| Denise Brown | 123 | Ms. Brown is extremely personable and articulate and interviewed well. However, it did not appear that Ms. Brown has adequate knowledge about the VA, veterans or the patient advocate position. She appeared to have good leadership and administrative skills, but again, did not seem to know the responsibilities of the position she applied for; she did not have any background or previous experience in healthcare. Her background in emergency management is extensive and the committee suggests that she would be an excellent candidate if a position were to become available in that area. |
| Nancy Benjamin | 174 | Ms. Benjamin was very pleasant and professional during her phone interview. She gave very specific, detailed, relevant answers to questions explaining her experience and how she would apply it to the position. She systematically answered all questions, ensuring that she had adequately addressed each part. She was able to describe program and team development, evaluation, and resulting changes based on team input. She had a clear understanding of the responsibilities of the role and VA policies. Her answers reflected a strong work ethic. She has management experience. Recommend second interview. |