Aug 10, 2004    Nancy Benjamin

### SUPERVISORY/MANAGEMENT SKILLS

1. Tell me about a time when you had to discipline an employee that you supervised. What was the result of your relationship with that employee?

   *field educator over students — no specific supervisory experience in current position.*

2. Tell me about a specific occasion when you conformed to a policy even though you did not agree with it.

   *— his note was screened w/in 48 hrs including weekends — presented proposal to change policy to 72 hrs — this was approved.*

3. How do you see your role as a team builder?

   *teamwork is paramount — members balance each other w/ their different strengths & weaknesses — work towards mutual goal.*

4. What do you see as your greatest responsibility as a team leader?

   *work as facilitator — other people may take on role as leader depending upon needs —*

5. What are some ways in which you would motivate your team to success?

   *— loyalty to team is important*
   *— need to encourage a mutual mission*
   *— help employees overcome resistance*

### PERFORMANCE

6. Describe a time when you received negative feedback about your performance. How did you handle the situation? What impact did it have on you? What did you learn?

   *no formal leadership training*

### WRITTEN/VERBAL SKILLS

7. Describe the most significant written document that you have completed within the last 2 years.

   *written & oral — ribbon cutting ceremony — dignitaries present at local & federal level — media present — did a photomontage — spoke & wrote with passion in the opening of SCI Center*

8. Describe the most significant oral presentation that you have completed within the last 2 years.

### DATA SKILLS

9. Give me some examples of how you have used Microsoft Excel in presenting data.

   *uses more word but has had a lot of experience with presenting data.*



Aug 12, 2004                                   Keith Pierce

### SUPERVISORY/MANAGEMENT SKILLS

1. Tell me about a time when you had to discipline an employee that you supervised. What was the result of your relationship with that employee?

    — supervised in military
    — supervised in SPD, first was peer, then supervisor — uses positive reinforcement

2. Tell me about a specific occasion when you conformed to a policy even though you did not agree with it.

    gratuitous meal program —

3. How do you see your role as a team builder?

    tries to set example; then for advice & educating on policies/procedures. — need to be able to motivate employees

4. What do you see as your greatest responsibility as a team leader?

    safety, morale & motivation of team
    — having the right players on the team.

5. What are some ways in which you would motivate your team to success?

    find out what is important to the employees.

### PERFORMANCE

6. Describe a time when you received negative feedback about your performance. How did you handle the situation? What impact did it have on you? What did you learn?

    SPD said he didn't answer a page one time,
    he refuted that.

### WRITTEN/VERBAL SKILLS

7. Describe the most significant written document that you have completed within the last 2 years.

    policy memos he wrote — telephone courtesy, QC,
    pager program —

8. Describe the most significant oral presentation that you have completed within the last 2 years.

### DATA SKILLS

9. Give me some examples of how you have used Microsoft Excel in presenting data.

    used excel spread sheet in SPD;
    — minimal experience w/ graphs and charts