**Pierce, Keith B**

| | |
|---|---|
| From: | Ross, Terry A (DC VAMC) |
| Sent: | Monday, August 30, 2004 2:41 PM |
| To: | Pierce, Keith B |
| Subject: | RE: Director, Patient Advocate Position |

We turned in the cert last week to HR for further processing. Feel free to contact HR to see where they are in the process.

Terry

-----Original Message-----
From: Pierce, Keith B
Sent: Monday, August 30, 2004 2:35 PM
To: Ross, Terry A (DC VAMC)
Subject: Director, Patient Advocate Position

Hello Terry,

I know you've been very busy with conferences and other matters, however, I am curious to know when will the selection process for the Director, Patient Advocate be completed.

Thanks

```
Keith B. Pierce
Education Program Coordinator
VA Medical Center
WAshington, D.C.  20422
```



1