# POSITION DESCRIPTION



Program Specialist, GS-0301-13

Position Number: 7482-D
Organizational Code:
Organizational Location: The incumbent will function as the Lead Patient Advocate for the Washington D. C. Veterans Affairs Medical Center, and will be organizationally located within the office of the of the Medical Center Director. The incumbent is responsible for overall consumer affairs coordination, and supervision of the staff assigned to the Patient Advocate Office.
Primary Purpose: The incumbent is responsible for providing the coordination necessary for an effective, comprehensive, and integrated consumer affairs program that supports VHA, VISN, and Medical Center goals. The incumbent will additionally serve as the Executive Officer of the Service Teamwork Achievement and Rewards (STAR) Program. Program management includes ensuring that Medical Center policies and procedures are explained to internal and external customers, staff education, liasion with community organizations, and ensuring that patient issues are addressed at the appropriate staff level.

The incumbent will function as the Lead Patient Advocate for the Medical Center, and will be organizationally located within the office of the Medical Center Director. The incumbent is responsible for the overall Consumer Affairs program. This entails supervison of the staff of the Patient Advocate Office, and serving as the Executive Officer of the Service Teamwork Achievement and Rewards (STAR) Program. This individual serves as a change agent and serves on Medical Center and VISN committes along with daily duties to ensure that quality service is provided to veterans, their families, and other internal and external customers.

The incumbent performs management and/or program support work, such as program or office planning, evaluation of administrative programs or issues, training program administration, correspondence control, liaison, special projects, or board or committee-related work.

Conducts special projects or studies to analyze, evaluate, and provide recommendations on administrative programs or issues.

Special Projects 100 percent
The incumbent is responsible for the overall supervison of the Medical Center's Consumer Affairs Program. This includes sppervision of the staff of the Patient Advocate Office, and servingas the Medical Center Executive Officer for the Service Teamwork Achievement and Rewards (STAR) Program. This individual serves on various committees in the Medical Center and at the VISN. The ultimate goal of the incumbent's efforts is to serve as a change agent that constantly provides advice, guidance, and training that enhances provisionof services to veterans, and other internal, and external customers.
Manages special projects for major office or program issues of broad impact. Conceives and implements new initiatives and projects to strengthen, facilitate, and integrate programs. Undertakes or participates in special projects, ongoing analyses, investigations and initiatives that have high priority for high level management. This may involve producing complex analyses and written reports; organizing special committees, workshops, or other gatherings; initiating program reviews; developing or fostering cross-agency activities.

Factor 1-8 1550 Points
Knowledge Required by the Position

(1) Mastery of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems; (2) Comprehensive knowledge of the range of administrative laws, policies, regulations, and precedents applicable to the administration of one or more important public programs; (3) Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestones, and methods of evaluating the worth of program accomplishments; and (4) Skill to plan, organize, and direct team study work and to negotiate effectively with management to accept and implement recommendations where the proposals involve substantial agency resources, require extensive changes in established procedures, or may be in conflict with the desires of the activity studied.

Factor 2-4 450 Points
Supervisory Controls

The supervisor and employee develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Within the parameters of the approved project plan, the employee is responsible for planning and organizing the study, estimating costs, coordinating with staff and line management personnel, and

conducting all phases of the project. The employee informs the supervisor of potentially controversial findings, issues, or problems with widespread impact. Completed projects, evaluations, reports, or recommendations are reviewed by the supervisor for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

Factor 3-4 450 Points
Guidelines

Guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. Administrative policies and precedent studies provide a basic outline of results desired, but do not go into detail as to the methods used to accomplish the project. Administrative guidelines usually cover program goals and objectives of the employing organization. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods.

Factor 4-5 325 Points
Complexity

Analyzes interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented programs. Develops detailed plans, goals, and objectives for the long-range implementation and administration of the program, and/or develops criteria for evaluating the effectiveness of the program. Decisions concerning planning, organizing and conducting studies are complicated by conflicting program goals and objectives. Assignments are complicated by the need to deal with subjective concepts, the quality and quantity of actions are measurable primarily in predictive terms, and findings and conclusions are highly subjective and not readily susceptible to verification through replication of study methods or reevaluation of results. Options, recommendations, and conclusions take into account and give appropriate weight to uncertainties about the data and other variables which affect long-range program performance.

Factor 5-5 325 Points
Scope and Effect

Analyzes and evaluates major administrative aspects of substantive, mission-oriented programs. Develops long-range program plans, goals, objectives, and milestones or evaluates the effectiveness of programs conducted throughout an agency, or a regional structure of equivalent scope. Identifies and develops ways to resolve problems or cope with issues which directly affect the accomplishment of principal program goals and objectives. Develops new ways to resolve major administrative problems or plans the most significant administrative management aspects of professional or scientific programs. Develops administrative regulations or guidelines for the conduct of program operations or new criteria for measuring program accomplishments. Study reports contain findings and recommendations of major significance to top management of the agency, and often serve as the basis for new administrative systems, legislation, regulations, or programs.

Factor 6-3 60 Points
Personal Contacts

Contacts are with persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. Contacts may also include the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Factor 7-3 120 Points
Purpose of Contacts

The purpose of contacts is to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness. May encounter resistance due to such issues as organizational conflict, competing objectives, or resource problems.

Factor 8-1 5 Points
Physical Demands

The work is primarily sedentary, although some slight physical effort may be required.

Factor 9-1 5 Points
Work Environment

Work is typically performed in an adequately lighted and climate controlled office. May require occasional travel.

Other Significant Facts:

Meets the needs of customers while supporting the Medical Center and Service missions. Consistently communicates and treats customers (patients, visitors, volunteers, and all Medical Center staff) in a courteous, tactful, and respectful manner. Provides the customer with consistent information according to established policies and procedures. Handles conflict and problems in dealing with the customer constructively and appropriately.

Provides care and/or services appropriate to the age of the patients being served. Assesses data reflective of the patient's status and interpret the information needed to identify each patient's requirements relative to their age-specific needs and to provide care needed as described in the services' policies and procedures.

http://www.hrlinx.aac.va.gov/