

USAJOBS is the official job site of the United States Federal Government.
It's your one-stop source for Federal jobs and employment information.

FAQs | PRIVACY POLICY | HELP | SITE MAP

HOME | SEARCH JOBS | MY USAJOBS | FORMS | EMPLOYER SERVICES

Veterans Health Administration

Department: Department Of Veterans Affairs
Agency: Veterans Affairs, Veterans Health Administration
Job Announcement Number: MCD 04-35A

# Vacancy Announcement
## Department Of Veterans Affairs
## Veterans Health Administration

**Vacancy Announcement Number:** MCD 04-35A

**Opening Date:** Tuesday, September 07, 2004
**Closing Date:** Monday, September 13, 2004

**Position:** Program Specialist
**Series & Grade:** GS-0301-13/13
**Promotion Potential:** 00

**Salary:** 72,108.00 - 93,742.00 USD Annually

**Duty Locations:** 1 vacancy - Washington, DC

**Remarks:** NOTE: Those who previousl applied under MCD 04-35 need not reapply. NOTE: Recruitment Bonus of up to 10% of Basic Pay may be approved.

### Who May Apply

Open to current Federal employees serving under a career or career conditional appointment, former Federal employees with reinstatement eligibility, or persons eligible for non-competitive appointment under special authorities. VEOA eligibles (i.e., veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after completing approximately 3 or more years of continuous active service) may apply.

GOVERNMENT EXHIBIT 16

### Major Duties

Incumbent of this position serves as a Program Specialist in the office of Patient Advocacy. He/she develops programs to insure that quality provisions are planned, developed and implemented to identify prevent and correct unsatisfactory conditions and elements which influence the regulatory correctness and responsiveness of transactions and services; provide policy guidance and advisory assistance, develop leadership councils, team activities and

motivational approaches; markets improvement opportunities and effective strategies; develop reporting procedures, sampling techniques and measurements; develop indicators to provide evidence of the effectiveness of quality procedures and control; investigate and analyze adverse quality trends or conditions and initiate corrective action; design studies, training programs and organizational strategies; provide expertise and direction on industry best practices and quality program management methods to managers and staff in care business areas; etc.

**Qualifications Required**

Qualifications: OPM's Group Coverage Qualification Standard for Administrative and Management Positions TS-2, dated August 1994.

Specialized Experience: Specialized experience that equipped one with the particular knowledge, skills, and abilities to perform successfully the duties of the position and that is typically in or related to the work of this position. Applicant must possess at least one year of specialized experience at the GS-12 grade level.

**How You Will Be Evaluated**

1. Knowledge of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems.

2. Knowledge of administrative laws, policies, regulations and precedents applicable to the administration of one or more important public programs.

3. Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestone and methods of evaluating the worth of program accomplishments.

4. Ability/Skill to plan, organize and direct team study work and to negotiate effectively with management.

All applicants will be considered on the basis of their education, experience, supervisory appraisal, training and awards, and the Knowledges, Skills, Abilities, and Other Characteristics (KSAOCs) for this position.

**How To Apply**

All status candidates and reinstatement eligibles (current and former government employees) must submit a copy of their SF 50 showing career, career-conditional, or reinstatement eligibility.

Failure to submit all required documents and information requested by the closing date of this announcement may result in your not receiving full consideration. Applicants qualifications will be evaluated solely on the information submitted in their applications.

Submit a resume, Optional Application for Federal Employment (OF-612) or other written application format of your choice. Be sure you provide all of the information requested below:

Job Information:

- Announcement Number, title and grade(s) for which you are applying.

Personal Information:

- Full name, mailing address (with zip code) and day/evening telephone numbers (with area code).
- Social Security Number. Giving your Social Security Number is voluntary. However, we cannot process your application without it.
- Country of Citizenship.
- If ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.

Education:

- High School name, city, state and zip code, date of diploma or GED.
- Colleges and/or universities attended, city, state and zip code.
- Major field(s) of study.
- Type and year of degree(s) received. If no degree received, show total credit hours received in semester or quarter hours.

Work Experience for each paid or non-paid position held related to the job for which you are applying (do not provide copies of job descriptions):

- Job title.
- Duties and accomplishments.
- Number of hours per week.
- Employers name and address.
- Supervisor's name and phone number.
- Starting and ending dates of employment (month and year).
- Salary.
- Indicate if your current supervisor may be contacted.

Other Qualifications:

- Job-related training courses (title and year).
- Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
- Job-related certificates and licenses.
- Job-related honors, awards, and special accomplishments (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc.) Do not send copies of documents unless specifically requested.
- If you are applying for Veteran Preference, submit evidence of eligibility, such as; DD-214, Certificate of Release or Discharge from Active Duty, or Standard Form 15, Application for 10-Point Veteran Preference, and the proof requested on the form.
- If you are or have been a Federal employee, please submit a copy of your last Notification of Personnel Action, Form SF-50, and your most recent or last performance appraisal.

Other Information

Government facilities are required to provide a smoke free environment for their employees. Smoking will be permitted only in designated areas.

All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

If claiming 5 point veterans= preference, a DD-214 must be submitted. If claiming 10 point veterans= preference, both a DD-214 and SF-15 must be submitted.

First consideration will be given to CTAP and ICTAP eligibles.

Applicants for this position must pass a pre-employment medical examination.

A background security investigation will be required for all new hires. Appointment will be subject to the applicants successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

This is a permanent, career-conditional appointment. Selectee will be eligible for health and life insurance, annual (vacation) and sick leave and will be covered under the Federal Employees Retirement System.

**Reasonable Accommodation Statement**

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**EEO Statements**

The Federal Government is an Equal Opportunity Employer.

It is the policy of the Government of the United States to provide equal opportunity in Federal employment for all persons and to prohibit discrimination in employment because of race, color, religion, sex, national origin, handicap, age, or sexual orientation through a continuing affirmative program in each executive department and agency.

 



**Send Mail to:**
Department Of Veterans Affairs
50 Irving Streett, NW
Washington, DC 20422



For questions about this job:
Gloria McNeill

# POSITION DESCRIPTION

Program Specialist, GS-0301-13
VA PDL Number: SSC PDW 0301-49

Ref: Miscellaneous Administration and program Series, GS-0301, Jan 1979, TS-34;
Administrative Analysis Grade Evaluation Guide, Aug 1990, TS-98.

## INTRODUCTION

The incumbent will function as Director, Office of Patient Advocacy and reports to the Executive Officer. The primary purpose of the Office of the Executive Officer is to provide support to the Medical Center Director and supervision and oversight for Public Affairs and Community Relations, Patient Advocacy and Customer Service training programs. The office is organizationally situated within the Office of the Medical Center Director and is physically located at the Washington DC VA Medical Center.

The incumbent will supervise the staff of the Patient Advocacy Office to ensure the enhancement of services provided to veterans and other internal and external customers.

## MAJOR DUTIES

**Development of Programs, Policies, and Procedures**   25 percent

Develops programs to insure that quality provisions are planned, developed and implemented to identify, prevent and correct unsatisfactory conditions and elements which influence the regulatory correctness and responsiveness of transactions and services. Provides policy guidance and advisory assistance to agency managers in the development of strategies for applying quality management to core business areas. Develops leadership councils, team activities, and motivational approaches. Markets improvement opportunities and effective strategies.

**Development of Criteria**   25 percent

Develops reporting procedures, sampling techniques, and measurements at various points in the transaction process or business cycle to identify problem areas or inherent weaknesses in work processes, procedures, information systems and content. Develops indicators to provide objective evidence of the effectiveness of quality procedures and controls. Consults with technical experts to develop meaningful and effective quality program objectives for the organization's complex core business areas. Monitors quality program implementation and indicators designed to prevent erroneous transactions and ineffective work practices and to verify adherence to quality plans and requirements.

**Program Implementation**   25 percent

10/13/01

1

 

Investigates and analyzes adverse quality trends or conditions and initiates corrective action. Coordinates with managers and technical specialists from key installation elements to develop quality program plans to resolve serious business situations. Provides in-depth analysis, best practice models, and creative quality program techniques

**Studies and Special Projects**      25 percent

Designs studies, training programs and organizational strategies for identifying opportunities to improve customer service and process quality. Facilitates development of creative and innovative quality business practices for key agency programs. Provides expertise and direction on industry best practice and quality program management methods to managers and staff in core business areas.

Performs other related duties as assigned.

**Factor 1-8 Knowledge Required by the Position**     1550 Points

(1) Mastery of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems; (2) Comprehensive knowledge of the range of administrative laws, policies, regulations, and precedents applicable to the administration of one or more important public programs; (3) Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestones, and methods of evaluating the worth of program accomplishments; and (4) Skill to plan, organize, and direct team study work and to negotiate effectively with management to accept and implement recommendations where the proposals involve substantial agency resources, require extensive changes in established procedures, or may be in conflict with the desires of the activity studied.

**Factor 2-4 Supervisory Controls**     450 Points

The supervisor and employee develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Within the parameters of the approved project plan, the employee is responsible for planning and organizing the study, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. The employee informs the supervisor of potentially controversial findings, issues, or problems with widespread impact. Completed projects, evaluations, reports, or recommendations are reviewed by the supervisor for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

**Factor 3-4 Guidelines**     450 Points

Guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. Administrative policies and precedent studies provide a basic outline of results desired, but do not go into detail as to the

10/13/01

methods used to accomplish the project. Administrative guidelines usually cover program goals and objectives of the employing organization. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods.

**325 Points**

**Factor 4-5 Complexity**
Analyzes interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented programs. Develops detailed plans, goals, and objectives for the long-range implementation and administration of the program, and/or develops criteria for evaluating the effectiveness of the program. Decisions concerning planning, organizing and conducting studies are complicated by conflicting program goals and objectives. Assignments are complicated by the need to deal with subjective concepts, the quality and quantity of actions are measurable primarily in predictive terms, and findings and conclusions are highly subjective and not readily susceptible to verification through replication of study methods or reevaluation of results. Options, recommendations, and conclusions take into account and give appropriate weight to uncertainties about the data and other variables which affect long-range program performance.

**325 Points**

**Factor 5-5 Scope and Effect**
Analyzes and evaluates major administrative aspects of substantive, mission-oriented programs. Develops long-range program plans, goals, objectives, and milestones or evaluates the effectiveness of programs conducted throughout an agency, or a regional structure of equivalent scope. Identifies and develops ways to resolve problems or cope with issues which directly affect the accomplishment of principal program goals and objectives. Develops new ways to resolve major administrative problems or plans the most significant administrative management aspects of professional or scientific programs. Develops administrative regulations or guidelines for the conduct of program operations or new criteria for measuring program accomplishments. Study reports contain findings and recommendations of major significance to top management of the agency, and often serve as the basis for new administrative systems, legislation, regulations, or programs.

**60 Points**

**Factor 6-3 Personal Contacts**
Contacts are with persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. Contacts may also include the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

**120 Points**

**Factor 7-3 Purpose of Contacts**
The purpose of contacts is to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness. May encounter resistance due to such issues as organizational conflict, competing objectives, or resource problems.

**5 Points**

**Factor 8-1 Physical Demands**
The work is primarily sedentary, although some slight physical effort may be required.

10/13/01

**Factor 9-1 Work Environment**                                    5 Points
Work is typically performed in an adequately lighted and climate controlled office. May require occasional travel.

## Other Significant Facts

**Customer Service**
Meets the needs of customers while supporting VA missions. Consistently communicates and treats customers (veterans, their representatives, visitors, and all VA staff) in a courteous, tactful, and respectful manner. Provides the customer with consistent information according to established policies and procedures. Handles conflict and problems in dealing with the customer constructively and appropriately.

**ADP Security**
Protects printed and electronic files containing sensitive data in accordance with the provisions of the Privacy Act of 1974 and other applicable laws, federal regulations, VA statutes and policy, and VHA policy. Protects the data from unauthorized release or from loss, alteration, or unauthorized deletion. Follows applicable regulations and instructions regarding access to computerized files, release of access codes, etc., as set out in the computer access agreement that the employee signs.

10/13/01