**Pierce, Keith B**

**From:** Pierce, Keith B
**Sent:** Thursday, September 09, 2004 5:47 PM
**To:** Houston, Lawan C; Barnette, Leacha M (DCVAMC)
**Cc:** Pierce, Keith B
**Subject:** RE: Director Patient Advocate Position

Lawan,

Thank you for the information you provided. However, I still need to know who I can contact to address my concerns about the canceling of the position. I would like to know the rationale since I've applied for this position twice and it has now been cancelled on me twice.

Thanks

-----Original Message-----
**From:** Houston, Lawan C
**Sent:** Thursday, September 09, 2004 1:01 PM
**To:** Pierce, Keith B; Barnette, Leacha M (DCVAMC)
**Subject:** RE: Director Patient Advocate Position

Keith, My apologies for the delay in getting back to you. The position has been reposted. You do not need to reapply as you will receive automatic consideration. The position closes on September 13, 2004. If you have additional questions you may contact me or Gloria McNeill (x8199)..

-----Original Message-----
**From:** Pierce, Keith B
**Sent:** Thursday, September 09, 2004 9:46 AM
**To:** Barnette, Leacha M (DCVAMC); Houston, Lawan C
**Cc:** Pierce, Keith B
**Subject:** Director Patient Advocate Position

Leacha and Lawan,

I'm sending this e-mail to say how disappointed I am with the selection process for this position and the lack of communication from the HR staff. As you recall, I forwarded an e-mail to the both of you per guidance of Terry Ross (the selecting official), to obtain the status of the position. A week went by without a response and it wasn't until I personally met with Leacha that I learned no action had been taken. This morning I was met in the hallway by another VAMC employee who asked if I had seen the Director Patient Advocate Position which has been re-posted on the board. As of this morning, I was still under the impression there had been no decision concerning the process. The lack of communication from both the HR staff and the selecting official concerning this process sends an unclear message. I feel as an over 30% preference veteran, I'm entitled to know why the position was re-announced, especially since I went through interviews with a panel, Terry Ross and MR. Garfunkel resulting in my placement as one of the top two(2) candidates. It would be greatly appreciated if you could please provide me with the individual(s) who should receive my formal request for the stated information.

*Keith B. Pierce*
*Education Program Coordinator*
*VA Medical Center*
*Washington, D.C. 20422*



1