## Pierce, Keith B

**From:** Ross, Terry A (DC VAMC)
**Sent:** Tuesday, September 14, 2004 12:50 PM
**To:** Pierce, Keith B
**Subject:** RE: Director Patient Advocate Position

Keith: I asked to have this reannounced to have a larger pool of individuals to have an opportunity to apply. I'm hoping that a larger pool will apply so that we may have greater comparisons of individuals. All people who previously applied will once again be considered once the cert is approved. I'm not sure what position you applied for twice, as to my knowledge, this particular position for the Director of Patient Advocate Office has been posted one time. Now we have reissued the posting. Sorry it's been such a long process.

-----Original Message-----
**From:** Pierce, Keith B
**Sent:** Tuesday, September 14, 2004 10:27 AM
**To:** Ross, Terry A (DC VAMC)
**Cc:** Pierce, Keith B
**Subject:** Director Patient Advocate Position

Good morning Terry,

This is the first opportunity I had to contact you concerning the re-announcement of the Director Patient Advocate Position. I was informed by HR that my name will automatically be placed on the new list, but the fact that I've applied for this position twice and it has been cancelled twice sends an unclear message. What I would really like to know is, are you looking for someone with experience I don't posses, and if so, what am I lacking. It is very frustrating for me to continue applying for a position when the selecting official is looking for someone with particular traits or attributes.

Thanks

Keith B. Pierce
Education Program Coordinator
VA Medical Center
Washington, D.C.  20422





1