# Pierce, Keith B

**From:** Barnette, Leacha M (DCVAMC)
**Sent:** Wednesday, October 27, 2004 4:20 PM
**To:** Pierce, Keith B; Houston, Lawan C
**Cc:** McNeill, Gloria
**Subject:** RE: Director Patient Advocate Position

Hi Keith,
I apologize for just getting back to you on this. I am just getting to this along with 300 more e-mails to go. Bill Sivley is returning to his position of record on a permanent basis. Bill was on detail to Fiscal when he returned from the military and he just returned back to his position from the detail, which was his official position of record. Notification will be given to all applicants that the vacancy is counseled in the near future if this has not been done already. Sorry for the delay in getting back to you. Hope this answers your question.
Leacha

-----Original Message-----
**From:** Pierce, Keith B
**Sent:** Thursday, October 21, 2004 3:03 PM
**To:** Barnette, Leacha M (DCVAMC); Houston, Lawan C
**Cc:** Pierce, Keith B
**Subject:** Director Patient Advocate Position

Leacha and Lawan,

Again, I find myself in a position of asking for the status of the Director Patient Advocate Position. On 9/09/04, I spoke with Lawan who informed me the position would be reposted and I would automatically be reconsidered. I followed up with Terry Ross on 9/14/04 inquiring why the position was cancelled and reannounced. She stated it was to get a larger pool of candidates. I have recently learn Bill Sivley has been placed in the position. I guess my question is (1) has Bill been detailed into the position until a selection is made or (2) has Bill been selected for the position. It should be noted I've never received any formal correspondence from HR concerning the canceling or the reannouncement of the position. I feel I have a right to know what is going on with this position because it has become very tiring and stressful, and I would like to bring closure once and for all.


```
Keith B. Pierce
Education Program Coordinator
VA Medical Center
Washington, D.C.  20422
```



1