

**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
**Washington DC 20420**

MAR 0 3 2005

<u>CERTIFIED MAIL AND REGULAR MAIL</u>                          In reply refer to: 08D

Mr. Keith B. Pierce



**Subject: Notice of Receipt of Discrimination Complaint –Case No.
2004-0688-2005100735**

1. This will acknowledge receipt of your discrimination complaint. The official filing date of the complaint is January 5, 2005 This date is based on the postmark on the envelope in which the complaint was mailed. This notice will also provide you with written notification of your rights, as well as the time requirements for exercising those rights.

2. If the claim(s) is accepted, it will be assigned to an impartial investigator under the supervision of the Office of Resolution Management (ORM), who will investigate the complaint. The investigator will contact you directly in order to obtain information or evidence you may wish to offer. The agency is required to investigate the complaint in a timely manner. The investigation must be completed within 180 days of the filing of the complaint. You will be provided with a copy of the investigative file upon completion and you will be advised, in writing at that time, of the right to request a Final Agency Decision (FAD) from the Office of Employment Discrimination Complaint Adjudication (OEDCA), or a hearing by an administrative judge appointed by the Equal Employment Opportunity Commission (EEOC).

3. If the investigation has not been completed within the 180-day time limit, applicable regulations permit the agency and the complainant to agree in writing to extend the investigative period for not more than 90 days. ORM will make every good faith effort to complete the investigation within the prescribed period. However, where workload demands make it impossible to complete a timely investigation, we will work with you to seek mutual agreement to extend the period so that the investigation might be completed before you seek an EEOC hearing or a final agency decision from OEDCA.

4. You must keep this office advised of **any** change of address. Failure to do so could lead to dismissal of the complaint. You must also immediately advise this office, in writing, of the name, address, and telephone number of any representative you may designate to represent you in this matter. If you advise us of representation, copies of all subsequent actions on the complaint will be mailed or delivered to you with copies to your representative, unless you advise us in writing that you are no longer represented by that individual.



Page 2.

Mr. Keith B. Pierce

5.  A goal of the EEO process is to achieve a mutual resolution of complaints of discrimination.  Resolution may occur at any stage and we encourage the parties involved to explore resolution or to utilize the Alternative Dispute Resolution (ADR) process.  Should you desire to utilize the ADR process, my staff will be available to assist you.

6.  A copy of the Counselor's Report relating to the claim(s) and basis(es) in your complaint has been sent to you via certified mail.  If you have any questions concerning this letter, please contact Vanessa A. Deal, EEO Specialist at (202) 501-2859.

David M. Betts
Regional EEO Officer

Enclosure



**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
Washington DC 20420

MAR 0 3 2005

In reply refer to: 08D

Mr. Sanford Garfunkel
Director (00)
VA Medical Center (688)
50 Irving Street, NW
Washington, DC 20422

**Subject: Notice of Receipt of Discrimination Complaint – Case No. 2004-0688-2005100735 for Mr. Keith B. Pierce**

1. This is to inform you that Mr. Keith B. Pierce, an employee of your facility in Planning, Education, and Performance Improvement, filed a complaint of discrimination on January 5, 2005, with the Office of Resolution Management (ORM), Washington, DC Field Office.

2. The complaint is currently being reviewed for acceptability determination. You will be informed as to whether the complaint is accepted or dismissed by ORM Washington, DC Field Office.

3. The goal of the EEO process is to achieve resolution at the lowest level possible. You are encouraged to explore with the employee, a mutual resolution to his complaint of discrimination. If resolution is achieved, please notify the Equal Employment Specialist named below.

4. If you have any questions concerning this letter, please contact Vanessa A. Deal, EEO Specialist, at (202) 501-2859.

*Vanessa A. Deal*

David M. Betts
Regional EEO Officer

Enclosure