*Curriculum Vitae*

# Nancy M. Benjamin, MSW

## PERSONAL DATA

| | |
|---|---|
| DATE OF BIRTH: | October 5, 1952 |
| PLACE OF BIRTH: | Buffalo, New York |
| SOCIAL SECURITY NUMBER: | [redacted] |
| MARITAL STATUS: | Married, 2 young adult children |
| OFFICE ADDRESS: | VA Western New York Healthcare System [redacted] |
| OFFICE TELEPHONE: | [redacted] |
| OFFICE FAX NO: | [redacted] |
| E-MAIL ADDRESS: | [redacted] |

## EDUCATION

1991   **MASTERS of SOCIAL WORK** – Health, Mental Health Concentration
STATE OF NEW YORK UNIVERSITY of BUFFALO

1989   **BACHELOR of SCIENCE in SOCIAL WORK**
STATE UNIVERSITY OF NEW YORK COLLEGE at BUFFALO
(cum laude)

## PROFESSIONAL & ORGANIZATION MEMBERSHIPS

AASCIPSW   American Association of Spinal Cord Injury Psychologists & Social Workers
- Program Committee (selected & nominated member - term 1/2004-9/2005)

AVASW   Association of VA Social Workers

## LICENSES AND CERTIFICATIONS

CSW   Certified Social Worker, New York State; Date of Licensure 9/24/1991; License # 043548; expiration 09/2004)

## HONORS & DISTINCTIONS

1988   WHO'S WHO AMONG STUDENTS IN AMERICAN UNIVERSITIES & COLLEGES
STATE UNIVERSITY OF NEW YORK COLLEGE at BUFFALO


GOVERNMENT EXHIBIT

## FIELD PRACTICUM SPONSOR

| | |
|---|---|
| 2002 - 2003 | State of New York University – Graduate School of Social Work – 1 student |
| 2000 - 2001 | State of New York University – Graduate School of Social Work – 1 student |
| 1999 - 2000 | State of New York University – Graduate School of Social Work – 1 student |
| 1998 - 1999 | State of New York University – Graduate School of Social Work – 1 student |
| 1997 – 1998 | State of New York University – Graduate School of Social Work – 1 student |

## PROFESSIONAL EXPERIENCE

1992-Present **DEPARTMENT OF VETERANS AFFAIRS**
**WESTERN NEW YORK HEALTHCARE SYSTEM MEDICAL CENTER**
3495 Bailey Avenue, Buffalo, New York 14215
*The VA Western New York Healthcare System is an integrated, university-affiliated Medical Center providing a full continuum of medical, surgical, mental health and long-term care services. In 1996, a full integration was accomplished of the Buffalo and Batavia divisions, establishing the VA Western New York Healthcare System.*
*The Buffalo division is a 167-bed general medical and surgical referral center providing comprehensive medical, surgical, mental health and long term care services through a full range of inpatient and outpatient programs. Opened in 1950, the Buffalo facility is the principal referral center for cardiac surgery, cardiology and comprehensive cancer care, serving Central and Western New York and Northern Pennsylvania. In 1990, Research capabilities were markedly expanded with the opening of a 38,000 square foot Research Building.*

| | |
|---|---|
| 2001- Present | Local Facility Lead Social Worker Medical, Surgical Care line |
| | • Founding member of the Professional Practice Board |
| 2001- Present | Spinal Cord Injury & Disease Clinic Coordinator |
| 2001- 2003 | VISN 2 Network Lead Social Worker Medical, Surgical Care line |
| 1998 - Present | Ambulatory Surgery Unit (ASU) |
| 1998 - 2001 | Surgical Outpatient Clinics Social Worker |
| 1994 - Present | Spinal Cord Injury Coordinator |
| 1992 - 1998 | Physical Medicine and Rehabilitation (PM&R) Inpatient Social Worker |
| 1992 - 1998 | General Medicine, Neurology, Detox Inpatient Social Worker |
| 1992 - 1994 | Geriatric Evaluation Management Unit Inpatient Social Worker |

**CHILDREN'S HOSPITAL OF BUFFALO**
**EARLY CHILDHOOD PROGRAM**
219 Bryant Street, Buffalo, New York 14222

1991 - 1992    School Social Worker

## PRIOR WORK EXPERIENCE (non-social work)

1985 - 1990   **MILLARD FILLMORE HOSPITAL**
3 Gates Circle, Buffalo, New York 14209
1540 Maple Road, Williamsville, New York 14221
Unit Secretary

## PRESENTATIONS, SPECIAL EVENTS & CONFERENCES

### PRESENTATIONS

2003   Benjamin, N., Coward, C., Ferguson, I.D., "Spinal Cord Injury Clinic Coordinators as Advocates in the Veterans Health Administration" - (Co-presenter). Annual Conference of American Association of Spinal Cord Injury Psychologists and Social Workers, Las Vegas, Nevada.

2002   Arbeiter, N., Benjamin, N., Phillips, K.F., "Autonomic Dysreflexia, A Condition for Emergent Treatment" – (Co-presenter). Nursing Grand Rounds, Western New York Healthcare System.

### SPECIAL EVENTS

2004   Benjamin, N., Phillips, K.F., Gillingham, M., "Taking Care of the Caregiver," (Creator, moderator, organizer). Partnership with VA Western New York Healthcare System Volunteer Services and Paralyzed Veterans Association to be @ Salon Avanti, Kenmore, New York, May 26, 2004. A joint venture acknowledging the tireless efforts of caregivers via provision of salon services, lunch and day of socialization with peers.

2001   Benjamin, N. Ribbon Cutting for the VA Western New York Healthcare System Spinal Cord Injury and Disease Clinic (Developer, moderator). Media coverage. Dignitaries from Washington DC, VISN2, and surrounding counties of Buffalo.

### CONFERENCE PLANNING

2004   Annual Conference of Spinal Cord Injury Psychologists and Social Workers to be @ Las Vegas, Nevada, September 2004

## AWARDS & ACHIEVEMENTS

**Veterans Administration Hospital**

2004   *Special Contribution Award*, VA Medical Center, Buffalo, New York
2003   *Special Contribution Award*, VA Medical Center, Buffalo, New York
2003   *Performance Award*, VA Medical Center, Buffalo, New York
2000   *Special Service Award*, VA Medical Center, Buffalo, New York
2000   *Special Service Award*, VA Medical Center, Buffalo, New York
1999   *Special Contribution Award*, VA Medical Center, Buffalo, New York
1999   *Special Contribution Award*, VA Medical Center, Buffalo, New York
1998   *Special Contribution Award*, VA Medical Center, Buffalo, New York
1998   *Special Contribution Award*, VA Medical Center, Buffalo, New York
1998   *Spotlight Recognition Award*, VA Medical Center, Buffalo, New York

Benjamin 4

## AWARDS & ACHIEVEMENTS, continued

**Veterans Administration Hospital**

    1996   *Sustained Superior Performance,* VA Medical Center, Buffalo, New York
    1995   *Sustained Superior Performance,* VA Medical Center, Buffalo, New York
    1994   *Sustained Superior Performance,* VA Medical Center, Buffalo, New York

**Other**

    1998   *Service Award* – Eastern Paralyzed Veterans Association, Buffalo, New York