

**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
Washington DC 20421

SEP 2 0 1999

Mr. Sanford M. Garfunkel
Director (00)
VA Medical Center
50 Irving Street, NW
Washington, DC 20422

**Subject: Notice of Receipt of Discrimination Complaint – Case Number 99-4823**

1. This is to inform you that Mr. Keith B. Pierce, an employee of your facility in Patient Advocate Service, filed a complaint of discrimination on August 31, 1999, with the Office of Resolution Management (ORM), Washington, DC Field Office.

2. The complaint is currently being reviewed for acceptability determination. You will be informed as to whether the complaint is accepted or dismissed by ORM Washington, DC Field Office.

3. The goal of the EEO process is to achieve resolution at the lowest level possible. You are encouraged to explore with the employee, a mutual resolution to his or her complaint of discrimination. If resolution is achieved, please notify the Intake Specialist named below.

4. If you have any questions, please contact Pat Daley, EEO Intake Specialist, at (202) 691-3469.

Peggy A. Joyner
Regional EEO Officer

Enclosure


GOVERNMENT EXHIBIT



**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
Washington DC 20421

<u>CERTIFIED MAIL</u>

SEP 2 0 1999

Mr. Keith B. Pierce



**Subject: Notice of Receipt of Your Discrimination Complaint - Case No. 99-4823**

1. This will acknowledge receipt of your EEO discrimination complaint, and provide you with written notification of your rights, as well as the time requirements for exercising those rights. The official filing date of your complaint is August 31, 1999. This date is based on the postmark on the envelope in which your complaint was mailed.

2. If your complaint is accepted, an impartial investigator employed by the Office of Resolution Management (ORM) will investigate your complaint. You will be provided with a copy of the investigative report upon completion and you will be advised, in writing and at that time, of your right to request a final agency decision from the Office of Employment Discrimination Complaint Adjudication, (OEDCA), with or without a hearing by an administrative judge appointed by the Equal Employment Opportunity Commission (EEOC).

3. If your complaint, or any allegation contained therein, is dismissed, you will receive a decision from the Office of Resolution Management (ORM), explaining the reasons for the dismissal, and advising you of your right to appeal that dismissal.

4. **If your complaint is accepted, but you do not receive a copy of the report of investigation within 180-calendar days of the date you filed your formal complaint of discrimination, you have the right to request EEOC to appoint an administrative judge to conduct a hearing on your complaint without waiting further. You may not, however, request a hearing before the 181st day, unless you receive the report of investigation sooner. Any request for hearing that you may file on the 181st day should be addressed to this Office. It shall be immediately transmitted to the District Office of EEOC, along with a copy of your complaint file and our request that EEOC, appoint an administrative judge to hear your complaint.**

5. You must keep this Office advised of any change of address. Failure to do so could lead to dismissal of your complaint. You must also immediately advise this Office in writing, of the name, address, and telephone number of any representative you may designate to represent you in this matter. If you advise us of representation, copies of

Page 2.

Mr. Keith B. Pierce

all complaint-related correspondence and documents will be provided to your representative, unless you advise us in writing that you are no longer represented by that individual.

6. If you have not received a copy of the report of investigation within 180-calendar days of the date you filed your formal complaint and you do not wish to have a hearing conducted by an administrative judge appointed by the EEOC, you also have the right to file a civil action in U.S. District Court. If you file a civil action, the court may, in its discretion and upon your request, appoint an attorney to represent you in the matter, if you do not have an attorney or are unable to obtain the services of an attorney. The court may also authorize commencement of the civil action without payment of fees, costs, or security. Finally, if you decide to file a civil action, you must name the Secretary of Veterans Affairs as the defendant.

7. The goal of the EEO process is to achieve a mutual resolution of complaints of discrimination. Resolution may occur at any stage of the process and you are encouraged to explore mutual resolution to your complaint of discrimination with management officials at the facility responsible for alleged discrimination. My staff and I are available to assist you in this, should you desire.

8. The Intake Specialist processing your complaint is Pat Daley. If you have any questions concerning the processing of your complaint, please contact her at (202) 691-3469.

*Peggy A. Joyner*
Peggy A. Joyner
Regional EEO Officer