UNTIED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keith Pierce ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | * * * * * | Jury Trial Demanded |
| Plaintiff, | * * | Civ. Action No. |
| v. | * * | CASE NUMBER 1:00CV02605 |
| Togo West, Jr., Secretary of Veterans Affairs, U.S. Department of Veterans Affairs 1120 Vt. Ave., NW Wash., D.C. 20420 | * * * * * * | JUDGE: Thomas F. Hogan  DECK TYPE: EEOC  DATE STAMP: 10/27/2000 |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff Keith Pierce, by counsel, complains of defendant as follows:

### VENUE AND JURISDICTION

1. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. Section 1331. Venue is proper because the alleged acts of discrimination took place in the District of Columbia.

2. This action is timely because it was filed more than one hundred eighty (180) days after plaintiff filed a formal complaint of discrimination with the Defendant and no action has been taken in regards to the formal complaint, so plaintiff has exhausted his administrative remedies prior to filing suit in this Court.

### THE PARTIES

3. Plaintiff Keith Pierce resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is Black, and is African American.


GOVERNMENT EXHIBIT

4. On information and belief, the defendant Togo West, Jr., is Secretary of Veterans Affairs for the U.S. Department of Veterans Affairs, is named in his official capacity, and employs Plaintiff at the VA Hospital located at 50 Irving St., Wash., D.C.

## FACTS

5. Plaintiff has worked for the Federal Government for about 19 years.

6. Defendant announced a job vacancy for Health System Specialist that had a Grade of 12/13 in or about March 1999.

7. Plaintiff applied for and was qualified for the job.

8. Plaintiff was rejected despite Plaintiff's qualifications.

9. Defendant selected a White person for the job.

10. Plaintiff was not selected for the job because of his race and color.

11. The person who made the decision to select the White person over Plaintiff was Dr. Klemens H. Barth, a contractor.

12. On information and belief, the decision to hire personnel is an inherently governmental function.

13. On information and belief, Dr. Barth decision to hire the White person was unlawful and/or contrary to Defendant's policies because he performed an inherently governmental function.

14. On information and belief, Dr. Barth has made other personnel decisions in violation of Defendant's policies.

15. Plaintiff has sustained damages consisting of lost pay, lost benefits, front pay, front benefits, and emotional

distress.

## COUNT 1

16. Plaintiff repeats and realleges the allegations contained in paragraphs 1-15 as if more fully set forth herein.

17. By and through its conduct, Defendant violated Title VII of the Civil Rights Act of 1964, as amended, by discriminating against Plaintiff on the basis of his race and color.

18. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment on Count 1 against Defendant in an amount to be determined at trial, but not less than $300,000, consisting of lost pay, lost benefits, reinstatement or front pay and front benefits, compensatory damages for pain and suffering, emotional distress, inconvenience and mental anguish, interest, taxes to be paid on any award, attorney's fees and such other relief as the Court deems just and fair.

Date: October 25, 2000

Alan Lescht and Associates, P.C.

_____
Alan Lescht (#441691)
1050 17th St., N.W., Suite 220
Wash., D.C. 20036
(202) 463-6036
Attorneys for Plaintiff