AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

**KEITH PIERCE**

V.

**ANTHONY PRINCIPI**

JUDGMENT IN A CIVIL CASE

Case Number: **00-2605**

**FILED**

MAY 1 - 2002

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

IT IS ORDERED AND ADJUDGED

That Judgment be entered for the plaintiff Keith Pierce against the defendant Anthony Principi in the amount of $75,000.00.

Dated: May 1, 2002

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

GOVERNMENT EXHIBIT 28

41