# Department of Veterans Affairs — COMPLAINT OF EMPLOYMENT DISCRIMINATION

**1. NAME** (Last, first, middle initial): PIERCE, KEITH B.

**2. MAILING ADDRESS:** [redacted]

**3a. WORK TELEPHONE NUMBER** (Include Area Code): [redacted]

**3b. HOME TELEPHONE NUMBER** (Include Area Code): [redacted]

**4. ARE YOU:**
- [x] A VA EMPLOYEE
- [ ] AN APPLICANT FOR EMPLOYMENT
- [ ] A FORMER VA EMPLOYEE

**5a. JOB TITLE, SERIES AND GRADE:** PATIENT ADVOCATE GS-11 SERIES #301

**5b. SERVICE/SECTION/PRODUCT LINE:** DIRECTOR'S OFFICE

**6. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED:** VA MEDICAL CENTER, 50 IRVING ST. NW, WASHINGTON, DC 20422

**INSTRUCTIONS:** For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): Race (Specify), Color (Specify), Religion (Specify), Sex (Male or Female), Sexual Orientation, National Origin (Specify), Age (Provide date of birth), Disability (Specify), and Reprisal for prior EEO activity or having opposed discrimination.

| 7. BASIS | 8. CLAIM(S) | 9. DATE OF OCCURRENCE |
|---|---|---|
| REPRISAL | 1) HARRASSMENT  2) RACE  3) HOSTILE WORK ENVIRONMENT | RECEIVED APR 15 2002 |

**10. REMEDIES SOUGHT:** COMPENSATORY DAMAGES

**11a. DO YOU HAVE A REPRESENTATIVE?** [ ] YES  [x] NO

**11b. IF "YES," IS HE OR SHE AN ATTORNEY?** [ ] YES  [ ] NO

**11c. PROVIDE THE NAME, ADDRESS, AND TELEPHONE NUMBER OF YOUR REPRESENTATIVE:**

**12a. HAVE YOU CONTACTED AN EEO COUNSELOR?** [x] YES  [ ] NO

**12b. NAME OF EEO COUNSELOR:** MS PERNELL ATKINS

**12c. DATE OF INITIAL CONTACT WITH ORM:**

**13. NOTE:** If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 9, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (If more space is needed, use an additional sheet of paper.)

**14a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE?** [ ] YES  [x] NO

**14b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED:**

**15a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?** [ ] YES  [x] NO

**15b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED:**

**16a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?** [ ] YES  [x] NO

**16b. IF "YES," PROVIDE THE NAME AND ADDRESS:**

**17. SIGNATURE OF COMPLAINANT** (Do not print): [signature]

**18. DATE:** 4-5-02

GOVERNMENT EXHIBIT 30