

**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
Washington DC 20420

MAY 8 2002

<u>CERTIFIED MAIL & REGULAR MAIL</u>　　　　In reply refer to: 08D

Mr. Keith Pierce


Dear Mr. Pierce:

　　The purpose of this letter is to advise you of the disposition of your EEO complaints, Case No. 2004-0688-2001300419, filed November 2, 2001, and Case No. 2004-0688-2002102015, filed April 5, 2002, against officials at the VA Medical Center, Washington, DC. A review of the complaint file indicates you contacted this office on September 12, 2001, for informal counseling and you were issued a notice of right to file a formal complaint on October 17, 2001, for Case No. 2004-0688-2001300419; and you contacted this office on February 28, 2002, for informal counseling and you were issued a notice of right to file a formal complaint on March 29, 2002, for Case No. 2004-0688-2002102015.

　　EEOC regulations provide for the consolidation of multiple formal complaints filed by the same complainant prior to the complaints reaching the hearing stage of the EEO complaint process. Authority: 29 CFR, Section 1614.606. Therefore, these two formal complaints have been consolidated into one complaint for further processing and will be investigated as Case No. 2004-0688-2001300419, as this is the case number for the earliest filed formal EEO complaint.

　　The initial formal complaint raises a claim that based on **reprisal for prior EEO activity**, you were non-selected for the Health Systems Specialist position, Announcement No. MCD 01-20, GS-12/13. The second formal complaint raises a claim that based on **reprisal for prior EEO activity** and **race (Black)**, you were non-selected for the Community Relations position. In reviewing the formal complaint, you offer the following to support your claims:

**Claim – Non-selection (August 2, 2001 and January 28, 2002)**

　　We have determined that your claims meet procedural requirements, and are therefore **ACCEPTED** for further processing as a consolidated complaint. The precise claims accepted for investigation are as follows:

> **Whether on the basis of reprisal for prior EEO Activity, you were discriminated against when you were notified that you were non-selected for the Health Systems Specialist position, GS-12/13, Announcement Number MCD 01-20 on August 2, 2001.**

GOVERNMENT
EXHIBIT
3

Page 2.

Mr. Keith Pierce

> **Whether on the bases of reprisal for prior EEO Activity and race (Black), you were discriminated against when you were notified on January 28, 2002 that the Director had hired someone in the Community Relations position in the Director's Office.**

Your consolidated claims will be assigned to an impartial investigator under the supervision of the Office of Resolution Management (ORM), who will investigate the complaint. The investigator will contact you directly in order to obtain information or evidence that you may wish to offer. The agency is required to investigate the complaint in a timely manner. The investigation must be completed within 360 days of the filing of your original EEO complaint. You will be provided with a copy of the investigative file upon completion of the investigation, and you will be advised, in writing at that time, of the right to request a Final Agency Decision (FAD) from the Office of Employment Discrimination Complaint Adjudication (OEDCA), or a hearing by an administrative judge appointed by the Equal Employment Opportunity Commission (EEOC).

If the investigation has not been completed within the 360-day time limit, applicable regulations permit the agency and the complainant to agree in writing to extend the investigative period for not more than 90 days. ORM will make every good faith effort to complete the investigation within the prescribed period. However, where workload demands make it impossible to complete a timely investigation, we will work with you to seek mutual agreement to extend the period so that the investigation might be completed before you seek an EEOC hearing or a final agency decision from OEDCA.

If you do not receive a copy of the investigative file within 180-calendar days of the date you filed your original formal complaint of discrimination; you have the right to request EEOC to appoint an administrative judge to conduct a hearing on your complaint without waiting further. You may not, however, request a hearing before the 181st day of the date you filed your complaint, unless you receive the investigative file sooner. Any request for EEOC to appoint an administrative judge to hear the complaint should be addressed to the District Office of EEOC. A request for a hearing should be addressed to:

**Equal Employment Opportunity Commission**
**1400 L Street, N. W., Suite 200**
**Washington, DC  20005**

A **copy** of your request for a hearing to EEOC must be sent to this office at the following address:

Page 3.

Mr. Keith Pierce

**Department of Veterans Affairs**
**Office of Resolution Management (08D)**
**810 Vermont Avenue, NW**
**Washington, DC 20420**

    You are required to certify to the EEOC Administrative Judge that a copy of the request for a hearing is sent to the Office of Resolution Management at the above address. A copy of a "Hearing Request Form" is enclosed to assist you in requesting a hearing.

    If you request a FAD, it will be rendered by VA's Office of Employment Discrimination Complaints Adjudication (OEDCA), in Washington, DC. The FAD will address all claims and a finding will be made on the merits of the complaint. At that time you may appeal the FAD to the EEOC if you are dissatisfied with the decision. OEDCA will provide you with specific information regarding your appeal rights following its final agency decision, to include your right to file a civil action in an appropriate United States district court. A request for a final agency decision without a hearing should be addressed to:

**Department of Veterans Affairs**
**Office of Resolution Management (08D)**
**810 Vermont Avenue, NW**
**Washington, D.C. 20420**
**ATTN: Tom Maddux, EEO Intake Specialist**

The request for a FAD will be immediately transmitted to OEDCA, along with a copy of the investigative file, and our request that OEDCA render a final decision on your complaint.

    If you have not received a copy of the investigative file within 180-calendar days of the date you filed your original formal complaint and you do not wish to have a hearing, you also have the right to file a civil action in an appropriate United States district court. If you file a civil action, the court may, at its discretion and upon request, appoint an attorney to represent you in the matter, if you do not have or cannot afford the services of an attorney. The court may also authorize commencement of the civil action without payment of fees, costs, or other security. Finally, if you decide to file a civil action, you must name **The Honorable Anthony J. Principi**, as the defendant. Mr. Principi's official title is **Secretary of Veterans Affairs.**

    You must keep this office advised of **any** change of address. Failure to do so could lead to dismissal of the complaint. You also must advise this office, in writing, of

Page 4.

Mr. Keith Pierce

the name, address, and telephone number of your representative, should you decide to retain representation in this formal complaint. If you advise this office of representation in this complaint, copies of all subsequent actions on your complaint will be mailed or delivered to your representative with copies to you, unless you advise us in writing that you are no longer represented by that individual.

If you believe that the consolidated claims are improperly formulated, incomplete, or incorrect, you have the opportunity to notify this office within 7-calendar days, in writing or by fax, to state your disagreement. If you do not contact this office within 7-calendar days, it will be assumed that the claims are correctly stated.

A goal of the EEO process is to achieve a mutual resolution of complaints of discrimination. Resolution may occur at any stage and we encourage the parties involved to explore resolution or to utilize the Alternative Dispute Resolution (ADR) process. Should you desire to utilize the ADR process, my staff will be available to assist you.

If you have any questions concerning this letter, please contact Tom Maddux, EEO Intake Specialist, at (202) 501-2787 or by fax at (202) 501-2947.

Sincerely,

Peggy A. Joyner
Regional EEO Officer

Enclosure

# HEARING REQUEST FORM

Equal Employment Opportunity Commission
1400 L Street, N.W., Suite 200
Washington, DC 2005

Dear Sir/Madam:

I am requesting the appointment of an EEOC Administrative Judge pursuant to 29 CFR, Section 1614.108(g). I hereby certify that, either more than 180 days have passed from the date I filed my formal complaint, or I have received a notice from the agency that I have 30 days to elect a hearing or a final agency decision.

My Name: _____

Agency Name & Address: _____
_____
_____
_____

Agency Case No: **2004-0688-2001300419**

In accordance with section 1614.108(g), I hereby certify that I have sent a copy of this request for a hearing to the following person at the agency:

Name: **Ms. Peggy A. Joyner, Regional EEO Officer**
Address: **Department of Veterans Affairs**
**Office of Resolution Management (08D)**
**810 Vermont Avenue, NW**
**Washington, DC 20420**

I understand that if I have not provided the agency with a copy of my request for a hearing, this request will have no effect and an Administrative Judge will not be appointed, or if appointed, the Administrative Judge will place my request into an inactive docket until such time as I inform the agency of my request for a hearing.

Sincerely,

_____    _____
(Signature of Complainant)                          (Date)



**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
Washington DC 20420

MAY 8 2002

In reply refer to: 08D

Mr. Sanford M. Garfunkel
Director (00)
VA Medical Center
50 Irving Street, NW
Washington, DC 20422

Subject: **Notice of Consolidation of EEO Complaints for Mr. Keith Pierce,
Case No. 2004-0688-2001300419, filed November 2, 2001, and
Case No. 2004-0688-2002102015, filed April 5, 2002**

1. This is to inform you that Mr. Mr. Keith Pierce, an employee in the Director's Office at the VA Medical Center, Washington, DC has filed two formal complaints of discrimination.

2. Enclosed is a copy of the consolidation letter that was sent to the complainant informing him that the complaints have been accepted and consolidated, and will be investigated as one complaint.

3. All documents and records, including any Official Personnel Folders related to this complaint, must be maintained at the facility and made available at the time of the investigation.

4. Advanced preparation for the investigation should begin as soon as possible. This preparation includes securing all documents identified in the attachment to this letter. We require that the documents be provided to the assigned investigator within 10-days of official notification of assignment of investigator. The investigator will review the submitted material and determine if supplementary documentation is needed. Failure to submit the documents may result in an adverse inference/sanction by the Equal Employment Opportunity Commission.

5. We encourage the parties involved to explore resolution or to utilize the Alternative Dispute Resolution (ADR) process, if available at your facility. If a mutual resolution is achieved, or if the parties enter into the ADR process, please contact Tom Maddux, EEO Intake Specialist, at (202) 501-2787.

Peggy A. Joyner
Regional EEO Officer

Enclosures