

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Washington Field Office

1400 L Street, N.W., Suite 200
Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

| | |
|---|---|
| Keith Pierce, | Date: April 28, 2003 |
| Complainant, | EEOC No. 100-A2-8134X |
| v. | |
| Anthony J. Principi, Secretary, U.S. Department of Veterans Affairs, | Agency No. 2004-0688-2001300419 |
| Agency. | |

## CLOSURE ORDER

Notice is hereby given that the above captioned case is closed pursuant to 29 C.F.R. § 1614.107(a)(37)(2002) because the Complainant has failed to prosecute his case at the hearings stage. *See* 29 C.F.R. § 1614.109(b). The case is remanded for a final agency decision within 60 days pursuant to 29 C.F.R. § 1614.110(b). The hearing record is enclosed.

This office will hold the report of investigation and the complaint file for sixty days, during which time the agency may arrange for their retrieval. If we do not hear from the agency within sixty days, we will destroy our copy of these materials. The agency is directed to contact Supervisory Administrative Judge Steve Shih at (202)275-6633 to retrieve the file.

It is so ORDERED.

For the Commission:

Rebecca L. Dickinson
Administrative Judge

