**Department of Veterans Affairs**
**Office of Resolution Management**
1575 I Street, NW, 10th Floor
Washington, DC 20005-1105

Written Affidavit

In the Matter of the EEO Complaint of Discrimination

Keith Pierce                                    )
4306 Mimsey Road                                )
Upper Marlboro MD 20772        ??               )
                                                )
Complainant                                     )
                                                )
                                                )
          v.                                    )        Case No.: 2004-0688-2005100735
                                                )
                                                )
Secretary                                       )
Department of Veterans Affairs                  )
810 Vermont Avenue, NW                          )
Washington, DC 20420                            )
                                                )
Respondent                                      )
                                                )
Facility: VA Medical Center                     )
          50 Irving Street, NW                  )
          Washington, DC 20422                  )
                                                )

The claim accepted for investigation is: Whether on the bases of age (DOB: 05-18-1955), race (Black), reprisal (prior EEO activity), and disability (physical/unknown), on October 21, 2004, the complainant was not selected for the re-announced position of Program Specialist (Lead Patient Advocate) GS-301-13, announcement no. MCD 04-35A.

I, Keith Pierce, solemnly swear/affirm that the information given in response to the following questions is true and complete to the best of my knowledge and belief

1. Please describe your EEO activity prior to the filing of this complaint including when it occurred and how you were involved.

- I've filed two (2) EEO claims prior to this one. The first one was back in 1999 for non selection of a position in the Radiology Department. That case was settled. The second was for non selection of a position in the Office of the Director back in 2000. The position was filled by a female who had just completed her internship here at the medical center. That case was dismissed because I missed a suspense date after agreeing to settle informally with the facility.

2. At the time of the non selection for the position in question, what was your position, grade, and how long you had worked in this position?

- At the time of the non selection, I was a GS-11 and had worked in this position for almost nine years.

3. What is your age, DOB, race and you have participated in prior EEO activity? If so when and in what capacity? What is your disability[1]? If so how were they made aware?

- (1) I'm 50 year old black male and my date of birth is May 18, 1955: (2) I filed two EEO cases back in 1999 and 2000 while serving in the same capacity as Patient Advocate: (3) I am 80% service connected for disabilities from active military service which include my back, shoulder, knees and feet: (4) My form 50 indicates my 10 point veteran preference in which I indicated on both announcements.

4. What is the nature of your disability? Provide supporting medical documentation.

- Injuries sustained while serving on active military duty. My HINQ will be provided with the mailed copy of this report.

5. How long have you had this disability? Provide supporting medical documentation.

- I've been service connected for my disabilities since I left the military back in 1989.

6. How long is this condition expected to continue? Provide supporting medical documentation.

- These are permanent conditions.

7. Describe WHICH major life activities are substantially limited because of your disability. Provide supporting medical documentation.

\- Limited walking, standing and sitting.

8. Describe in detail HOW the major life activities identified above are substantially limited because of your disability. Provide supporting medical documentation.

\- My shoulder injury prevents me from any heavy lifting. My back condition prevents any prolonged sitting. My feet and knees prevent any prolonged standing.

9. Do you use medication and/or assistive devices for your disability? If yes, identify and describe their purpose.

\- Yes. I take medications for joint pain and my gout. I've also been issued a cane to assist when I'm experiencing a gout attack.

10. Do your medications and/or assistive devices affect any major life activities? If yes, describe the major life activity and the degree to which it is affected.

\- Yes. If I'm experiencing a gout attack, in many cases I'll need to utilize my cane for walking. This prevents me from participating in many activities that require walking.

11. Which management officials were aware of your substantial limitations due to your disability? Identify by name, position, and date they became aware of your limitations.

\- It is my belief that both Mr. Sanford Garfunkel and Ms. Terry Ross was aware of my disabilities.

12. Describe how the management official(s) identified above became aware of your substantial limitations due to your disability.

\- I indicated in my application packet that I was applying under special hiring authority as a 10 point preference veteran.

13. Are there any essential duties of your position that you are unable to perform because of your disability? If yes, describe these in detail. Provide supporting medical documentation.

\- No.

14. Was there a job vacancy announcement for the position? If yes, did you apply for the position?

- Yes there was a vacancy announcement and I did apply.

15. If you applied, were you determined qualified for the position?

- Yes.

16. Were you referred for consideration of the position?

- Yes.

17. Were you interviewed? If yes, by whom?

- Yes. I was first interviewed by a panel. After being identified as one of two best qualified candidates, I was interviewed by Ms. Terry Ross and Mr. Sanford Garfunkel individually.

18. How did you find out you were not selected for this position?

- After constantly inquiring about the status of the position, I was given several answers. I was told the position was to be re-announced and later learned it had been cancelled (see enclosures 17-20 of my EEO packet). I also learned (in the hallway at the medical center) that Bill Sivley had been placed in his old position as Lead Patient Advocate (see enclosure 20). First of all, I found this strange because Bill Sivley had been at the medical center months prior to the first interview proceeding and was even contacted by Terry Ross while on military duty in NY. Why would there even be interviews if Bill Sivley was to take his old position back. Second, how could Bill Sivley take his old position back when it had been abolished (see enclosures 3, 5 and 6 of the packet). Finally, if the Lead Patient Advocate position had not been abolished, how could they have advertised for the position in question.

19. Please identify the management official (name and title, disability, race, age, whether they have participated in prior EEO activity) responsible for your non-selection?

- Ms. Terry Ross (white female, Executive Officer to the Medical Center Director). I do not know if she has participated in prior EEO activity. Mr. Sanford Garfunkel (white male, Medical Center Director). Mr Garfunkel was listed as one of the Responsible Management Officials in one of my previous cases.

20. Did you ask anyone why you were not selected? If yes, who (include name and title disability, race, age, whether they have participated in prior EEO activity) and what was his/her response?

- Yes. I contacted Terry Ross who stated the position was to be re-announced in order to get a larger pool of candidates and referred me to HR. NOTE: Enclosure 18 clearly indicates this had already been done by Terry Ross back when the announcement was first opened. Ms Lawan Houston from HR stated the position had been re-posted and I didn't have to apply. I later learned from Ms. Leacha Barnette, Chief of HR, that the position had been cancelled and Bill Sivley was returning to his official position of record (which had been abolished by management). (see enclosures 17-20)

21. Do you know the person selected for this position? If yes, provide name, disability, race, age, whether they have participated in prior EEO activity?

- There was no official selection. Bill Sivley, white male, was placed back in the Lead Patient Advocate position which was abolished and replaced and advertised by the position in question.

22. Why do you believe you were more qualified than the individual selected for the position?

- It is well documented in the affidavit of Mr. Sanford Garfunkel which was submitted to this case, that he was not pleased with Mr. Sivley and that was the reason why he brought in Ms. Michelle Spivak. On the other hand, I had almost nine (9) years of experience in the Patient Advocate Office and had been detailed in the Lead Patient Advocate position on several occasions with success.

23. What evidence do you have that the selecting official was aware of your qualifications?

- I listed all my accomplishments and experience when asked to be detailed into the position (see enclosure 1 of the EEO Packet). I had also recently been elected to the Board of Directors with the Society For Healthcare Consumer Advocacy (SHCA) of the American Hospital Association (AHA) which is the professional organization for Patient/Consumer Advocates nationally. I had also been recognized by receiving the personal achievement (APEX) Award for my contributions to the advancement of patient advocacy. All should be documented in my OPF in the HR Office.

24. Was the selecting[2] official aware of your race, age, DOB, and whether you participated in prior EEO activity[3]?   How, and When did he/she become aware of your disability, race, age and prior EEO activity?

- The selecting official should have been aware of my DOB, age and race because that information was part of my application packet.  I can't say for sure whether or not Ms. Ross was aware of my prior EEO activity.  It stands to reason since Mr. Garfunkel was listed as the responsible management officials in my previous case and now one of the final interviewing officials for this job, Ms. Ross could have obtained knowledge at that point.

25. Please explain why you believe your non-selection for this position was based on your race, age, disability and prior EEO activity?

- The fact that Bill Sivley is a white male at least 10 years younger is a start. Also, Mr. Garfunkel stated in his affidavit that he was not pleased with Bill Sivley, yet, Bill Sivley was placed back into the "abolished position" as Lead Patient Advocate.  Since the basis for my previous case is essentially the same, it stands to reason, with the facts provided, there are underlying reasons the selection process went as it did.

26. Please explain the reasons for your disagreement with the action taken against you as identified in your complaint.

- I gave this facility every opportunity to do, in my opinion, the right thing. I requested to be detailed into the Lead Patient Advocate position and was told it was abolished and was replaced with the Director, Patient Advocate position (See enclosure 3). I applied for the new position when it was announced in-house and was the only applicant. I was informed by the HR staff I wasn't considered because I didn't qualify (see enclosure 9). The position was then advertised outside where I did qualify and went through the entire process to be rated as one of the top two candidates. It was rumored that an offer had been made to the other candidate who turned down the position which would have left me as the remaining best qualified candidate. Since Bill Sivley was here on station during the entire process, it became even more suspicious that he was placed back into his old position, which had been abolished, rather than selecting me. All of the mentioned incidents clearly reflects violations of both the merit promotion system and regulatory guidelines stipulated in the Vet Guide. It should also be noted that in the same affidavit, Mr. Garfunkel stated he and Mr. David West, Associate Medical Center Director, would do everything to find a commensurate position for myself as well as Ms. Michelle Spivak because he believe in rewarding individual that are deserving.

27. Please identify the (name and position, race, sex, disability and whether they have participated in prior EEO activity) of the management official responsible for not selecting you for the position in question and harassing you.

- Ms. Terry Ross, Executive Officer to the Medical Center Director, was the selecting official and she is a white female. Mr. Sanford Garfunkel, Medical Center Director, was one of the final interviewers with input for the selection. Mr. Garfunkel is a white male and was listed as a responsible management official in my previous case.

28. What was the EEO activity for which you were reprised against in terms of non selection and harassment?

- Because of my first EEO case that was settled and dictated the Medical Center Director get involved, appears to have an impact on jobs for which I've applied.

29. Please explain if there were other employees who were treated more favorably than you by management in regard to the non selection. Identify employee(s) by name, position, age, race, whether they participated in prior EEO activity, the nature of their EEO activity, and whether they have a disability. How they were treated more favorably, and by whom.

- If it is true that the other candidate was offered the position, it would stand to reason she received a more favorable treatment.

30.   Please explain in detail why you believe your non selection for the position in question is connected to your prior EEO activity.

   - First and foremost, my previous EEO activity involved Mr. Garfunkel. When examining my credentials and experience, one would question the rationale for not selecting me for the position. I put together an extensive +EEO packet that clearly indicated there were violations and omissions of regulatory guidelines. The only explanation that one of reason could conclude is that management didn't want me to have that position.

The above information has been furnished without a pledge of confidence and I understand that it may be shown to the interested parties of this complaint.

This statement is made under penalty of perjury, this _29_ day of _June_, 2004. _05_

_____
(Affiant's signature)[4]

(DUPLICATE SET)