Department of Veterans Affairs
Office of Resolution Management
1575 I Street, NW, 10th Floor
Washington DC 20005-1105

Written Affidavit

In the Matter of the EEO Complaint of Discrimination

| | |
|---|---|
| Keith Pierce ) | |
| 4306 Mimsey Road ) | |
| Upper Marlboro MD 20772 ) | |
| ) | |
| ) | |
| Complainant ) | |
| ) | |
| v. ) | Case No: 2004-0688-2005100735 |
| ) | |
| Secretary ) | |
| Department of Veterans Affairs ) | |
| 810 Vermont Avenue, NW ) | |
| Washington, DC 20420 ) | |
| ) | |
| Respondent ) | |
| ) | |
| Facility: VA Medical Center ) | |
| 50 Irving Street, NW ) | |
| Washington, DC 20422 | |

**The claim accepted for investigation is:** Whether on the bases of age (DOB: 05-18-1955), race (Black), reprisal (prior EEO activity), and disability (physical/unknown), on October 21, 2004, the complainant was not selected for the re-announced position of Program Specialist (Lead Patient Advocate) GS-301-13, announcement no. MCD 04-35A.

I, Terry Ross, solemnly swear/affirm that the information given in response to the following questions is true and complete to the best of my knowledge and belief.

1. What is your age, DOB and race?

*48, December 11, 1956, Caucasian*

2. Are you aware of the complainant's age and race? If yes, to your knowledge what is the complainant's age and race? When and how did you become aware of his race and age?

*I am not aware of the complainant's age. It is my belief that the complainant is African American. I met the complainant when I started at the medical center in March 2003.*

3. Were you the selecting official for this position? If not do you know who the selecting official was for the position in question?

*Yes, I was the selecting official for the position in question, announcement no. MCD-04-035A.*

4. Were interviews conducted? If yes, by whom and when? Provide name(s) and title(s).

*No interviews were conducted for the position in question, announcement no. MCD-04-035A.*

5. If interviews were conducted by someone else, what instructions did you give to the person(s) delegated to interview?

*No interviews were conducted for the position in question, announcement no. MCD-04-035A.*

Were all the candidates asked the same questions?

*No interviews were conducted for the position in question, announcement no. MCD-04-035A.*

6. Why do you believe the selectee was better qualified for the position than the complainant was?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

7. Why was the selectee chosen for this position? Please provide specific and concrete reasons (better qualified or was the best qualified are not acceptable answers unless you provide specific ("qualifications" that made the selectee better).

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

What qualifications did the selectee have that the complainant did not?

Under what announcement and authority was the selectee hired under?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

8. Were you aware of the selectee's race, age, disability and whether he had participated in prior EEO activity before the selection?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

9. Why was the complainant not selected for this position? Please provide specific and concrete reasons (less qualified or not the best qualified are not acceptable answers).

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

10. Was the complainant's race or age a factor in your decision not to select the complainant for the position in question?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

11. Please provide your position, grade, and the name of the facility where you worked at the time of the complaint identified above.

*Executive Officer, GS-14, Washington DC VA Medical Center*

12. How long had you held this position at the time of this complaint?

*I came to the Washington DC VA Medical Center in March 2003. I do not know an exact date as to when the complainant filed a complaint.*

13. Did you participate in EEO activity prior to this complaint? If so, please identify the activity and your role.

*I am not sure what kind of EEO activity this is referring to, but I have not ever been involved in an EEO complaint of discrimination. However, in my VA Medical Center, I have participated in some EEO sponsored programming. For example, I am a member of the VA Leadership Advisory Board, our medical center's leadership training program for GS-8's and below, which is chaired by the EEO office. I have also attended various "Special Emphasis" programs at our medical center that are sponsored and coordinated by EEO.*

14. Prior to this written affidavit, were you aware of the complainant's EEO activity? If yes, indicate when and how you became aware and your understanding of the activity.

*No, I was not aware of this complainant's EEO activity.*

Before you made a selection for the announcement in question were you aware of the complainant's prior EEO activity?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

15. What is your knowledge of the complainant was not the re-announced position of Program Specialist (Lead Patient Advocate) GS-301-13, announcement no. MCD 04-35A. **Explain in detail.**

*I do not understand this question the way it is written; however, with regard to announcement no. MCD 04-35A, Program Specialist, this announcement was for a Program Specialist entitled "Director of the Patient Advocate Office" not for a Lead Patient Advocate position. The Lead Patient Advocate position was already an occupied position, and we were not recruiting for that position. This was an entirely different position.*

16. What were your reasons for not selecting the complainant for the vacant position?

*No one was selected for the position in question, as announcement no. MCD-04-035A was canceled on October 28, 2004.*

17. Was the position in question announced prior to the announcement that we are discussing in this allegation? If so when? Why wasn't someone selected from the previous announcement? Please explain in detail what happened with the first announcement?

*Yes, this position was previously announced twice before. The first time this position was announced, no. MCD-04-23, was March 8, 2004 and closed on March 26, 2004. This announcement was open only to DC VA Medical Center employees to apply. I was told that only one person applied for the position, and that person did not qualify. So, I asked Human Resources to re-announce the position and open it to all government employees. The position was re-announced, no. MCD-04-35, on April 2, 2004 and closed on April 23, 2004. I received a certificate for this announcement in the middle of June 2004. There were 6 names on the cert. A rating and ranking panel was then convened in July 2004 to review, rate and perform interviews of the 6 applicants. The members of the panel were Michelle Spivak, Director of Community Relations and Public Affairs; Jennifer Perez, Administrative Officer, Social Work Service; Marcia*

*Bowens, Nurse Manager; Martin Wiseman, Acting Chief, Business Office; and Brandon Bentley, Chief, Fiscal Service. The rating panel then submitted their ratings to Human Resource Service. They indicated that two of the applicants (Mr. Keith Pierce, Patient Advocate, Washington DC VA Medical Center; and Ms. Nancy Benjamin, Coordinator, Spinal Cord Injury & Disease Clinic, VA Western New York Healthcare System) achieved ratings at a level that they felt warranted the recommendation to forward on for a second interview with the selecting official. As the selecting official, I interviewed both applicants, and the Medical Center Director also interviewed both applicants. After the interviews, it became apparent to me that Mr. Pierce was unable to show that he had significant experience specifically in leading a program, nor was he able to portray to me that he had significant experience in using graphs and charts to present data, which was imperative to this position. Whereas, Ms. Benjamin was clearly able to demonstrate how she has run a program, and provided detailed explanations of her experience with presenting data through graphs and charts. I spoke with the Medical Center Director and expressed my concerns about the limited experience of Mr. Pierce portrayed both in his interview with me and in his application package, and he agreed that the other applicant was far more qualified for the position. I then asked Human Resource Service to offer the position to the other applicant; however, she declined the offer. At that point, since we had no other viable applicants (it was already decided that Mr. Pierce was not adequately qualified for the position), I asked Human Resource Service to re-announce the position for a third time.*

18. Was the complainant made aware of why the position was re-announced? If so explain. If not what was the reason that he was not made aware?

*I do not know if Human Resource Management made the complainant aware of why the position was re-announced.*

19. Was the reason that the complainant not hired for the position in question because of his race, age, his disability or prior EEO activity?

*No one was hired or selected for this position as the announcement no. MCD-04-035A was canceled on October 28, 2004.*

20. Are you disabled? If yes, describe the nature of your disability.

*No, I am not disabled.*

21. Are you aware of complainant's disability? If yes, describe your knowledge of complainant's disability and how you became aware of it.

*No, I am not aware if the complainant is disabled.*

22. Did the complainant's disability play a factor in your decision not to select him for the vacant position? Explain in detail.

*No one was selected for this position as the announcement no. MCD-04-035A was canceled on October 28, 2004.*

23. Did the complainant's disability play a factor in your decision not to select him for the vacant position in question? Detail

*No one was selected for this position as the announcement no. MCD-04-035A was canceled on October 28, 2004.*

24. Over the past two years have you selectee any employees within your facility with disabilities? If so please identify these employees by names, what position they were hired for, their age and race and whether they have participated in prior EEO activity.

*Over the past two years, I have not had an opportunity to select any employees within my facility.*

25. Do you know of any other relevant information?

*No*

The above information has been furnished without a pledge of confidence and I understand that it may be shown to the interested parties of this complaint.

This statement is made under penalty of perjury, this __3rd___ day of June 2005.

_Jerry Ross_
(Affiant's signature)