Department of Veterans Affairs
Office of Resolution Management
1575 I Street, NW, 10th Floor
Washington DC 20005-1105

Written Affidavit

In the Matter of the EEO Complaint of Discrimination

| | |
|---|---|
| Mr. Keith B. Pierce ) <br> 4603 Mimsey Road ) <br> Upper Marlboro, MD 20772 ) <br> ) <br> Complainant ) <br> ) <br> v. ) <br> ) <br> Secretary ) <br> Department of Veterans Affairs ) <br> 810 Vermont Avenue, NW ) <br> Washington, DC  20420 ) <br> ) <br> Respondent ) <br> ) <br> Facility: VA Medical Center ) <br>       50 Irving Street, NW ) <br>       Washington, DC 20422 | Case No: 2004-0688-2005100735 |

**The claim accepted for investigation is:** Whether on the bases of age (DOB: 05-18-1955), race (Black), reprisal (prior EEO activity), and disability (physical/unknown), on October 21, 2004, the complainant was not selected for the re-announced position of Program Specialist (Lead Patient Advocate) GS-301-13, announcement no. MCD 04-35A.

I, _Gloria M. McNeill (HRMS)_ Subject Manner Expert, solemnly swear/affirm that the information given in response to the following questions is true and complete to the best of my knowledge and belief.

1. What is your race and age?

    **Black     59**

2. Are you aware of the complainant's race and age? If yes, what, to your knowledge, is the complainant's race and age? When did you become aware of his race and age? How did you become aware?

    **Black age unknown. Mr. Pierce is an employee of this facility and I see him often.**

3. Were interviews conducted for the vacant position in question? If yes, by whom? Provide name(s) and title(s).

    **Unknown**

5. If interviews were conducted by someone else, what instructions did you give, if any to the person(s) delegated to interview?

    **N/A**

6. Why do you believe the selectee was better qualified for the position than the complainant was?

    **This office refers qualified applicants. Selections, if any, are made by the Service.**

7. Why was the selectee chosen for this position? Please provide specific and concrete reasons (better qualified or was the best qualified are not acceptable answers unless you provide specific "qualifications" that made the selectee better.)

    **Unknown, this office does not make selections for other Services.**

What qualifications did the selectee have that the complainant did not?

    **Again, this office makes referral of applicants who meet qualification requirements. This Office does not compair applicants.**

8. Were you aware of the selectee's race or sex before the selection?

    **No... Selectee declined the position via telephone.**

9. Why was the complainant not selected for this position? Please provide specific and concrete reasons (less qualified or not the best qualified are not acceptable answers).

    **Unknown**

10. Was the complainant's race or age a factor in your decision not to select the complainant for this position?

    **Selections or non selections are not made by this Office, for positions outside of Resource Management Service.**

11. Please provide your position, grade, and the name of the facility where you worked at the time of the complaint identified above.

Human Resource Specialist(Recruitment/Placement, GS-12-VAMC-Washington, D.C.

12. How long had you held this position at the time of this complaint?

I have been in my present position since Nov. 1979. I was promoted to the GS-12 grade level in May of 2001.

13. Did you participate in EEO activity prior to this complaint? If so, please identify the activity and your role.

I'm not sure I understand this question.

14. Prior to this written affidavit, were you aware of the complainant's EEO activity? If yes, indicate when and how you became aware and your understanding of the activity.

No

15. Was the complainant prior EEO activity a factor as to why he was not selelcted for the position in question?

Not by this Office

17. What grade was the position advertised? What grade was the previous program specialist announcement?

GS-13

18. Who advertised the position in questioned and the position announced prior to this vacancy?

Gloria M. McNeill

19. Was the agency policy complied with when re-announcing this position and announcing it the first time?

Yes

20. Was this announcement re-announced? If so when and why. Please give details.

See Attachments

21. What hiring authority was used to hire the selelctee?

Recruitment was cancelled.