1

```
 1  WASHINGTON, D. C.:
 2               VETERANS ADMINISTRATION
 3           OFFICE OF RESOLUTION MANAGEMENT
 4  -------------------------------X
 5  KEITH PIERCE,                   :
 6            Complainant,          :
 7                                  :
 8          vs.                     : Case Number:2004-0688
 9  VA MEDICAL CENTER,              : 2005100735
10  WASHINGTON, D.C.,               :
11            AGENCY,               :
12  -------------------------------X
13                    Wednesday, June 1, 2005
14                    Washington, D.C. 20420
15       The deposition of, SANFORD M. GARFUNKEL, witness,
16  was called for examination by the EEO Investigator,
17  pursuant to notice, from the office Ms. Gwendolyn Gantt,
18  EEO Investigator, Department of Veterans Affairs, 1575 I
19  Street, Northwest, 10th Floor, Washington, D. C. 20420,
20  before Sharon L. Banks, Notary, Certified Court &
21  Conference Reporter, commencing at 9:00 o'clock a.m.,
22  when were present on behalf of the respective parties:
23
```

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

2

1
2            A P P E A R A N C E S
3
4 For the OFFICE OF RESOLUTION MANAGEMENT:
5 GWENDOLYN GANTT, EEO Investigator, 1575 I. Street,
6 Northwest, 10th Floor, Washington, D. C. 20420
7
8
9
10
11
12 For the Respondent:
13 (No appearance)
14
15
16
17
18
19
20
21
22
23

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

                                                              4

1
2
3            P R O C E E D I N G S
4  Whereupon,
5            SANFORD M. GARFUNKEL,
6  was called for examination by the EEO Investigator, by
7  and on behalf of the Office of Resolution Management, and
8  after having been first duly sworn, by the EEO
9  Investigator, was examined and testified as follows:
10           DIRECT EXAMINATION
11           BY MS.GANTT:
12     Q              Today, I am investigating the EEO
13 complaint filed by Keith Pierce. He filed his complaint
14 on the basis of age. His complaint reads as follows:
15 Whether on the bases of age, his date of birth is
16 5-18-1955, race Black, reprisal, prior EEO activity and
17 disability, physical, unknown.
18           On October 21, 2004 the complainant was not
19 selected for the reannounced position of program
20 specialist lead patient advocate, GS-301-13.
21 Announcement number MCD, 04-35-A.
22           Today, I am interviewing the responding
23 management official and I am going to ask him to please

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

6

1 age until I stated it for the record?
2    A    I mean I obviously know he is not
3 20 years old from seeing him, but I certainly have no
4 knowledge of what his exact age was.
5    Q    Would you be aware that he was
6 over 40?
7    A    I guess, I would; yes. It is
8 not something I think about, tell you the truth, but I
9 guess you asked me before you said his age do you know he
10 is over 40. I mean, would you think he is over 40, I
11 would say sure, I think he is over 40.
12    Q    Okay. All right.
13    Were you the selecting official for the
14 position that I just mentioned?
15    A    No. Terry Ross was.
16    Q    Terry Ross?
17    A    Yes.
18    Q    Do you supervise Terry Ross?
19    A    I do.
20    Q    How long have you supervised
21 Terry Ross?
22    A    Um, he has probably been here a
23 couple years. I can't tell you exactly, but probably a

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland 20744
(301) 372-6922

7

1  couple years.
2      Q          Tell me what you know about the
3  selection process, whether or not there were interviews
4  conducted?
5      A          Yes, sure.  I guess I have to
6  say that I am not sure I could tell you the exact
7  sequence or even understand under which announcement Mr.
8  Pierce is actually filing the complaint, but I know we
9  did announce the job once and to the best of my
10 knowledge, he was the only applicant and we decided as we
11 would often do with only one applicant that we would go
12 back out and try to get more applicants.
13         And we did that and we had a number of
14 applicants, I want to say as many as 6 and a group
15 interview done and it came down to two, Mr. Pierce and
16 another lady, whose name I don't remember and we actually
17 -- I interviewed both.
18         I will tell you and I guess I -- do you want me
19 to go into a little bit of detail about it or --
20     Q          Sure.  Tell me.
21     A          I will be very honest about it.
22 I know from being here now for ten years that people in
23 the medical center who have worked with Keith to be

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

8

1  honest with you have not thought highly of him and yet,
2  he always seems to be a bright energetic guy and is a
3  member of this society of patient advocates.  I know
4  that -- so I said you know, I want to interview the lead
5  candidates and actually, very much, very much was looking
6  to have a very positive interview with Keith and
7  hopefully see if it would work out.
8          I have to tell you very honestly it was not a
9  good interview at all.  From what he would do if he got
10 the job to what issues there are with the program to what
11 he would do to make it better for patients, he really did
12 not have a satisfactory answer to me to any question or
13 to most questions and anyway, we offered the job to the
14 lady and the lady turned it down because she would have
15 to move, although initially, she wanted to move.  I think
16 it would have been too expensive for her to start to move
17 here.
18         And as I said, the interview with Keith did not
19 go well and I think neither did his interview with Terry
20 and we decided, at that point, that we would go back out
21 and then we went back out and Bill Sivley, who had been
22 our patient advocate had been on military leave and came
23 back and indicated that maybe he wanted to try something

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

13

1 complainant and the other -- the lady that you spoke of,
2 were they both asked the same questions?
3      A          Yes, I am sure they were, but I
4 have to tell you I don't have my documentation, but as a
5 rule, I try to give performance based interviews and have
6 the questions and ask the people the same questions.
7 Obviously, there may be a little different tilt when you
8 interview an internal candidate who has worked in that
9 area than interviewing somebody who is from another
10 medical center and does not know this medical center.
11          So maybe some of the informal questions may have
12 been a little different, but I always try to have a list
13 of performance based questions based on the core
14 competencies and ask people the same set of questions.
15      Q          Why do you believe the selectee
16 was better qualified for the position than the
17 complainant?    You have probably already answered that.
18      A          I don't know.  From what I recall
19 the one we were selecting -- are you talking about Bill
20 Sivley or are you talking about the woman who we offered
21 the job to?
22      Q          I guess we should talk about both.
23      A          In the case of Bill Sivley, he had

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

14

1 been in the job. So obviously he knew how to do it, he
2 was qualified to do it and you certainly can make a case
3 that when a guy goes off to military duty for a while
4 that you owe him his job back when he comes back. Now,
5 at first he was not sure he wanted his job, but then he
6 did. But he was -- I did not interview him because he
7 had been in the job, I knew him, he was qualified and he
8 actually is doing an outstanding job now.
9      In the case of the 2nd announcement where we
10 selected this female who turned us down, in the end I
11 think she was doing this job at a -- up in maybe Albany
12 or somewhere. When I spoke to her and again, the same
13 set of questions from what I asked her about how she
14 would approach the job and what she has accomplished in
15 her career in the job and how flexible is she and all
16 going through the core competencies and things, she had
17 wonderful answers about following up on issues and about
18 supervising people and et cetera, et cetera.
19      When I asked Keith, I mean I -- like I said, I
20 went into that interview with Keith really looking for
21 some good answers for me to get back to my people and say
22 look, I think despite everything you say, I really think
23 Keith can do this and in the end it was -- it just -- he

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland 20744
(301) 372-6922

1  just did not have good answers to the questions.
2    Q    Were you aware of the selectee's
3  race, age?
4    A    The one we selected?
5    Q    Yes.
6    A    Only her race. She was Caucasian
7  and a female. I have no recollection of her age or even
8  -- I could not tell you at this point whether she was in
9  her 20s, 30s, 40s or 50s. I have no recollection of
10 that at all.
11   Q    How about the gentleman that was
12 selected?
13   A    Bill?
14   Q    Yes.
15   A    You know I don't know his age. I
16 would guess he is -- I would guess he is in his -- if I
17 had to guess, I would guess he is 40 or so. I just don't
18 know.
19   Q    What was his race?
20   A    He is Caucasian. He is White.
21   Q    Did either one of those
22 candidates have a disability?
23   A    You mean a veteran's preference?

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

```
                                                                  19

 1
 2                    CERTIFICATE OF REPORTER

 3          I, Sharon L. Banks, CR, do hereby certify that
 4   the foregoing proceedings are a true record of the
 5   testimony given in said proceedings to the best of my
 6   ability, that I am not related to or employed by any of
 7   the parties to the action in which these proceedings were
 8   taken, and, further, that I am not a relative or employee
 9   of any attorney or counsel employed by the parties
10   hereto, or financially interested in the outcome of this
11   action.
12
13
14                              Sharon L. Banks
15                              Court Reporter
16
17
18
19
20
21
22
23
```

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922