IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** | : |
| **Plaintiff, : Case No.** | : Civil Action No. 05-1989 (RMU) |
| **v.** | : |
| **R. JAMES NICHOLSON, , Secretary U.S. Department. of Veterans' Affairs Defendants.** | : |

**PLAINTIFF'S <u>CONSENT</u> MOTION TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 30 DAYS**

COMES NOW PLAINTIFF, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this **Consent** Motion to Extend Time to Oppose Defendant's Motion for Summary Judgment for 30 days . For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Plaintiff's Response to Defendant's Motion for Summary Judgment is due May 9, 2007.

3. Plaintiff has been diligently litigating the above-referenced case.

4. Plaintiff has not had the opportunity to finish drafting Plaintiff's Response to Defendant's Motion for Summary Judgment.

5. Counsel for Plaintiff has been drafting two (2) other responses to Motions for Summary Judgment in two (2) unrelated cases in Federal Court and a Pretrial Statement due.

6. Counsel for Plaintiff is a solo practitioner.

7. Plaintiff contacted Defendant on May 8, 2007 for the purposes of gaining consent to the instant motion, and Defense Counsel **consented** to this motion.

8. Defendant will not be prejudiced by the granting of the instant motion.

9. Plaintiff will be sorely prejudiced if the instant motion is not granted.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this court GRANT Plaintiffs' Consent Motion to Extend Time to Oppose Defendant's Motion for Summary judgment.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. MD14639
*Counsel for Plaintiff*