IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** | : |
| | : |
| **Plaintiff,** : Case No. | : Civil Action No. 05-1989 (RMU) |
| | : |
| **v.** | : |
| | : |
| **R. JAMES NICHOLSON, , Secretary** | : |
| **U.S. Department. of Veterans' Affairs** | : |
| **Defendants.** | : |
| | : |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to Oppose Defendant's Motion for Summary Judgment for 30 days and the interests of justice, Motion to Extend Time to Oppose Defendant's Motion for Summary Judgment is hereby GRANTED

and it is ORDERED, that Plaintiff will have an additional 30 days to respond to Defendant's Motion for Summary Judgment.

SO ORDERED, this ___ day of _____ 2007,

_____

United States District Court Judge