0001

```
 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3      -------------------------------x
                                       :
 4      KEITH PIERCE                    :
                                       :
 5                       Plaintiff      :
                                       :
 6           v.                         :      Civil Action No.
                                       :
 7      R. JAMES NICHOLSON, Secretary,  :      05-1989 (RMU)
                                       :
 8      U.S. Department of Veterans     :
                                       :
 9      Affairs                         :
                                       :
10                       Defendant      :
                                       :
11      -------------------------------x
12               30(b)(6) Deposition of TERRY ROSS
13                      Washington, D.C.
14               Wednesday, January 17, 2007
15                       12:10 p.m.
16      Job No:  1-95097
17      Pages 1 - 40
18      Reported by:  Donna Q. Buckhaults
19
20
21
22
```

0002
```
 1                30(b)(6) Deposition of TERRY ROSS, held at
 2          the offices of:
 3
 4                VA MEDICAL CENTER
 5                50 Irving Street, Northwest
 6                Room 1B105
 7                Washington, D.C.  20422
 8                (202) 745-8000
 9
10
11                Pursuant to agreement, before Donna Q.
12          Buckhaults, Registered Professional Reporter and
13          Notary Public of the District of Columbia.
14
15
16
17
18
19
20
21
22
```

0003
```
  1                  A P P E A R A N C E S
  2         ON BEHALF OF THE PLAINTIFF:
  3             JIMMY A. BELL, ESQUIRE
  4             LAW OFFICE OF JIMMY A. BELL, P.C.
  5             9610 Marlboro Pike
  6             Upper Marlboro, Maryland  20772
  7             (301) 599-7620
  8
  9         ON BEHALF OF THE DEFENDANT:
 10             ALEXANDER D. SHOAIBI, ESQUIRE
 11             U.S. ATTORNEY'S OFFICE
 12             555 Fourth Street, Northwest
 13             Washington, D.C.  20001
 14             (202) 514-7236
 15
 16             CAROL BORDEN, ESQUIRE
 17             U.S. DEPARTMENT OF VETERANS AFFAIRS
 18             1722 I Street, Northwest
 19             Washington, D.C.  20421
 20             (202) 412-0080
 21
 22          ALSO PRESENT:  Keith Pierce
```

0004

```
 1                    C O N T E N T S
 2   EXAMINATION OF TERRY ROSS                        PAGE
 3        By Mr. Bell                                    5
 4
 5
 6                    E X H I B I T S
 7               (Attached to the Transcript)
 8   ROSS DEPOSITION EXHIBIT                          PAGE
 9      1         1-23-04 Memo, Ross to Pierce          37
10
11
12
13
14
15
16
17
18
19
20
21
22
```

0005

```
 1                   P R O C E E D I N G S
 2                      TERRY ROSS
 3      having been duly sworn, testified as follows:
 4           EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 5   BY MR. BELL:
 6        Q.   Have you ever had your deposition taken
 7   before?
 8        A.   Not a formal deposition, no.
 9        Q.   I'm just going to let you know a couple of
10   ground rules.  Sometimes I'll ask a question and you
11   may believe that you know what the question is going
12   to be, but I ask that you let me finish the question
13   before you answer because the court reporter can't
14   take down two things at one time.
15           Anytime you need a break, as long as a
16   question is not pending on the table, just let counsel
17   know and we'll take a break.  Okay?
18        A.   Does he know about my time constraints?
19        MR. SHOAIBI:  I told him already.
20   BY MR. BELL:
21        Q.   We won't be long.  We'll be out before one.
22        A.   Okay.
```

0006
```
 1        Q.   Did I ask you to state your name for the
 2   record?
 3             MR. SHOAIBI:  No.
 4   BY MR. BELL:
 5        Q.   Okay.
 6        A.   Terry Ross.
 7        Q.   Can you state your position?
 8        A.   I'm the health system administrator for
 9   geriatrics and extended care service.
10        Q.   And how long have you been in that position?
11        A.   Since August of 2006.
12        Q.   And what was your prior position?
13        A.   I was executive officer for the Medical
14   Center.
15        Q.   How long did you hold that position for?
16        A.   From March of 2003 through August 11th of
17   2006.
18        Q.   And what was your duties and
19   responsibilities for that position?
20        A.   As executive officer?
21        Q.   Yes.
22        A.   I oversaw the offices of Public Affairs and
```

0007

```
 1    Community Relations and the Office of Patient
 2    Advocacy.
 3         Q.   I want to ask you some questions and I'm
 4    going to ask them in this order to make it go a little
 5    faster.  There were three positions that my client
 6    applied for as it relates to lead patient advocate and
 7    its prodigy, and the first question I'm going to ask
 8    you is dealing with the first position that was
 9    advertised a 12/13.  Are you familiar with that
10    position?
11         A.   No.
12         Q.   Did you have any involvement with the
13    selection process for that position?
14         A.   Which position is that?
15         Q.   The first position that my client applied
16    for that's the subject matter of this lawsuit.
17         A.   I'm not aware of that position.
18              MR. SHOAIBI:  Could you be specific to maybe
19         the time?
20              MR. BELL:  Oh, I'm getting ready to right
21         now.
22              MR. SHOAIBI:  And the announcement.
```

0008

```
 1              MR. BELL:  I think I have the announcement
 2        number here.
 3   BY MR. BELL:
 4        Q.   Let me back up.  I'll start back from a
 5   little further.
 6              Did there ever become a time under your
 7   tenure that the lead patient advocate position became
 8   open?
 9        A.   No.
10        Q.   Do you know a Bill Sivley?
11        A.   Yes, I do.
12        Q.   Do you know what position he had before he
13   went on military service duty?
14        A.   He was lead patient advocate.
15        Q.   And what happened to his position once he
16   left?
17        A.   We had an acting for a lead -- acting lead
18   patient advocate in that position while he was on
19   military leave.
20        Q.   How was that acting person selected?
21        A.   I don't know.  She was acting before I came
22   on board.
```

0009
```
 1        Q.    Did there ever become a time when you got a
 2   request from Keith Pierce to be the acting lead
 3   patient advocate?
 4        A.    Yes.  I received an e-mail from him.
 5        Q.    And what was your response?
 6        A.    I don't recall.  I'd have to look back at my
 7   notes.
 8        Q.    Was he placed in the acting position?
 9        A.    No, he was not.
10        Q.    Do you know the reason -- well, why not?
11        A.    Are you asking me why not now or why not --
12        Q.    No.  Why wasn't he placed in that acting
13   position?
14        A.    We had somebody in that role.
15        Q.    Who was that person?
16        A.    Michelle Spivak.
17        Q.    And how long did she stay in that position?
18        A.    She was in that position from the time that
19   I got here in -- she was in that position from the
20   time that I came to the Medical Center March 2003
21   through October of 2004 when Bill Sivley came back.  I
22   have no idea if she was there prior to that or when
```

0010
```
 1   she started in that.
 2         Q.    What happened when Bill Sivley came back
 3   from the military?
 4         A.    He requested to go on detail in fiscal
 5   service.
 6         Q.    Now, when he left, was his position as lead
 7   patient advocate, was it terminated?
 8         A.    No.
 9         Q.    When you say that he came back and he
10   requested to go on a detail, was that request in
11   writing?
12         A.    I don't recall.
13         Q.    Was there paperwork that had to happen in
14   order for him to be detailed?
15         A.    I don't recall.
16         Q.    Do you remember signing any paperwork for
17   him to be detailed?
18         A.    I don't recall.
19         Q.    Is it your understanding as a manager that
20   in order to detail one of your subordinate employees,
21   that you have to sign paperwork to have them detailed?
22         A.    I don't know.
```

0011

```
 1        Q.    Then how do you know he was detailed?
 2        A.    Because he did request it.
 3        Q.    Did you ever see any paperwork?
 4        A.    I don't recall.
 5        Q.    So if you don't recall seeing paperwork, how
 6  do you know for a fact that he was, in fact, detailed?
 7        A.    Because when he came back from military
 8  leave, he was detailed to fiscal service.
 9        Q.    Who detailed him?
10        A.    The Medical Center.  He was detailed.
11        Q.    Who was his supervisor?
12        A.    I was his supervisor.
13        Q.    And you don't remember signing any paperwork
14  to detail him?
15        A.    I don't recall.
16        Q.    How long was the detail supposed to be for?
17        A.    I don't recall.
18        Q.    At some point that lead advocate position,
19  it changed, didn't it?
20        A.    No, not that I'm aware of.
21        Q.    They didn't call it something else?
22        A.    No.
```

0012

```
 1        Q.    Was there a job announcement?
 2        A.    For?
 3        Q.    For the lead advocate position.
 4        A.    No.
 5        Q.    Did you ever send an e-mail stating
 6   management had made a decision to abolish the lead
 7   advocate patient position?
 8        A.    I don't recall.
 9        Q.    Do you ever remember that position being
10   changed from lead advocate patient position to a
11   director of Office of Patient Advocacy?
12        A.    No.
13        Q.    Do you remember sending an e-mail regarding
14   that?
15        A.    Regarding what?
16        Q.    That management had made a decision to
17   abolish the lead patient advocate position and you
18   were to recruit for director of patient office
19   advocacy at the GS-13 level?
20        A.    Yes, I do recall that.
21        Q.    Who did you mean by management?
22        A.    The Medical Center leadership.
```

0013

```
 1          Q.   So that position of lead patient advocate
 2     was abolished?
 3          A.   No, it was not.
 4          Q.   Was the director of Office of Patient
 5     Advocacy, was there a position opened up for that
 6     position?
 7          A.   We did establish a position for that.  Yes,
 8     it was classified.
 9          Q.   Okay.  Now, let's talk about the first time
10     that it was advertised.  What involvement did you have
11     in the first time that that position was advertised?
12          A.   What position?
13          Q.   The director of Office of Patient Advocacy.
14          A.   I requested that it be advertised.
15          Q.   Did anyone apply for it?
16          A.   I was told by Human Resources that they did
17     receive an application and the person who applied did
18     not qualify.  I never received a certification on it,
19     a cert, whatever you call it.
20          Q.   Did they tell you why he didn't qualify?
21          A.   They didn't tell me who it was or why the
22     person didn't qualify.
```

0014

```
 1          Q.   Do you remember that first position the
 2    first time it was advertised, if it was advertised for
 3    a 12/13 or a 13?
 4          A.   I remember it being advertised for a 13.
 5    That's what the position was established as.
 6          Q.   And it wasn't a 12/13?
 7          A.   Not that I'm aware of, no.
 8          Q.   Okay.  So after you were told that the
 9    person didn't qualify, what happened then?  Did you
10    readvertise the position?
11          A.   We readvertised the position.
12          Q.   Okay.  Did you get applications for that
13    second position?
14          A.   There were six qualified applicants and I
15    received the cert for those six qualified applicants.
16          Q.   Did my client make the cert?
17          A.   Yes.
18          Q.   And was there an interview process that took
19    place for those six applicants?
20          A.   There was a rating and ranking panel that
21    was devised, and they did do an interviewing process
22    and made recommendations for a second interview.
```

0015

```
 1        Q.    Were you on that panel?
 2        A.    No.
 3        Q.    Were you the selecting official?
 4        A.    Yes.
 5        Q.    So how many people made it to the second
 6   interview phase?
 7        A.    Two.
 8        Q.    And who were those persons?
 9        A.    One was Keith Pierce and the other one was a
10   woman from the Buffalo VA Medical Center.
11        Q.    Did you interview both those individuals?
12        A.    I did.
13        Q.    Were the questions written down?
14        A.    Yes, they were.
15        Q.    Were they asked the same questions?
16        A.    Yes, they were.
17        Q.    None of the questions were different?
18        A.    Not that I recall.
19        Q.    Did you write down the answers that they
20   wrote?
21        A.    I did.  Not that they wrote.  That they
22   spoke, that they talked about.
```

0016

```
 1        Q.    What did you write it on?
 2        A.    On the piece of paper that I had the
 3   questions.
 4        Q.    Did you also use a notepad?
 5        A.    No.
 6        Q.    Did you have a conversation with the
 7   candidates -- about your thoughts of the candidates
 8   with anyone after the interview process?
 9        A.    I don't recall.
10        Q.    Did you ever speak with Mr. Garfunkel?
11        A.    About what?
12        Q.    About the candidates and your thoughts.
13        A.    Yes.
14        Q.    Tell me about that conversation.
15        A.    He asked me what I thought about the
16   interviews during my interviews, and I told him that I
17   felt that Keith Pierce did not show any evidence of
18   running a major program, nor did he show any evidence
19   to me of using any kind of graphs and charts, and I
20   also explained that the other person who we
21   interviewed showed evidence of both.
22        Q.    Did you read his application?
```

0017
```
 1          A.    His application for?
 2          Q.    His application for the position.
 3          A.    Absolutely.
 4          Q.    Were you aware that he held this position
 5     before?
 6          A.    What position is that?
 7          Q.    That he held an acting lead advocate
 8     position before?
 9          A.    This wasn't a position for an acting lead
10     patient advocate.
11          Q.    My question is simple.  Were you aware that
12     he had held an acting lead advocate position before?
13          A.    No.
14          Q.    So you don't remember reading that in his
15     application?
16          A.    I don't recall.
17          Q.    When you rated both the candidates, did you
18     give them a number?
19          A.    The rating and ranking panel did provide
20     numbers, yes.
21          Q.    When you did the second interview because --
22     how many people were in the second interview?
```

0018

```
 1        A.   I interviewed two people.
 2        Q.   How many people besides you were actually
 3   asking questions?
 4        A.   Nobody.
 5        Q.   Mr. Garfunkel wasn't asking questions?
 6        A.   He wasn't in my interview, no.
 7        Q.   He interviewed them separately himself?
 8        A.   Correct.
 9        Q.   Who else interviewed them?
10        A.   No one that I know of except for the rating
11   and ranking panel.
12        Q.   Did you give them a numeric number?
13        A.   No.
14        Q.   So what was your -- how were you able to
15   rate the other person superior to Mr. Pierce?
16        A.   I felt that the other person had shown
17   evidence, clear evidence of running a major program
18   and showed clear evidence of working with graphs and
19   charts.
20        Q.   What was the difference between -- or from
21   the position description between a lead advocate
22   position and this newly created director of Office of
```

0019

```
 1    Patient Advocacy position?
 2         A.   One, to my knowledge a lead patient advocate
 3    did not run a major program, nor were they involved,
 4    at least not while I was there, were they involved in
 5    creating graphs and charts and providing analysis for
 6    patient satisfaction, and that was why I wanted to
 7    create this director of patient advocate office so
 8    that they would have more of that kind of experience.
 9         Q.   Maybe you didn't understand my question.
10    I'll have her read it back to you.
11              (Record read by reporter as follows:
12    Question:  What was the difference between -- or from
13    the position description between a lead advocate
14    position and this newly created director of Office of
15    Patient Advocacy position?)
16              MR. SHOAIBI:  Objection, asked and answered.
17         She can answer it again if you want.
18              MR. BELL:  I want to make sure I'm
19         clarifying.
20    BY MR. BELL:
21         Q.   So the position descriptions will delineate
22    what you just said for the new director of advocacy
```

0020

```
 1    position.  Is that what you're saying?
 2        A.   I don't recall.
 3             MR. BELL:  So it's not asked and answered.
 4             MR. SHOAIBI:  Well, that wasn't your
 5        question.
 6             THE WITNESS:  That's a different question.
 7             MR. SHOAIBI:  Your question was -- I mean
 8        can I explain to you?  Your question said what
 9        was the difference.  You asked her to give her
10        version.  You didn't say what did the position
11        description say.
12             MR. BELL:  That's what I asked, what was the
13        difference in the position description.  That's
14        on question on the record.
15             MR. SHOAIBI:  Oh, okay.  Well, then go
16        ahead.
17             MR. BELL:  Okay.  I'll ask it even better.
18    BY MR. BELL:
19        Q.   Did you have the opportunity before you
20    interviewed for the candidates to look at the old
21    position description for lead patient advocate and the
22    new position description for the director?
```

0021

```
 1        A.   One didn't have anything to do with the
 2   other.
 3        Q.   Have you told me everything you utilized in
 4   terms of making a decision to hire the other person
 5   over my client?
 6        A.   I answered all of your questions.  I'm not
 7   sure I understand the question.
 8        Q.   Is there any other consideration that you
 9   made as it relates to making the decision for this
10   other person over my client?
11             MR. SHOAIBI:  Other than what?
12             MR. BELL:  What she's already stated.
13             MR. SHOAIBI:  Objection, vague, overbroad.
14             THE WITNESS:  Thank you.
15   BY MR. BELL:
16        Q.   You can answer.
17        A.   I mean there's nothing for me to say.
18        Q.   Is there anything else that you utilized in
19   order to make the determination selecting the other
20   person over my client?
21             MR. SHOAIBI:  Did you ever ask her why she
22        selected the other person over your client?
```

0022

```
 1   BY MR. BELL:
 2       Q.   You can answer my question.  There's a
 3   question on the table.
 4       A.   I utilized the information that I received
 5   from the rating and ranking panel, and then I utilized
 6   all of the questions that I had on my list of
 7   questions during my personal interview with the two
 8   candidates.
 9       Q.   Is that it?
10       A.   That's it.
11       Q.   When did you apply the veteran's preference?
12       A.   I'm sorry.  I don't understand what you're
13   asking.
14       Q.   When did you apply the veteran's preference
15   in your selection criteria?
16       A.   That's not for me to apply.  That's
17   something for Human Resources is my understanding to
18   apply.
19       Q.   Do you ever remember seeing any
20   documentation that my client was entitled to veteran's
21   preference?
22       A.   Yes.
```

0023
```
 1        Q.   10-point veteran preference?
 2        A.   I don't remember what the point is.
 3        Q.   Was the other person a veteran?
 4        A.   I don't recall.
 5        Q.   At some point you were given a certificate
 6   of eligible candidates for the position.  Do you
 7   remember receiving that?
 8        A.   The second time that it was posted, yes.
 9        Q.   Did you ever notice my client's name on that
10   list?
11        A.   It was.
12        Q.   Did you ever make any comments to him
13   regarding him being on the list?
14        A.   I don't recall.
15        Q.   Do you recall whether or not you told him
16   that it would be very difficult for him to get the
17   position because of the other candidates?
18        A.   I don't recall.
19        Q.   Does that mean you might have said it, you
20   just don't remember at this time?
21        A.   It means I don't recall.
22        Q.   What happened when the other person was
```

0024

```
 1   selected?  Did they take the position?
 2        A.   Tell me when you're talking about.  When are
 3   you talking about?
 4        Q.   You said that you selected the person --
 5   there were two people that were interviewed.
 6        A.   You're talking about for the second posting.
 7        Q.   That's correct.
 8        A.   Okay.
 9        Q.   We haven't got to the third yet.
10        A.   Okay.
11        Q.   You selected that other person over my
12   client; is that correct?
13        A.   That's correct.
14        Q.   Did that person take the position?
15        A.   No.
16        Q.   Was that position then offered to my client?
17        A.   No.
18        Q.   Why not?
19        A.   He was not qualified in my mind because of
20   the fact that he did not show any evidence at all of
21   running a major program, nor did he show any evidence
22   of being able to use graphs and charts.
```

0025

```
 1        Q.    Were you worried that my client was on the
 2   national board for patient advocates across the
 3   country?
 4        A.    Repeat your question?
 5        Q.    Were you aware that he was on the national
 6   board of patient advocates that's a national
 7   organization?  Were you aware of that?
 8        A.    Yes.
 9        Q.    Were you aware that he was a national
10   speaker regarding patient advocacy across the country
11   during this same time period?
12        A.    I was aware that he made a speech at a
13   conference, yes.
14        Q.    You stated earlier that there was a list of
15   eligible candidates and they got whittled down to two
16   people; correct?
17        A.    There was a cert that was provided to me.
18   It was six candidates, qualified candidates, and a
19   rating and ranking panel evaluated them and
20   recommended two people.
21        Q.    Okay.  So let me make sure I've got this
22   straight in layman's terms.  A person, a group of
```

0026

```
 1    individuals applies for this second position.
 2    Personnel or Human Resources made an evaluation of who
 3    made the certification list to say they were qualified
 4    for the position.  Am I correct so far?
 5         A.   Yes.
 6         Q.   You were given a list of the six people who
 7    made the certification list.  Am I correct?
 8         A.   Correct.
 9         Q.   Some other panel that you didn't sit on
10    looked at these individuals and made a recommendation
11    for two candidates from that list to be interviewed;
12    is that correct?
13         A.   They did evaluate the six candidates and
14    they recommended two candidates for second interviews,
15    yes.
16         Q.   You chose one of these two candidates who
17    was not my client; correct?
18         A.   Yes.
19         Q.   This person turned down the position?
20         A.   Yes.
21         Q.   And you didn't hire my client for the
22    position because he wasn't qualified?
```

0027
```
 1          A.    Correct.
 2          Q.    Did the Human Resources office miss
 3   something about him not being qualified?  Did they
 4   miss something?
 5              MR. SHOAIBI:  Objection, speculative.
 6          A.    I don't know.
 7          Q.    When you sent down the vacancy announcement,
 8   was there some -- let me ask it this way.
 9              When you sent down the vacancy announcement,
10   did you have a criteria of what the people needed in
11   order to be qualified for the position?
12          A.    I provided to Human Resources criteria, yes.
13          Q.    And based on the criteria you provided, my
14   client made that certification list; correct?
15          A.    Yes, that's correct.
16          Q.    Who provided the criteria for this panel?
17   Did you impanel the people?
18          A.    I had the -- I appointed the chair of the
19   rating and ranking panel and she chose the panelists.
20          Q.    And did you give them criteria on what they
21   needed to look for?
22          A.    They established their own criteria.  I mean
```

0028
```
 1   they based it off of the position description and what
 2   is just the -- I don't remember what they're called,
 3   whatever, I guess functional statements or something
 4   like that for HR.  They did read the position
 5   description.
 6        Q.   Okay.  And the information that you provided
 7   initially to --
 8        A.   HR.
 9        Q.   -- HR.
10        A.   Correct.
11        Q.   So I'm confused.  If the information that
12   both places evaluated the clients on -- excuse me --
13   the applicants on was the information you provided, it
14   gets down to two candidates.
15        A.   Right.
16        Q.   One candidate decides they don't want to
17   take the position, how do you decide that the other
18   candidate is not qualified?
19        A.   Because I had different or additional
20   questions other than what the rating and ranking panel
21   used.  I had my own questions and used them on both
22   candidates.  Once they were recommended, the two were
```

0029

```
 1    recommended to me, I then had my own questions and
 2    asked them both the same questions so that I could
 3    further delineate.
 4         Q.   Were you aware of my client's prior
 5    performance evaluations?
 6         A.   No.
 7         Q.   You didn't look at them in the packet?
 8         A.   His --
 9         Q.   His performance evaluations.
10         A.   Whatever was in his packet I was familiar
11    with.
12         Q.   Were you familiar with whether or not he had
13    an outstanding?
14         A.   I don't recall.
15         Q.   Would it surprise you that he had an
16    outstanding performance evaluation?
17         A.   No, it would not surprise me.
18         Q.   Let's go to the third position.  So you
19    didn't want my client, you didn't believe he was
20    qualified, so you readvertised the position again.  Is
21    that correct?
22         A.   That's correct.
```

0030
```
 1          Q.   Okay.  And how many people applied for this
 2     position?
 3          A.   We cancelled the position before any
 4     applicants that I know of submitted any.  And if there
 5     were any, HR did not inform me about it.
 6          Q.   Why did you cancel the position?
 7          A.   Because the person who was in the lead
 8     patient advocate position decided that he no longer
 9     wanted to be detailed to fiscal service and wanted to
10     come back and work full-time in the patient advocate
11     office and wanted to broaden his horizons and start
12     doing some graphs and charts that we needed to be
13     done.
14          Q.   So start doing some graphs and charts.
15          A.   Right.
16          Q.   So he was going to learn to do them?
17          A.   Correct.  Apply his current knowledge and
18     then go onward and forward.
19          Q.   So it's not something he had done in the
20     past.
21          A.   Correct.
22          Q.   Okay.  Why wasn't my client given this same
```

0031

```
 1    opportunity to do these more graphs and charts?
 2        A.   There wasn't a need for it.
 3        Q.   Wait a minute.  I want to make sure I've got
 4    this clear on the record.  You stated two things.  Let
 5    me make sure I've got it correctly.  You said that the
 6    lead patient advocate position didn't have anything to
 7    do with this director position.  Do you remember
 8    saying that?
 9        A.   I do remember saying that they have nothing
10    to do with each other.  That's correct.
11        Q.   Okay.  Do you also remember stating that
12    what you were looking for, for this director position
13    was a person that could do graphs and charts and that
14    was the reason that you selected the other person over
15    my client?
16        A.   That was one of the reasons.  That was one
17    of the reasons that I wanted to have that position
18    filled.  That's correct.
19        Q.   Okay.  So you don't select my client.
20    Strike that.  Let me make sure if I've got this
21    correct.
22               You select another person.  They decline the
```

0032

```
 1   job.  Am I correct?
 2        A.    That's correct.
 3        Q.    Instead of selecting my client you
 4   reannounce the position.
 5        A.    That's correct.
 6        Q.    Do you know whether or not my client applied
 7   for the other position?
 8        A.    No, I don't.
 9        Q.    At what point did you decide to cancel the
10   other position, the third position?
11        A.    It was -- I believe that it was a couple of
12   weeks or less than a couple of weeks after it was
13   posted.
14        Q.    Was that before the closing of the
15   announcement or after the closing of the announcement?
16        A.    Before the closing.
17        Q.    You said that Bill Sivley, you wanted to
18   give him the opportunity to gain some experience in
19   graphs and charts?
20        A.    Some additional experience in graphs and
21   charts, yes.
22        Q.    Because he hadn't done it before?
```

0033

```
 1          A.   No, because he had experience in doing it
 2    and he wanted to have something other than what he had
 3    been doing originally as lead patient advocate.
 4          Q.   Then why couldn't he have just applied for
 5    the position like everyone else?
 6          A.   I don't know whether he applied for it or
 7    not.
 8          Q.   What's his race?
 9          A.   Whose?
10          Q.   Bill Sivley.
11          A.   He's Caucasian.
12          Q.   Is there any reason to believe that he
13    wouldn't have made the certification?
14          A.   I have no idea.
15          Q.   But if you wanted the best qualified person,
16    wouldn't the most prudent thing would have been to let
17    everybody apply and then get the best qualified person
18    based on the interviews?
19          A.   Absolutely.
20          Q.   You didn't do that.
21          A.   I'm not sure I understand.
22          Q.   You didn't do that, though; right?
```

0034

```
 1          A.   I didn't do what?
 2          Q.   You did not let the process open itself up
 3    for all the qualified candidates like you did the
 4    previous two times and then pick the best candidate
 5    based on the whole interview process and things that
 6    you did like for the second position?
 7          A.   No, I didn't need to because we opted to
 8    decide to cancel that position, director of patient
 9    advocate office, and just maintain the lead patient
10    advocate and not establish, not go forward with
11    establishing the director of patient advocate office.
12          Q.   So you never became aware that the only
13    person that applied for that position the third time
14    was my client?
15          A.   I have no idea who applied for that
16    position.
17          Q.   Going back to the second position, and by
18    second position I mean the second position that we
19    talked about.  The female candidate that was selected
20    for that position, did you ever speak to her prior to
21    the interview?
22          A.   I don't recall.
```

0035
```
 1        Q.   Did you receive a copy of her packet from
 2   her prior to it going to HR?
 3        A.   I don't recall.
 4        Q.   Did you know her?
 5        A.   No.
 6        Q.   Would it be strange for some person who
 7   doesn't know you to send you a packet for a position?
 8        A.   I don't know.
 9        Q.   Would that be normal?
10        A.   I don't know.
11        Q.   Is it something that usually happens to you?
12        A.   I don't know.  I mean I've never had that
13   experience before.
14        Q.   Well, is this the first time you've ever had
15   that experience?
16        A.   What experience?
17        Q.   Someone sending you a packet, an application
18   packet prior to an interview process?
19        A.   I don't recall anybody sending me a packet
20   prior to an application process.
21        Q.   Do you remember talking to her prior to your
22   interview?
```

0036
```
 1          A.   No, I do not recall.
 2               MR. BELL:  Give me about two minutes.
 3               (Off the record.)
 4     BY MR. BELL:
 5          Q.   Going back to the second position, what
 6     patient advocate experience did the person that you
 7     selected for that position, what patient advocacy
 8     experience did she have?
 9          A.   I don't recall.
10          Q.   Do you ever recall receiving a letter from
11     her stating that she has no patient advocacy
12     experience?
13          A.   No, I don't recall.
14          Q.   You said you cancelled the director's
15     position.  This is the third application, the third
16     position.
17          A.   Okay.
18          Q.   You cancelled the announcement; correct?
19          A.   Correct.
20          Q.   And you said you brought Bill into that
21     position?
22          A.   No, I did not bring Bill into that position.
```

0037

```
 1        Q.   How did he get that position?
 2        A.   Bill was already in an encumbered position
 3   called the lead patient advocate position and he just
 4   assumed his responsibilities.
 5        Q.   Was that position ever abolished?
 6        A.   No.
 7             MR. BELL:  We can go off for a minute.
 8             (Off the record.)
 9             (Ross Exhibit Number 1 was marked for
10   identification and was attached to the transcript.)
11   BY MR. BELL:
12        Q.   You've just been handed a copy of what we've
13   marked as Ross 1.  Can you take a look at that
14   document and tell me if you've ever seen that document
15   before.
16        A.   Yes, I've seen this document.
17        Q.   Can you tell for the record what that
18   document is?
19        A.   This is an e-mail that I sent to Keith
20   Pierce with a cc to his supervisor, Michelle Spivak,
21   on January 23, 2004, entitled "Request to be Detailed
22   as Lead Patient Advocate."
```

0038
```
 1        Q.   Can you tell me what you mean in the
 2   second -- can you read the second sentence for me?
 3        A.   (Reading):  As I mentioned in our patient
 4   advocate meeting this week, management has decided to
 5   abolish that position and begin recruitment for a
 6   Director, Office of Patient Advocacy, at the GS-13
 7   level.
 8        Q.   So was that position abolished?
 9        A.   No, it was not.
10        Q.   Why did you tell my client that management
11   decided to abolish that position?
12        A.   Because that's what we decided to do.
13        Q.   When did you decide?
14        A.   As of January 23rd we made that decision.
15        Q.   To abolish the position?
16        A.   To abolish the position.
17        Q.   Okay.
18        A.   It never occurred.
19        Q.   But you began recruitment for the director
20   of Office of Patient Advocacy.
21        A.   That's correct.
22        Q.   What position did Bill Sivley -- what was he
```

0039

```
 1   placed in?
 2        A.   Bill Sivley was already in the lead patient
 3   advocate position, encumbered that position.
 4        Q.   Was that a 12/13 position?
 5        A.   No, it was not to my knowledge.  Bill Sivley
 6   was a GS-13.
 7        Q.   What was the position on the position
 8   description ranked as?
 9        A.   The position description that I had was a
10   GS-13.
11        Q.   For a lead advocate --
12        A.   For his lead advocate position, yes.
13        Q.   I have nothing further.
14             MR. SHOAIBI:  We'll waive.
15             (Signature having been waived, the
16   deposition of TERRY ROSS was concluded at 12:55 p.m.)
17
18
19
20
21
22
```

0040

```
 1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2           I, Donna Q. Buckhaults, Registered
 3   Professional Reporter, the officer before whom the
 4   foregoing proceedings were taken, do hereby certify
 5   that the foregoing transcript is a true and correct
 6   record of the proceedings; that said proceedings were
 7   taken by me stenographically and thereafter reduced to
 8   typewriting under my supervision; and that I am
 9   neither counsel for, related to, nor employed by any
10   of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12           IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 23rd day of
14   January, 2007.
15
16   My commission expires:
17   October 14, 2008
18
19   _____
20   NOTARY PUBLIC IN AND FOR THE
21   DISTRICT OF COLUMBIA
22
```