RED
C

## DEPARTMENT OF VETERANS AFFAIRS

# MEMORANDUM

DATE: July 12, 2004

To: Keith Pierce
Subject: Program Specialist
ANN# MCD 04-35, Closed 04/23/2004
VA Medical Center, Washington, DC

1.  You have been considered for the above position and the following decision has been made:

_____ A. You were selected, the effective date is.
_____ B. You were qualified and referred for consideration, but not selected.
_____ C. You were qualified, but did not rank high enough to be referred for final Consideration.
_____ D. You were not qualified because:
_____ (1) You did not meet the specialized experience requirements.
_____ (2) You did not pass the written test.
_____ (3) You did not meet the time-in-grade restrictions.
_____ (4) You did not rank high enough to be referred for final consideration.
_____ (5) The position listed above was announced to status applicants only.
_____ E. The following qualified candidate was selected:
_____ G. The following VA employee were selected was
__X_ H. Placement action to fill this position has been canceled by Management.
_____ I. Your application was not received before the closing date.
_____ J. Position to be re-announced.
_____ K. The position was filled by alternative sources.
_____ L. A Displaced VA Employee filled position.
_____ M. Selecting official informed this office that you declined consideration for this position.

2.  If you have any questions about this position, you may discuss them with your supervisor, the selecting official, or the Human Resources Management Office.

3.  Your interest in applying for this position is appreciated. We hope you will continue to do your best in your work and to prepare yourself for more responsible assignments.

*Gloria McneIll*

Gloria McNeill
Staffing Specialist

*Exhibit 12*

**USAJOBS®** USAJOBS is the official job site of the United States Federal Government.
"WORKING FOR AMERICA" It's your one-stop source for Federal jobs and employment information.

FAQS | PRIVACY POLICY | HELP | SITE MAP

HOME | SEARCH JOBS | MY USAJOBS | FORMS | EMPLOYER SERVICES

## Veterans Health Administration

Department: Department Of Veterans Affairs
Agency: Veterans Affairs, Veterans Health Administration
Vacancy Announcement Number: MCD 04-35

Vacancy Announcement

◄ Back to Search Results

# Vacancy Announcement
## Department Of Veterans Affairs
## Veterans Health Administration

| | |
|---|---|
| **Vacancy Announcement Number:** | MCD 04-35 |
| **Opening Date:** | Friday, April 02, 2004 |
| **Closing Date:** | Friday, April 23, 2004 |
| **Position:** | **Program Specialist** |
| **Series & Grade:** | GS-0301-13/13 |
| **Promotion Potential:** | 00 |
| **Salary:** | 70,519.00 - 91,672.00 USD Annually |
| **Duty Locations:** | 1 vacancy - Washington, DC |

### Who May Apply

Open to current Federal employees serving under a career or career conditional appointment, former Federal employees with reinstatement eligibility, or persons eligible for non-competitive appointment under special authorities. VEOA eligibles (i.e., veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after completing approximately 3 or more years of continuous active service) may apply.

### Major Duties

Incumbent of this position serves as a Program Specialist in the office of Patient Advocacy. He/she develops programs to insure that quality provisions are planned, developed and implemented to identify prevent and correct unsatisfactory conditions and elements which influence the regulatory correctness and responsiveness of transactions and services; provide policy guidance and advisory assistance, develop leadership councils, team activities and motivational approaches; markets improvement opportunities and effective strategies; develop reporting procedures, sampling techniques and measurements; develop indicators to provide evidence of the effectiveness of quality procedures and control; investigate and analyze adverse quality trends or conditions and initiate corrective action; design studies, training programs and organizational strategies; provide expertise and direction on industry

best practices and quality program management methods to managers and staff in care business areas; etc.

**Qualifications Required**

Qualifications: OPM's Group Coverage Qualification Standard for Administrative and Management Positions TS-2, dated August 1994.

Specialized Experience: Specialized experience that equipped one with the particular knowledge, skills, and abilities to perform successfully the duties of the position and that is typically in or related to the work of this position. Applicant must possess at least one year of specialized experience at the GS-12 grade level.

**How You Will Be Evaluated**

1. Knowledge of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems.

2. Knowledge of administrative laws, policies, regulations and precedents applicable to the administration of one or more important public programs.

3. Knowledge of agency program goals and objectives, the sequence and timing of key program events and milestone and methods of evaluating the worth of program accomplishments.

4. Ability/Skill to plan, organize and direct team study work and to negotiate effectively with management.

All applicants will be considered on the basis of their education, experience, supervisory appraisal, training and awards, and the Knowledges, Skills, Abilities, and Other Characteristics (KSAOCs) for this position.

**How To Apply**

All status candidates and reinstatement eligibles (current and former government employees) must submit a copy of their SF 50 showing career, career-conditional, or reinstatement eligibility.

Failure to submit all required documents and information requested by the closing date of this announcement may result in your not receiving full consideration. Applicants qualifications will be evaluated solely on the information submitted in their applications.

Submit a resume, Optional Application for Federal Employment (OF-612) or other written application format of your choice. Be sure you provide all of the information requested below:

Job Information:

- Announcement Number, title and grade(s) for which you are applying.

Personal Information:

- Full name, mailing address (with zip code) and day/evening telephone numbers (with area code).
- Social Security Number. Giving your Social Security Number is voluntary. However, we

//recruiter.usajobs.opm.gov/jobs/pp14331917.asp

cannot process your application without it.
- Country of Citizenship.
- If ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.

Education:

- High School name, city, state and zip code, date of diploma or GED.
- Colleges and/or Universities attended, city, state and zip code.
- Major field(s) of study.
- Type and year of degree(s) received. If no degree received, show total credit hours received in semester or quarter hours.

Work Experience for each paid or non-paid position held related to the job for which you are applying (do not provide copies of job descriptions):

- Job title.
- Duties and accomplishments.
- Number of hours per week.
- Employers name and address.
- Supervisor's name and phone number.
- Starting and ending dates of employment (month and year).
- Salary.
- Indicate if your current supervisor may be contacted.

Other Qualifications:

- Job-related training courses (title and year).
- Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
- Job-related certificates and licenses.
- Job-related honors, awards, and special accomplishments (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc.) Do not send copies of documents unless specifically requested.
- If you are applying for Veteran Preference, submit evidence of eligibility, such as; DD-214, Certificate of Release or Discharge from Active Duty, or Standard Form 15, Application for 10-Point Veteran Preference, and the proof requested on the form.
- If you are or have been a Federal employee, please submit a copy of your last Notification of Personnel Action, Form SF-50, and your most recent or last performance appraisal.

**Other Information**

Government facilities are required to provide a smoke free environment for their employees. Smoking will be permitted only in designated areas.

All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

If claiming 5 point veterans= preference, a DD-214 must be submitted. If claiming 10 point veterans= preference, both a DD-214 and SF-15 must be submitted.

First consideration will be given to CTAP and ICTAP eligibles.

Applicants for this position must pass a pre-employment medical examination.

A background security investigation will be required for all new hires. Appointment will be subject to the applicants successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

This is a permanent, career-conditional appointment. Selectee will be eligible for health and life insurance, annual (vacation) and sick leave and will be covered under the Federal Employees Retirement System.

**Reasonable Accommodation Statement**

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**EEO Statements**

The Federal Government is an Equal Opportunity Employer.

It is the policy of the Government of the United States to provide equal opportunity in Federal employment for all persons and to prohibit discrimination in employment because of race, color, religion, sex, national origin, handicap, age, or sexual orientation through a continuing affirmative program in each executive department and agency.

 PRINT           EMAIL A FRIEND

 **Send Mail**                               **Questions?**

**Send Mail to:**                              **For questions about this job:**
Department Of Veterans Affairs                 Gloria McNeill
50 Irving Streeet, NW                          Phone: 202-745-800 x 6899
Washington, DC 20422                           Internet: Gloria.McNeill@med.va.gov

**USAJOBS Control Number:** 215862
EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information

This is a United States Office of Personnel Management website. USAJOBS

Exhibit 13

April 16, 2004

TO: Staffing Specialist (HRM)

Subject:  Consideration for Announcement Under Special Hiring Authority

The purpose of this letter is to inform the staffing specialist that I'm applying for announcement # MCD 04-35 under the Special Hiring Authority for 30% Disabled Veterans.  The supporting documentation under this authority is enclosed within the application packet.

KEITH B. PIERCE

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Program Specialist | GS-0301-13 | MCD 04-**35** |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Pierce | Keith Baron | 423 - 78 - 5169 |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| 4603 Mimsey RD | | | Daytime (202) 745 8655 |
| City | State | ZIP Code | |
| Upper Marlboro | MD | 20772 - | Evening (301) 627 6478 |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

Job title (if Federal, include series and grade)
1) Patient Advocate GS-11 Series#301

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 05 1997 | To Date | $56000.00 | Year | 80 |

Employer's name and address
Department Of Veterans Affairs Medical Center
50 Irving St. NW  Washington,D.C. 20422

Supervisor's name and phone number
William Sivley
(202) 745  4223

Describe your duties and accomplishments

Responsible for assisting with the coordination necessary for an effective, comprehensive and integrated Consumer Affairs Program for the Medical Center. Serves as Acting Lead Patient Advocate in the absence of the Lead. Supports the philosphy by demonstrating to the patient and his/her family genuine concerns and responsiveness in meeting individual needs. Insures each and every patient is treated with dignity and respect. Monitor and review relevant policies and procedures of the Medical Center and insure adherence by both the patient and staff. Initiated several customer service programs for the medical center and wrote appropriate policy memorandums for each. Trained the staff on each customer service program for implementation. Facilitator for customer service training classes for the medical center to include new employee customer service orientation training. Prepares responses to Congressional and Inspector General inquires. Work closely with the staff to promote good customer service and to seek complaint resolution at the lowest level. Serves on the Medical Center's Ethics Committee. Recognized for outstanding contributions by the Society For Healthcare Consumer Advocacy (SHCA) of the American Hospital Association(AHA) as board and committee member and accomplishments to include facilitator at the 2003 and 2004 National Conferences.

Job title (if Federal, include series and grade)
2) Plans Officer 1ˢᵗ Special Operations Command

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 05 1986 | 06 1987 | $37,000.00 | year | 40 |

Employer's name and address
US Army
Fort Bragg, NC 28307

Supervisor's name and phone number
Major Ambros Jacobs
(    )

Describe your duties and accomplishments

United States Army Captain responsible for the planning, organizing and development of strategic operational plans in support of missions assigned to the 1ˢᵗ Special Operations Command. Planned for troop and logistical support to sustain battle within the assigned theatre of operation. Provided liaison between joint services to incorporate psychological operations within the battle strategy. Prepared reports and conducted briefings based on statistical and analytical data obtained through various joint service sources. These briefings provided the command staff with possible courses of action essential for battlefield operations. In addition, assisted in long range battle plans for each mission assigned to the command within specified geographic locations. Worked with the representatives from the Defense Intelligence Agency to establish a Department of Defense and United States Information Agency Memorandum of Understanding which was designed to enhance the transition from peacetime to wartime psychological operations.

**9** May we contact your current supervisor?     YES ☒     NO ☐ è If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed.   Some HS ☐   HS/GED ☐   Associate ☐   Bachelor ☐   Master ☒   Doctoral ☐

**11** Last high school (HS) or GED school.  Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
Walker High School , Jasper, Alablma  35501
High Schoo Diploma

**12** Colleges and universities attended.  Do **not** attach a copy of your transcript unless requested.

| | Name | | | Total Credits Earned | | Major(s) | Degree | - | Year |
|---|---|---|---|---|---|---|---|---|---|
| 1) | Georgia Military College | | | Semester | Quarter | | (if any) | | Received |
| | City | State | ZIP Code | | | General Studies | Associate | | 1975 |
| | Milledgeville | GA | - | | | | | | |
| 2) | Stillman College | | | | | | | | |
| | Tuscaloosa | AL | - | | | Biology | BS | | 1977 |
| 3) | Webster University | | | | | | | | |
| | Fayetteville | NC | - | | | Management & Computer MGT | MA | | 1989 |

## OTHER QUALIFICATIONS

**13** Job-related training courses (give title and year).  **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.  **Job-related** certificates and licenses (current only).  **Job-related** honors, awards, and special accomplishments(publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do **not** send documents unless requested.
Combined Arms Service Staff School (1987)
Customer Service C.A.R.E. Training (2002)
Patient Advocate's Course (1997)
Press Ganey National Client Conference (2002)
VAMC Supervisory Course (1995)
Customer Service/Quality Improvement Training (1991)

Meritorious Service Medal, Army Commendation Medal, Army Achievement Medal

Performance awards 1992-Present

Professional Achievement Award Winner with the Society For Healthcare Consumer Advocacy of the American Hospital Association.

## GENERAL

**14** Are you a U.S. citizen?     YES ☒     NO ☐ è Give the country of your citizenship.

**15** Do you claim veterans' preference?     NO ☐     YES ☒ è Mark your claim of 5 or 10 points below.
   5 points ☐  Attach your DD 214 or other proof.     10 points ☒ è Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?     NO ☐     YES ☒ è For highest civilian grade give:   Series 301   Grade GS-11   From (MM/YY) 07 1995   To (MM/YY) to date

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?     NO ☐     YES ☐ è If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith.  I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment.  I understand that any information I give may be investigated.

SIGNATURE   _Keith B. Pierce_        DATE SIGNED   04-16-04

*EXPERIENCE: (continued)*

**1992-1996 – Supervisory Inventory Management Specialist, VA Medical Center**

Responsible for ordering all medical supplies and contracted equipment for the hospital. Served as Acting Chief in the absence of the Chief of the section. Implemented the existing automated system for ordering supplies and trained the staff on how to utilize the system. Planned and programmed the operating budget for the section totaling $8 million per year.

- Implemented the automated generic inventory system (GIP) in the section.
- Provided all supply distribution training to the staff.
- Maintained two fund control points for all supply purchases for the sections supported.
- Received Special Contribution Award for budget maintenance, which resulted in revenue savings for the facility.

**1989-1992 – Primary Care Sales Representative, Parke-Davis Pharmaceuticals**

Serviced a 21 zip code territory in pharmaceutical sales in the Boston, MA area. Conducted extensive market analysis comparing competitive products and market trends, thus implementing strategies to compete in the sales arena.

- Won the "Meet the Managers" Award for becoming the top salesperson in my district.
- Served as a board member on the board of directors for Mattapan Community Health Center in the Boston area.

**1978-1989 – United States Army**

Served as a military officer in the United States Army. In an eleven-year career, served in both staff and command positions involving decision-making and problem solving. Most notable, received the Meritorious Service Medal for my participation in a joint venture with the United States Information Agency. The task was to review and revise the critically important USIA and DOD Policy Memorandum which enhanced the transition of peace-time to war-time psychological operations.

- Obtained the rank of US Army Captain
- Received the US Army Achievement Medal, Army Commendation Medal and the Meritorious Service Medal.

*EDUCATION:*

- Georgia Military College, Milledgeville, GA
  Associate Degree - 1975

- Stillman College, Tuscaloosa, AL
  BS, Biology and Chemistry – 1977

- Webster University, Saint Louis, MO
  MA, Management - 1989
  MA, Computer and Information Resource Management - 1989

# KSAO'S

## KSAO'S For Program Specialist Position

1. *Knowledge of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems.*

   - My military education, which is documented within this packet, clearly afforded me the opportunity to apply the necessary skills for both quantitative and qualitative methodology. In my current position as patient advocate, I've had to rely on those skills to effectively evaluate customer service program implementation. These same skills proved invaluable while serving on the staff of General Officers in the military.

2. *Knowledge of administrative laws, policies, regulations and precedents applicable to the administration of one or more important public programs.*

   - In the Office of Patient Advocacy, knowledge of the various regulatory guidelines is a must. When handling patients or their family members, it is necessary to know what can or cannot be provided due to regulatory guidelines. While serving as both Acting Chief and Assistant Chief of SPD here at this facility, the same was required. There were policies and federal guidelines required when purchasing supplies and handling a multi-million dollar budget.

3. *Knowledge of agency programs goals and objectives, the sequence and timing of key program events and milestones and methods of evaluating the worth of program accomplishments.*

   - The customer service standards that the Patient advocates Office is responsible for are a major component identifying problem areas within this facility. The customer service initiatives that were implemented are a very important key to identifying these shortfalls. Programs such, as the Quick Card Program is one example of a program designed to assist in meeting the customer service goals of this facility. The methodology entailed in the implementation included establishing milestones and evaluating how this program would accomplish the hospital goals.

**KSAO'S Continued**

4.  *Ability to plan, organize and direct team study work and to negotiate effectively with management.*

- These are the basic pillars of management principles listed above which every manager or team leader should follow to be successful. Although I had practiced these principles in both my military and civilian occupations, it was re-enforced when I obtained my MA in Management. To understand these principles and effectively apply them will yield nothing but positive results. While serving as Patient Advocate, I'm faced almost daily with interaction as part of a treatment team and looked upon as a major component. By effectively utilizing these principles, I've been regarded as the pillar of team meetings for complaint resolution.

**KSAO'S Continued**

4.  *Ability to plan, organize and direct team study work and to negotiate effectively with management.*

- These are the basic pillars of management principles listed above which every manager or team leader should follow to be successful. Although I had practiced these principles in both my military and civilian occupations, it was re-enforced when I obtained my MA in Management. To understand these principles and effectively apply them will yield nothing but positive results. While serving as Patient Advocate, I'm faced almost daily with interaction as part of a treatment team and looked upon as a major component. By effectively utilizing these principles, I've been regarded as the pillar of team meetings for complaint resolution.

# VETERAN PREFERENCE

Standard Form 15 (Rev. 2/90) (EG)
U.S. Office of Personnel Management
FPM Supplement 296-33
FPM Chapter 211

**APPLICATION FOR 10-POINT**
**VETERAN PREFERENCE**
(TO BE USED BY VETERANS & RELATIVES OF VETERANS)

Form Approved:
O.M.B. No. 3206-0001

## PERSON APPLYING FOR PREFERENCE

1. Name (Last, First, Middle)

PIERCE, KEITH RARON

2. Name and Announcement Number of Civil Service or Postal Service Exam You Have Applied For or Position Which You Currently Occupy

MCD 04-23

3. Home Address (Street Number, City, State and ZIP Code)

4003 MIMSEY Rd
UPPER MARLBORO, MD 26772

4. Social Security Number

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

5. Date Exam Was Held or Application Submitted

## VETERAN INFORMATION (to be provided by person applying for preference)

6. Veteran's Name (Last, First, Middle) Exactly As It Appears on Service Records

PIERCE, KEITH RARON

7. Veteran's Periods of Service

| Branch of Service | From | To | Service Number |
|---|---|---|---|
| ARMY | 09-28-78 | 06-30-89 | 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 |

8. Veteran's Social Security Number

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

9. VA Claim Number, If Any

C 423785169

## TYPE OF 10-POINT PREFERENCE CLAIMED

INSTRUCTIONS: Check the block which indicates the type of preference you are claiming. Answer all questions associated with that block. The "DOCUMENTATION REQUIRED" column refers to the back of this form for the documents you must submit to support your application. (PLEASE NOTE: Eligibility for veterans' preference is governed by 5 U.S.C. s 2108, 5 CFR Part 211, and FPM chapter 211. All conditions are not fully described on this form because of space restrictions. The office to which you apply can provide additional information. Information on how to apply for five point preference are on SF 171, Application for Federal Employment, or PS Form 2591, Application for Employment (U.S. Postal Service Application).

DOCUMENTATION REQUIRED
(See reverse of this form.)

[ ] 10. VETERAN'S CLAIM FOR PREFERENCE based on non-compensable service-connected disability; award of the Purple Heart; or receipt of disability pension under public laws administered by the VA. ────────────► A and B

[X] 11. VETERAN'S CLAIM FOR PREFERENCE based on eligibility for or receipt of compensation from the VA or disability retirement from a Service Department for a service-connected disability. ────────────► A and C

[ ] 12. PREFERENCE FOR A SPOUSE of a living veteran based on the fact that the veteran, because of a service-connected disability, has been unable to qualify for a Federal or D.C. Government job, or any other position along the lines of his/her usual occupation. (If your answer to item "a" is "NO", you are ineligible for preference and need not submit this form.)

a. Are you presently married to the veteran?

C and H

[ ] 13. PREFERENCE FOR WIDOW OR WIDOWER of a veteran. (If your answer is "NO" to item "a" or "YES" to item "b", you are ineligible for preference and need not submit this form.)

a. Were you married to the veteran when he or she died?

b. Have you remarried? (Do not count marriages that were annulled.)

A, D, E, and G
(Submit G when applicable.)

[ ] 14. PREFERENCE FOR (NATURAL) MOTHER of a service-connected permanently and totally disabled, or deceased veteran provided you are or were married to the father of the veteran, and
— your husband (either the veteran's father or the husband of a remarriage) is totally and permanently disabled, or
— you are now widowed, divorced, or separated from the veteran's father and have not remarried, or
— you are widowed or divorced from the veteran's father and have remarried, but are now widowed, divorced, or separated from the husband of your remarriage. (If your answer is "NO" to item "c" or "d", you are ineligible for preference and need not submit this form.)

a. Are you married?

b. Are you separated? If "YES", do not complete "c". Go to "d".

c. If married now, is your husband totally and permanently disabled?

d. If the veteran is dead, did he/ she die in active service?

DISABLED VETERAN:
C, F, and H
(Submit F when applicable.)

DECEASED VETERAN:
A, D, E, and F
(Submit F when applicable.)

| | YES | NO |
|---|---|---|
| | | |

## PRIVACY ACT AND PUBLIC BURDEN STATEMENT.

The Veterans' Preference Act of 1944 authorizes the collection of this information. The information will be used, along with any accompanying documentation to determine whether you are entitled to 10-point veterans' preference. This information may be disclosed to: (1) the Department of Veterans Affairs, or the appropriate branch of the Armed Forces to verify your claim; (2) a court, or a Federal, State, or local agency for checking on law violations or for other related authorized purposes; (3) a Federal, State, or local government agency, if you are participating in a special employment assistance program; or (4) other Federal, State, or local government agencies, congressional offices, and international organizations for purposes of employment considerations, e.g., if you are on an Office of Personnel Management list of eligibles. Executive order 9397 authorizes Federal agencies to use the Social Security Number (SSN) to identify individual records in Federal personnel records systems. Your SSN will be used to ensure accurate retention of records pertaining to you and may also be used to identify

you to others from whom information about you is sought. Furnishing your SSN and the other information sought is voluntary. However, failure to provide any part of the information may result in a ruling that you are not eligible for 10-point veterans' preference or in delaying the processing of your application for employment.

Public burden reporting for this collection of information is estimated to take approximately 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Reports and Forms Management Officer, U.S. Office of Personnel Management, 1900 E Street, N.W., Room 6410, Washington, D.C. 20415; and to the Office of Management and Budget, Paperwork Reduction Project (3206-0001), Washington, D.C. 20503.

I certify that all of the statements made in this claim are true, complete, and correct to the best of my knowledge and belief and are made in good faith. (A false answer to any question may be grounds for not employing you, or for dismissing you after you begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Section 1001).

This Form Must Be Signed By All Persons Claiming 10-Point Preference

Signature of Person Claiming Preference

Date Signed
(Month, Day, Year)

03 25 04

FOR USE BY APPOINTING OFFICER ONLY

Signature and Title of Appointing Officer

Preference Entitlement Was Verified

Name of Agency

Date Signed
(Month, Day, Year)

PREVIOUS 7-83 EDITION USABLE

15-110

NSN: 7540-00-634-3972
Designed using Perform Pro, WHS/DIOR, Apr 96



**DEPARTMENT OF VETERANS AFFAIRS**
Washington Regional Office
1722 Eye Street, NW
Washington DC 20421-1111

September 12, 2003

KEITH B PIERCE
4603 MIMSEY ROAD
UPPER MARLBORO, MD 20772

In Reply Refer To:  372/21A1
CSS 423 78 5169
PIERCE, K B

To Whom It May Concern:

This is to certify that the records of the Department of Veterans Affairs disclose that Keith B. Pierce is in receipt of disability compensation due to service-connected disability rated at 80% or more. This payment is made in accordance with public laws administered by the Department of Veterans Affairs.

Sincerely yours,

*Douglas L. Bragg*

Douglas L. Bragg
Acting Veterans Service Center Manager

Email us at: washingtondc.query@vba.va.gov

SEP-12-2003 11:12AM   FAX:202 530 9097          ID:WASHINGTON D.C.VAMC     PAGE:001  R=94%

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

**DD FORM 214**  1 JUL 79

PREVIOUS EDITIONS OF THIS
FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE
FROM ACTIVE DUTY**

| 1. NAME (Last, first, middle) | | | 2. DEPARTMENT, COMPONENT AND BRANCH | | 3. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| PIERCE, KEITH BARON | | | ARMY-USAR-IN | | 423 78 5169 |
| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY | | |
| CPT | 03 | 550518 | FT SILL, OK | | |
| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | | | 8. STATION WHERE SEPARATED | | |
| HHC 4TH PSYOP GP                    FORSCOM (FC) | | | FORT BRAGG, NC  28307-5000 | | |

| 9. COMMAND TO WHICH TRANSFERRED | | |
|---|---|---|
| USAR CON GP (REINF) ARPERCEN 9700 PAGE BLVD ST LOUIS MO 63132 | | |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| 11A INFANTRY GENERAL 10YRS 10MOS// | a. Date Entered AD This Period | 78 | 09 | 28 |
| 54A OPERATIONS PLANS AND TRAINING 5YRS//NOTHING FOLLOWS// | b. Separation Date This Period | 89 | 06 | 30 |
| | c. Net Active Service This Period | 10 | 09 | 03 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 03 | 00 |
| | g. Sea Service | 03 | 06 | 00 |
| | h. Effective Date of Pay Grade | 82 | 00 | 00 |
| | i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

10. SGLI COVERAGE  AMOUNT $  50,000  ☐ NONE.

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY COMMENDATION MEDAL////ARMY ACHIEVEMENT MEDAL////ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON-2//EXPERT INFANTRY BADGE//PARACHUTE BADGE//NOTHING FOLLOWS// |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| AIRBORNE SCHOOL 3WKS FEBRUARY 1979//MECHANIZED INFANTRY OFFICER COURSE 12WKS FEBRUARY 1979//INFANTRY MORTAR PLATOON OFFICER COURSE 8WKS FEBRUARY 1980//INFANTRY OFFICER ADVANCE COURSE 24WKS MAY 1982//SUPPLY MANAGEMENT OFFICER COURSE 9WKS JULY 1982//PSYCHOLOGICAL OPERATIONS 9WKS 1986//COMBINED ARMS SERVICE STAFF SCHOOL 9WKS MARCH 1987//NOTHING FOLLOWS// |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | ☐ YES ☐ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | ☐ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID | 60 |
|---|---|---|---|---|---|

| 18. REMARKS |
|---|
| DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS OF SEPARATION//NOTHING FOLLOWS// |

| 19. MAILING ADDRESS AFTER SEPARATION | | 20. MEMBER REQUESTS COPY 6 BE | | | |
|---|---|---|---|---|---|
| 813 FLORIDA AVENUE | | | | | |
| ASPER, AL  35501 | | SENT TO  AL  DIR. OF VET AFFAIRS  ☒ YES  ☐ NO | | | |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| [signature] | WILLIAM AGOSTINI-VEGA, SFC, USA, CHIEF, FT BRAGG TP |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELIEF FROM ACTIVE DUTY | HONORABLE |
| 25. SEPARATION AUTHORITY | |
| CHAPTER 3, SEC XXXI AR 635-100 | |
| 28. NARRATIVE REASON FOR SEPARATION | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
| FAILURE OF SELECTION FOR PERMANENT PROMOTION | LGB | NA |

29. DATES OF TIME LOST DURING THIS PERIOD

30. MEMBER REQUESTS COPY 4

[signature] INITIALS

# ACCADEMIC TRANSCRIPTS



Webster University

Saint Louis                Missouri

By virtue of the authority vested in it by law
hereby confers on

Keith Baron Pierce

who has completed the course of study and satisfied the requirements prescribed
the degree of

Master of Arts

Computer Resources Management and Management

with all the honors, rights and privileges which belong to this degree.
This degree is granted at Webster University in Saint Louis, Missouri
on the twenty-third day of December, 1989



Post-It™ brand
**Fax Transmittal Memo**   7672   No. of Pages ▮ 1   Today's Date 7/20/93   Time 1:06

To Keith Pierce     From TRACEY Berger

Company     Company Webster

Location     Location Pope AFB NC     Dept. Charge

Fax # 202-745-8465   Telephone #     Fax # 436-0198   Telephone # 436-0014

Comments     Original Disposition: ☐ Destroy   ☐ Return   ☐ Call for pickup

Webster University
Att: Registrar
470- E. Lockwood
St. Louis, MO. 63119

---

## WEBSTER UNIVERSITY

### OFFICE OF THE REGISTRAR

Student Grade report for period ending    10/14/89

Student Name:  Keith B Pierce                          Student ID:  873380
Student Addr:                                                 SSN:  423    5169
              3561 Torbay St                             Status:  F D
              Fayetteville        NC 28311             Advisor:              05/99 M
                                        Major:  Management
                              2nd Major: Comp & Inf Resrc Mgt

          24 Pope AFB

| Term/Year Course Sec Site | Title | Gr | Cr |
|---|---|---|---|
| | COMBINED ARMS & SERVCS STF SC | | |
| SP  87 ] | QUANTITATIVE DECISIONMAKING | CR | 3.00 |
| | WEBSTER UNIVERSITY, ST LOUIS MO | | |
| SU  87 MGT 500  42 24 | Management | B | 3.00 |
| SU  87 MGT 552  64 24 | Personnel Management | B | 3.00 |
| FA 1 87 MGT 556  65 24 | Accounting and Finance:Theory and Practice | B | 3.00 |
| FA 2 87 CRM 500  68 24 | Computer Resources Management | B | 3.00 |
| FA 2 87 MGT 554  64 24 | Analysis of Management Systems | A | 3.00 |
| SP 1 88 MGT 593  56 24 | Labor Relations | B | 3.00 |
| FA 1 88 CRM 596  30 24 | Systems Analysis, Design and Implementation | A | 3.00 |
| FA 1 88 MGT 591  25 24 | Legal Issues in Management | B | 3.00 |
| SP 2 89 CRM 591  53 24 | Managing Computer Systems | B | 3.00 |
| SP 2 89 MGT 600  62 24 | Integrated Studies in Management | A | 3.00 |
| SU  89 CRM 592  29 24 | Business Systems and Computer Applications | B | 3.00 |
| SU  89 CRM 595  28 24 | Contemporary Developments | A | 3.00 |
| FA 1 89 CRM 594  89 24 | Project Mgt of Information Syst:Direct Study | B | 3.00 |
| FA 1 89 CRM 600  35 24 | Integrated Stds in Comp & Info Resources Mgt | A | 3.00 |

                          CREDITS PASSED
CURRENT TERM                   6.00
CUMULATIVE RECORD             45.00

TRANSCRIPT NOT TO BE USED FOR THAT PURPOSE





**DEPARTMENT OF THE ARMY**
U.S. ARMY COMMAND AND GENERAL STAFF COLLEGE
FORT LEAVENWORTH, KANSAS 66027-6900

REPLY TO
ATTENTION OF

Resident Academic Records                                    11 March 1987

SUBJECT:  CAS3 Academic Transcript Reference:  PIERCE, KEITH B., 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

TO WHOM IT MAY CONCERN:

1.  We understand that the above referenced officer, a graduate student at your university, has requested that we contact you and state our position regarding the award of graduate credit for attendance at the Combined Arms and Services Staff School (CAS3).

2.  CAS3 is one of four major school divisions within the Command and General Staff College (CGSC).  Our curriculum is divided into two parts:  Phase I and Phase II.  Phase I is a 140 hour, non-resident portion which must be completed prior to entry into Phase II, the nine-week resident portion.  The course is designed for and attended by senior Army captains.  These captains are college graduates and the course is taught at a graduate level.  It is designed to teach generic staff skills, emphasizing the attainment of high level mental processes rather than the mastery of information.  One of the higher level mental skills which we emphasize is the use of quantitative techniques in decisionmaking.  The portions of the course which deal with quantitative decisionmaking are described in the following paragraph.

3.  In the Phase I portion of CAS3, students must complete the Quantitative Skills module which contains instruction on probability and statistics, decision theory, linear regression analysis, PERT, and linear programming.  When students arrive for the resident portion of the course, they review and expand their mastery of these skills.  In later portions of the course they use various quantitative skills to solve realistic staff problems.  Our review of other colleges' catalogs suggests the scope and content of our program of instruction is equivalent to other graduate-level courses with course titles such as Quantitative Techniques, Managerial Decisionmaking, or Applied Quantitative Analysis.  We believe that the CAS3 training in quantitative decisionmaking is sufficient in scope and content so that three hours of graduate credit should be awarded for successful completion of this course.

4.  The CGSC is accredited by the North Central Association of Colleges and Schools as a master's degree granting institution.  We trust that you will give appropriate consideration to this request.

1 Encl                                      *Ronald H. Darnell*
CAS3 Academic Transcript                    RONALD H. DARNELL
                                            LTC, Infantry
                                            Registrar



**DEPARTMENT OF THE ARMY**
U.S. ARMY COMMAND AND GENERAL STAFF COLLEGE
FORT LEAVENWORTH, KANSAS 66027

**ACADEMIC TRANSCRIPT**

NAME: PIERCE, KEITH B.                  RANK: CAPTAIN          SSN: 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

ATTENDED THE COMBINED ARMS AND SERVICES STAFF SCHOOL FROM 7 JAN 87 TO 11 MAR 87

| TOPIC | HOURS OF INSTRUCTION |
|---|---|
| CALCULATOR OPERATIONS/ELEMENTARY QUANTITATIVE TECHNIQUES (Day 2) | 4 |
| DECISION MATRICES (Day 3) | 4 |
| COMBAT MODELS/REGRESSION ANALYSIS (Day 5) | 4 |
| PERT NETWORKS (Day 6) | 2.5 |
| LINEAR PROGRAMMING (Day 8) | 3 |
| THE COMPUTER IN TRAINING MANAGEMENT (THACS) (Day 12) | 3 |
| TRAINING, COST CALCULATIONS (Day 12) | 3 |
| USE OF PERT IN MOBILIZATION (Day 20) | 3 |
| USE OF COMPUTER PROGRAMS IN DEVELOPING PERSONNEL ESTIMATES (Day 27) | 3 |
| USE OF COMPUTER PROGRAMS IN LOGISTIC ESTIMATES (Day 30) | 3 |
| USE OF COMPUTER PROGRAMS IN MOVEMENT PLANNING (Day 37) | 5 |
| TOTAL | 37.5 |

The hours listed in the table above equate to instructor contact hours with the associated hours of homework. Two other relevant topics are part of the overall instructional package. (1) Students are required to complete a Phase I module on Quantitative Skills prior to arriving for the nine-week resident portion. Topics taught in the Quantitative Skills module include the following:

| TOPIC | HOURS REQUIRED TO COMPLETE |
|---|---|
| ELEMENTARY PROBABILITY AND STATISTICS | 2 |
| DECISION THEORY | 2 |
| LINEAR REGRESSION ANALYSIS | 2 |
| PERT NETWORKS | 2 |
| LINEAR PROGRAMMING | 2 |
| TOTAL | 10 |

The other portion of the overall instructional package consists of the use of the quantitative skills in preparation of briefings, staff studies, and in other projects throughout the course. We estimate an average use in this area of 10 hours.

In summary, CAS$^3$ students receive about 37.5 hours of instructor provided instruction; they complete a 10 hour module prior to arrival; they use their quantitative skills an additional 10 hours in various projects that require quantitative skills. The total package approximates the Carneige formula for 45 hours of instructor contact for the award of 3 hours of credit. Demonstrated proficiency at the "B" level is the minimum standard for each component for the student to pass the course.

*Ronald H. Darnell*
RONALD H. DARNELL
LTC, IN
Registrar

CGSC Form 176
1 Oct 1979 (Rev)

# Department of Veterans Affairs

# Certificate of Training

*This certificate is given to*

KEITH PIERCE

*for satisfactory completion of the course in*

40 Hour Basic Supervisory Course

*Given at*   VAMC, Washington, D.C.

*This* 25th *day of*   May        19 95 .



SANFORD M. GARFUNKEL
Medical Center Director

# CERTIFICATE OF ACHIEVEMENT



Through the Quality Improvement Process

P R E S E N T E D   T O

KEITH B. PIERCE

who through successful completion of the Quality Management Workshop
has demonstrated a belief in Total Customer Satisfaction and the ability to make it happen.

_____

DATE

**WARNER LAMBERT**

# Minneapolis
## Regional Medical Education Center
### Certifies that

### KEITH B. PIERCE

has completed the continuing education activity entitled

## The Patient Advocate
## The Key to Customer Satisfaction

Held: **August 4-8, 1997**    At: **Oak Brook, Illinois**

and is awarded

26    Hours of continuing education.

31    Contact hours in nursing by the American Nurses Credentialing Center.

*Richard Adelson*

Richard Adelson, DDS

The Minneapolis RMEC is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.

The Minneapolis RMEC is accredited as a provider of continuing education in nursing by the American Nurses Credentialing Center's Commission on Accreditation.



*Employee Education System*
DEPARTMENT OF VETERANS AFFAIRS

# PERFORMANCE EVALUATIONS

| Department of Veterans Administration | | **PERFORMANCE APPRAISAL** | | |
|---|---|---|---|---|

**APPRAISAL OF**

| NAME OF EMPLOYEE | SOCIAL SECURITY NUMBER | POSITION TITLE | SERIES | GRADE |
|---|---|---|---|---|
| KEITH PIERCE | 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 | Patient Advocate | GS-301 | 11 |

| ORGANIZATION | RATING PERIOD |
|---|---|
| Washington DC VA Medical Center<br>Washington, DC 20422 | April 1, 2002 through March 31, 2003 |

**PERFORMANCE PLAN COMMUNICATED**

NOTE: Please attach Performance Plan.

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| | | |

**MID-APPRAISAL PERIOD PROGRESS REVIEW**

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| | | |

**RATING**

| CRITICAL ELEMENT<br>(Insert brief description of each critical element) | RATING | |
|---|---|---|
| Support the Patient Advocate Program | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Complaint Tracking and Trending | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Satisfaction Survey Coordination | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Participation on Medical Center Committees | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Veteran Satisfaction Planning and Training | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| | ☐ SUCCESSFUL | ☐ UNACCEPTABLE |

**DERIVATION OF SUMMARY LEVEL**

| PERIOD COVERED BY THE PERFORMANCE APPRAISAL | | TYPE OF RATING | PERFORMANCE RATING |
|---|---|---|---|
| FROM | TO | | |
| April 1, 2002 | March 31, 2003 | ☒ RATING OF RECORD | ☒ SUCCESSFUL (No written justification required) |
| | | ☐ SUMMARY RATING | ☐ UNACCEPTABLE (Written justification required) |

| SIGNATURE OF RATER | SIGNATURE OF APPROVING OFFICIAL (If applicable) | DATE |
|---|---|---|
| MICHELLE SPIVAK | | |

COMMENTS (May include significant achievements, accomplishments, etc. If additional space is needed, please continue on blank page and attach.)

Mr. Pierce continues to demonstrate professionalism and initiative in his duties as Patient Advocate. He now manages the Greeters Program, supervising 12 IT/volunteer workers. In this role, he has expanded the program placing greeters in Pharmacy Service. This staff support has been a great asset to Pharmacy Service. Mr. Pierce is a committee member with the Society for Healthcare Consumer Advocacy (SHCA) of the American Hospital Association. Mr. Pierce was a key player in coordinating the annual SHCA conference including serving as a facilitator for customer service training. He recently received the APEX (Actions for Professional Excellence) award from SHCA. He serves as a trainer of "General Hospitable" for new employees and the customer service training program CARE.

In Lieu of **VA Form 3482b**, dated Feb 1997

In Lieu of VA Form 3482b, dated Feb 1997

# PERFORMANCE APPRAISAL

Department of Veterans Administration

## APPRAISAL OF

| NAME OF EMPLOYEE | SOCIAL SECURITY NUMBER | POSITION TITLE | SERIES | GRADE |
|---|---|---|---|---|
| KEITH PIERCE | 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 | Patient Advocate | GS-301 | 11 |

ORGANIZATION: Washington DC VA Medical Center, Washington, DC 20422

RATING PERIOD: April 1, 2001 through March 31, 2002

### PERFORMANCE PLAN COMMUNICATED

NOTE: Please attach Performance Plan

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| | | |

### MID-APPRAISAL PERIOD PROGRESS REVIEW

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| | | |

### RATING

| CRITICAL ELEMENT (Insert brief description of each critical element) | RATING |
|---|---|
| Support the Patient Advocate Program | ☒ SUCCESSFUL   ☐ UNACCEPTABLE |
| Patient Complaint Tracking and Trending | ☒ SUCCESSFUL   ☐ UNACCEPTABLE |
| Patient Satisfaction Survey Coordination | ☒ SUCCESSFUL   ☐ UNACCEPTABLE |
| Participation on Medical Center Committees | ☒ SUCCESSFUL   ☐ UNACCEPTABLE |
| Veteran Satisfaction Planning and Training | ☒ SUCCESSFUL   ☐ UNACCEPTABLE |
| DERIVATION OF SUMMARY LEVEL | ☐ SUCCESSFUL   ☐ UNACCEPTABLE |

PERIOD COVERED BY THE PERFORMANCE APPRAISAL

FROM: April 1, 2001     TO: March 31, 2002

| TYPE OF RATING | PERFORMANCE RATING |
|---|---|
| ☒ RATING OF RECORD | SUMMARY RATING |
| | ☒ SUCCESSFUL (No written justification required) |
| | ☐ UNACCEPTABLE (Written justification required) |

SIGNATURE OF RATER: DAVID J. WEST, M.S.H.A.

SIGNATURE OF APPROVING OFFICIAL (if applicable)

DATE: 6/10/02

COMMENTS (May include significant achievements, accomplishments, etc. If additional space is needed, please continue on blank page and attach.)

Mr. Pierce has been actively involved in the Society for Healthcare Consumer Advocacy as a member of the Public Relations Committee. He also serves on the medical center Ethics Committee and attends ward team meetings, as necessary. He has written numerous policies for customer service programs and assisted with their implementation. He also serves as a trainer for General Hospitable and CARE.

**VA** Department of Veterans Administration | **PERFORMANCE APPRAISAL**

### APPRAISAL OF

| NAME OF EMPLOYEE | SOCIAL SECURITY NUMBER | POSITION TITLE | SERIES | GRADE |
|---|---|---|---|---|
| Keith Pierce | 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 | Patient Advocate | 0301 | 11 |

| ORGANIZATION | RATING PERIOD |
|---|---|
| VA Medical Center<br>Washington, DC | April 1, 2000 through March 31, 2001 |

### PERFORMANCE PLAN COMMUNICATED

NOTE: Please attach Performance Plan.

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| December 21, 2000 | KEITH PIERCE | WILLIAM M. SIVLEY |

### MID-APPRAISAL PERIOD PROGRESS REVIEW

| DATE OF DISCUSSION | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|
| | | |

### RATING

| CRITICAL ELEMENT<br>(Insert brief description of each critical element) | RATING | |
|---|---|---|
| Support the Patient Advocate Program | ☑ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Complaint Tracking and Trending | ☑ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Satisfaction Survey Coordination | ☑ SUCCESSFUL | ☐ UNACCEPTABLE |
| Participation in Medical Center Committees | ☑ SUCCESSFUL | ☐ UNACCEPTABLE |
| Veteran Satisfaction Planning and Training | ☑ SUCCESSFUL | ☐ UNACCEPTABLE |
| | ☐ SUCCESSFUL | ☐ UNACCEPTABLE |

### DERIVATION OF SUMMARY LEVEL

| PERIOD COVERED BY THE PERFORMANCE APPRAISAL | | TYPE OF RATING | PERFORMANCE RATING |
|---|---|---|---|
| FROM<br>April 1, 2000 | TO<br>March 31, 2001 | ☒ RATING OF RECORD | ☐ SUCCESSFUL (No written justification required) |
| | | ☐ SUMMARY RATING | ☐ UNACCEPTABLE (Written justification required) |

| SIGNATURE OF RATER | SIGNATURE OF APPROVING OFFICIAL (if applicable) | DATE |
|---|---|---|
| War SP | | 7-21-01 |

COMMENTS (May include significant achievements, accomplishments, etc. If additional space is needed, please continue on blank page and attach)

In Lieu of **VA Form 3482b**, dated Feb 1997

| **VA** Department of Veterans Administration | **PERFORMANCE APPRAISAL** | | | |
|---|---|---|---|---|
| **APPRAISAL OF** | | | | |
| NAME OF EMPLOYEE<br>Keith B. Pierce | SOCIAL SECURITY NUMBER<br>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 | POSITION TITLE<br>Patient Advocate | SERIES<br>301 | GRADE<br>GS-11 |

| ORGANIZATION<br>Office of the Director<br>VA Medical Center | RATING PERIOD<br>April 1, 1998 through March 31, 1999 |
|---|---|

**PERFORMANCE PLAN COMMUNICATED**

NOTE: Please attach Performance Plan

| DATE OF DISCUSSION<br>APR 6 1998 | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|

**MID-APPRAISAL PERIOD PROGRESS REVIEW**

| DATE OF DISCUSSION<br>OCT 4 1999 | SIGNATURE OF EMPLOYEE | SIGNATURE OF RATER |
|---|---|---|

**RATING**

| CRITICAL ELEMENT<br>(Insert brief description of each critical element) | RATING | |
|---|---|---|
| Support to Patient Advocate Program | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Complaint Tracking and Trending | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Patient Satisfaction Survey Coordination | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Particpation on Medical Center Committees | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
| Customer Service Planning and Training | ☒ SUCCESSFUL | ☐ UNACCEPTABLE |
|  | ☐ SUCCESSFUL | ☐ UNACCEPTABLE |

**DERIVATION OF SUMMARY LEVEL**

| PERIOD COVERED BY THE PERFORMANCE APPRAISAL | | TYPE OF RATING | PERFORMANCE RATING |
|---|---|---|---|
| FROM<br>April 1, 1999 | TO<br>March 31, 2000 | ☒ RATING OF RECORD<br>☐ SUMMARY RATING | ☒ SUCCESSFUL (No written justification required)<br>☐ UNACCEPTABLE (Written justification required) |

| SIGNATURE OF RATER | SIGNATURE OF APPROVING OFFICIAL (If applicable) | DATE<br>APR 4 2000 |
|---|---|---|

COMMENTS (May include significant achievements, accomplishments, etc. If additional space is needed, please continue on blank page and attach.)

Mr. Pierce has performed his duties of Patient Advocate in an outstanding manner. He utilized his knowledge of the operation of the Medical Center and his patient/veteran status in a manner that proved to be a winning combination. He was able to sort through the myriad of situations presented by our patients in a professional and caring manner. He ensured that the correct support was supplied at the correct time. For a brief period during the rating period, he served as the Acting Lead Patient Advocate. He maintained the effectiveness of the operations of the office during the period of change.

In Lieu of **VA Form 3482b**, dated Feb 1997

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105, proponent
agency is US Army Military Personnel Center.

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME FIRST NAME MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS/AOC | h. STA CODE |
|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| PIERCE, KEITH B. | 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 | CPT | 82 | 07 | 01 | IN | 11/92 | | 3709 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMDC CODE |
|---|---|---|
| HHC, 8th PSYOP Bn, Ft Bragg, NC 28307 FORSCOM | 04 REFRAD | OT |

| l. PERIOD COVERED | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS: |
|---|---|---|---|---|---|
| FROM | THRU | | | | |
| Year Month Day | Year Month Day | 10 | FS-27 | □ 1. GIVEN TO OFFICER | |
| 88 08 23 | 89 06 30 | | | □ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II — AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| MCGARRAH, JAMES H. | 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 | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MAJ, SF, HHC, 1st SOCOM, Chief, Standards and Evaluation Division | | | 6 Jul 89 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| EVANS, RICHARD A. | 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 | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, SF, HHC, 1st SOCOM, Assistant Chief of Staff, G3 | | | 7 Aug 89 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 21 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 1 Jun 89 | | | | |

**PART III — DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| Logistics Officer | 92A00 |

c. REFER TO FAR IIIa, DA FORM 67-8-1

Responsible for all phases of logistical planning, coordination, execution and control of JCS directed, USSOCOM sponsored Joint Exercises and Army Training and Evaluation Program (ARTEP) evaluation exercises for all 1st SOCOM Major Subordinate Units. Coordinates the exercise logistical planning with 23rd Air Force, Naval Special Warfare Command, USSOCOM and selected state and federal agencies. Develops the joint logistics support concept and the Army support budget estimate for USSOCOM exercise series.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM** (Rater)

| a. PROFESSIONAL COMPETENCE | (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) | | HIGH DEGREE 1 2 | | LOW DEGREE 3 4 5 | |
|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 1 | 8. Displays sound judgement | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 1 | 9. Seeks self-improvement | | | 1 |
| 3. Maintains appropriate level of physical fitness  PROFILE 8804 | | 1 | 10. Is adaptable to changing situations | | | 1 |
| 4. Motivates, challenges and develops subordinates | | 1 | 11. Sets and enforces high standards | | | 1 |
| 5. Performs under physical and mental stress | | 1 | 12. Possesses military bearing and appearance  73/174 YES | | | 1 |
| 6. Encourages candor and frankness in subordinates | | 1 | 13. Supports EO/EEO | | | 1 |
| 7. Clear and concise in written communication | | 1 | 14. Clear and concise in oral communication | | | 1 |

b. PROFESSIONAL ETHICS (Comment on one area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. [illegible]

a. (1,2) Quickly learned about Air Force and Navy support requirements and applied to joint exercise series.
a. (3) Performed all assigned duties in an outstanding manner.
a. (9) Pursuing Masters degree during off-duty time.
b. (1,7) Dedicated to mission accomplishment, consistently places job requirements before personal needs.

RIOD COVERED

| PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater) |

ATED OFFICER'S NAME **PIERCE, KEITH B.**   SSN **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**

ED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   [X] YES   [ ] NO

ERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |

COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

CPT Pierce is an outstanding officer in every respect. He is a self-starter with the knowledge and organizational abilities to accomplish complex, challenging jobs. CPT Pierce personally developed the logistical support concept and detailed planning for the execution of two joint special operations exercises for the evaluation of a Special Forces Group, a Ranger Battalion (-) and elements of a Special Operations Communications Company and a Special Operations Support Company. He also coordinated the support for a MAC HQ Operational Readiness Inspection of selected 23rd Air Force units, to include the 1st Special Operations Wing and selected special operations elements for the conduct of the exercise. CPT Pierce's detailed knowledge of joint special operations logistics requirements and budget development directly contributed to the success of the exercise which involved over 3100 personnel over eight states. CPT Pierce's outstanding performance significantly contributed to the joint training and readiness of Army and Air Force Special Operations Forces.

THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

CPT Pierce has outstanding potential and should be promoted NOW. He has clearly demonstrated the ability to excel as a field grade officer. Select for CGSC.

| PART VI – INTERMEDIATE RATER |

COMMENTS

| PART VII – SENIOR RATER |

ENTIAL EVALUATION (See Chapter 4, AR 623-105)

| | DA USE ONLY |
| [X] | HI |
| | |
| | |
| | LO |

FORM 67-8-1 WAS RECEIVED WITH NSIDERED IN MY EVALUATION.

b COMMENTS

CPT Pierce is an outstanding young officer who has contributed greatly to this organization. Tasked to organize and plan all logistical matters on numerous major JCS exercises, he has excelled. He is a professional who can anticipate problems. On numerous occasions he has prevented major shortfalls by his tremendous knowledge of logistics and courage to make on the spot decisions. CPT Pierce's departure from active duty is a loss to this command and the US Army. I would strive to work with him in any capacity and would continue to seek his advise.

# AWARDS AND RECOGNITION

**Department of
Veterans Affairs**

# Memorandum

Date:  April 23, 2003

From:  Linwood Moore, R.Ph., Associate Chief, Pharmacy Service

Subj:  Incentive Therapy Workers

To:  Terry Ross, Executive Director

Thru: Michelle Spivak

Thru: Joseph Cascio, R. Ph., M.S., Chief, Pharmacy Service

This memorandum is submitted to commend Mr. Keith Pierce for his assistance in
acquiring three (3) "Incentive Therapy (IT) Workers for the Outpatient Pharmacy. The
acquisition of these workers has made a tremendous impact not only on the day to day
efficiency of the Outpatient Pharmacy, but on the overtime budget as well. The
Outpatient Pharmacy fills approximately 1150 prescriptions daily on site. Each technician
is required to fill a minimum of 225 prescriptions each day. The three (3) "IT" Workers
are performing tasks which otherwise would have to be performed by a pharmacy
technician. This equates to at least an additional 350 prescriptions filled each day which
otherwise would either go "unfilled" or would be filled using "overtime" funds. As a
result, we can schedule a technician to fill mail 8 hours daily without authorizing
overtime. Likewise, the availability of these individuals also allows the pharmacy to
schedule an additional technician to fill outpatient prescriptions for waiting patients. The
end result is decreased prescription waiting time, which always results in a more satisfied
veteran (i.e. increased customer service). In essence, the availability of these volunteers
actually provides us the "equivalent" of additional 1.5 FTEE. Mr. Pierce should be
commended not only for the team work and spirit of interdepartmental cooperation which
he fosters, but for his ability to "select" the most appropriate Incentive Therapy workers
for this unique and highly sensitive environment.

Respectfully Submitted,

*Linwood Moore*

Linwood Moore, R.Ph.
Associate Chief, Pharmacy Service

VA FORM
MAR 1989  **2105**



October 9, 2003

TO: Service Awards Committee

FROM: Michelle Spivak

SUBJECT:  Special Contribution Award

The purpose of this award recommendation is to recognize Keith B. Pierce for his
tangible contribution made to this facility.  In conversation with Mr. Linwood Moore,
Assistant Chief of Pharmacy concerning wait-time for prescriptions and the increased
number of complaints, Keith initiated an analysis of the situation.  After reviewing the
findings of a White Paper that had been prepared addressing this issue, it was concluded a
solution to the problem was to utilize personnel other than the assigned pharmacy
technicians to perform certain duties such as the "Greeter" which would free up that
person to assist in the filling of prescriptions.  The personnel utilized for this task are
assigned to the "Greeter Program" which is supervised by Keith Pierce.  The workers are
IT workers assigned to the program from the Veterans Industry Group located at
Patterson Street.  The result of this effort freed up 1.5 FTEE from the pharmacy, which
saved an estimated $29,151.00 annually.  Although the personnel's work assignment is in
the pharmacy, Keith Pierce is the second line supervisor responsible for their concerns,
needs and timekeeping for their pay.  I feel Keith Pierce through his analytical and
methodical experience made an invaluable contribution to both this facility and the IT
workers participating in the "Greeter Program".

MICHELLE B. SPIVAK
Director community Relations, Acting Lead Patient Advocate

2003 OCT -9  A 10: 35

ndard Form 50-B.
v. 7/91
i. Office of Personnel Management
M Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

688 688

lame (Last, First, Middle)
ERCE,KEITH B
IRST ACTION

| 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|
| 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 | 05-18-55 | 08-01-2003 |

| | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| O | INDIVIDUAL CASH AWARD | SECOND ACTION | | |

| Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|

| Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|

ROM: Position Title and Number

| | | | | |
|---|---|---|---|---|

15. TO: Position Title and Number
PATIENT REPRESENTATIVE

09070A

| Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| sic Pay | | | | | | | | | | $ XXXXX | |

| 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|

ime and Location of Position's Organization

22. Name and Location of Position's Organization

VA MEDICAL CENTER
OFFICE OF DIRECTOR
WASHINGTON    DC

PLOYEE DATA

| rans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 – None | 3 – 10-Point/Disability | 5 – 10-Point/Other | 1 | 0 – None    2 – Conditional | X YES    NO |
| 2 – 5-Point | 4 – 10-Point/Compensable | 6 – 10-Point/Compensable/30% | | 1 – Permanent    3 – Indefinite | |

iL BASIC + OPTION B (5X)
+ OPTION C (1X)
rement Plan    FERS &
FICA

| 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|
| 9    NOT APPLICABLE | |

| 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per |
|---|---|---|
| 02-27-82 | F    FULL-TIME | Biweekly Pay Period |

TION DATA
tion Occupied

| 1 – Competitive Service | 3 – SES General |
|---|---|
| 2 – Excepted Service | 4 – SES Career Reserved |

| 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|
| E    E – Exempt    N – Nonexempt | 8401.2500 | 0065 |

Station Code
-0010-001

39. Duty Station (City – County – State or Overseas Location)
WASHINGTON    DC

NCY DATA

| 41. | 42. | 43. | 44. |
|---|---|---|---|

irks

ARY INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

ing Department or Agency
RTMENT OF VETERANS AFFAIRS

50. Signature/Authentication and Title of Approving Official

| Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| A | 1468 | 08-01-2003 |

HUMAN RESOURCES OFFICER

ER FOR IMPORTANT INFORMATION

# CUSTOMER SERVICE AWARD

AWARDED TO:

## KEITH PIERCE

Washington DC VA Medical Center

This award is in recognition of the outstanding customer service you provided to the patients at the Washington DC VAMC. Your participation in the implementation of various customer service programs, as well as patient education and direct patient service, serves as an example to those around you. Special programs like the New Enrollee Eligibility Kits and the Greeters Program are a few of the ways you go above and beyond to provide the best experience for our veterans. Your courtesy, professionalism, and dedication to providing excellent customer service exemplify the essence of the VA Capitol Health Care Network Values. Thank you.

December 2, 2003
Date

James J. Nocks, M.D., M.S.H.A.
Network Director

## VA Capitol
## Health Care
## Network
## VISN 5

FIVE STAR SERVICE FOR THOSE WHO SERVED



| Contact: Glen Brown | One North Franklin |
| --- | --- |
| SHCA | 31st Floor |
| Phone 312-422-3907 | Chicago, IL 60606 |
| Fax 312-422-4575 | gbrown@aha.org |

# Press Release

## SHCA Announces Keith B. Pierce as 2004 Board Member

**Chicago, December 12, 2003:** — Members of the Society for Healthcare Consumer Advocacy (SHCA) recently elected Keith B. Pierce to the 2004 Board of Directors. Pierce will begin his term January 1, 2004.

The Board of Directors has the responsibility to develop plans, objectives, and purposes for the Society. The Board also recommends liaison relationships and committee membership with other organizations, agencies, or associations related to the Society's purpose and recommends the development of materials or the revision of materials relating to the purpose of SHCA. Another duty of each newly elected officer's role is to serve as a liaison to geographically assigned state chapters and presidents and convey the constituency's issues to SHCA's leadership.

Pierce is currently serving on the Public Relations Work Group. He has served on the Sponsor Recruitment Work Group, the Program Planning Work Group and is an APEx Award winner. He has been a member of SHCA for 7 years. His work experience includes being a retired U.S. Army Officer serving in various command and staff positions, Primary Care Sales Rep with Parke-Davis Pharmaceuticals, and seven years a Patient Advocate for the VA Medical Center in Washington, DC.

Additional new Board members are:

**President-Elect:** Irene Zbiczak, Patient Relations Manager, Mills Peninsula Health Services, Burlingame, CA
**Board Member:** Ellen Tolbert, Director, Patient Relations, Beebe Medical Center, Lewes, Delaware
**Board Member:** Tammy Miller, Patient Representative, Deaconess Hospital, Evansville, Indiana

### About SHCA

SHCA is one of twelve Personal Membership Groups of the American Hospital Association. The mission of the Society for Healthcare Consumer Advocacy is to lead the advancement of healthcare consumer advocacy by supporting the role of professionals who represent and advocate for consumers across the healthcare continuum.

Founded in 1972, SHCA prepares its members to contribute to the field and advance the profession through networking, education, recognition, and advocacy. See www.shca-aha.org for more information.

### # # #



Richard J. Davidson
President

Liberty Place, Suite 700
325 Seventh Street, NW
Washington, DC  20004-2802
(202) 638-1100 Phone
www.aha.org

December 16, 2003

Keith B. Pierce
Patient Advocate
Veterans Affairs Medical Center
50 Irving Street, NW
Washington, DC  20010

Dear Keith:

Heard about your recent appointment to the Board of Directors,
Society for Healthcare Consumer Advocacy and wanted to offer my
personal congratulations.

These are very exciting and challenging times.  Your energetic
commitment and leadership will be a great asset to the Society.

Again, congratulations and best of luck!

Sincerely,

Courtesy Copy:
Bob Malson (President, District of Columbia Hospital Association)

**Pierce, Keith B**

| | |
|---|---|
| From: | Majka, Molly A. |
| Sent: | Thursday, February 12, 2004 3:32 PM |
| To: | Garfunkel, Sanford M.; Pierce, Keith B |
| Cc: | Marvin, Kimberly |
| Subject: | AHA |

Please read attached note from Dr. Nocks.


AHA.pdf

*Mollyann Majka*
**MOLLYANN MAJKA**
Executive Secretary, VA Capitol Health Care Network, VISN 5
Telephone: 410-691-1134
Fax: 410-684-3189
E-mail: Molly.Majka@med.va.gov

1



**American Hospital Association**

One North Franklin
Suite 2800
Chicago, Il 60606-3421
(312) 422-3000
www.aha.org

February 3, 2004

James J. Nocks, MD
Network Director (10N5)
VISN 5 Network Office
849 International Drive, Suite 275
Linthicum, MD  21090

Dear Dr. Nocks:

On behalf of the American Hospital Association, I would like to take this opportunity to recognize the contributions of *Keith Pierce* as a volunteer leader in the Society for Healthcare Consumer Advocacy (SHCA).

SHCA, one of AHA's personal membership groups, is an important part of AHA and contributes greatly to AHA's efforts to meet the needs of our members and the American healthcare system.

In this role, there is a considerable contribution of volunteer time, energy and expertise to the work of AHA and this society.  Without the efforts of leaders like Keith, the work of AHA and its related societies would not be possible.

I also want to thank you for your support. Organizational support for individuals to assume a leadership role in their professional society is critical.  We greatly appreciate that support.

Sincerely,

Lindsay M. Robinson, CHE
Vice President
Division of
Personal Membership Groups

cc:  Keith Pierce



**MATTAPAN**
COMMUNITY HEALTH CENTER

Keith Pierce
*Board Member*

1425 Blue Hill Avenue
Mattapan, MA 02126
617-296-0061 • Fax 617-296-5408

*"Making A Difference In Our Community"*

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

CAPTAIN KEITH B. PIERCE, United States Army



FOR exceptionally meritorious service in successive positions as Battalion Plans Officer and Current Intelligence Team Leader, 8th Psychological Operations Battalion (Airborne), Fort Bragg, North Carolina, from 17 March 1986 to 1 July 1989. In addition, Captain Pierce served in the 1st Special Operations Command (Airborne) as Logistics Coordinator for the Standards and Evaluation Branch. He was the primary action officer responsible for the preparation of the critically important United States Information Agency Memorandum of Understanding which was designed to enhance the transition from peacetime to wartime psychological operations. Captain Pierce's outstanding performance of duty reflects great credit upon him, the 4th Psychological Operations Group (Airborne), the 1st Special Operations Command (Airborne), and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS    27th    DAY OF    July    19 89

*[signature]*
JAMES A. GUEST
Brigadier General, USA
Commanding

*[signature]*
SECRETARY OF THE ARMY

DA FORM 4980-12, APR 81



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

APR  7 2003

In Reply Refer To:

Mr. Keith Pierce
Patient Advocate Office
Veterans Affairs Medical Center
50 Irving Street, NW
Washington, DC  20422

Dear Mr. Pierce:

Attached is a letter I received from LTC (Ret) Samuel A. Britten expressing his
appreciation for the professionalism  and caring attitude that you have exhibited during
his many trips to the Washington DC VA Medical Center to visit his brother, Frederick
D. Britten, a patient in the Nursing Home.  LTC Britten stated in his letter that his
brother's quality of care has been tremendously enhanced since being placed in the VA
Nursing Home and he appreciated your personal interest and intervention of behalf of his
family.  I am always happy to receive compliments such as these from patients regarding
our staff.

Please allow me to say thank you for "putting our veterans first."

Sincerely,

SANFORD M. GARFUNKEL
Medical Center Director

cc:      001D

JAN-22-2003 12:05 am                                                    P.01

Subject: Letter Of Appreciation                    January 22, 2003

Thru:Network Director James J. Nocks, MD,MSHA
849 International Drive, Suite #275
Linthicum, Maryland 21090

Thru: VA Medical Center Director – Mr Sanford Garfinkel
Washington, D. C.

To: Mr. Keith Pierce
Director, Patient Advocate Office
VA Medical Center
Washington, D. C.

I am the brother and legal guardian of Mr. Frederick D. Britten. He has been a
resident of the VA Nursing Home facility since April 13, 2002.

Mr. Keith Pierce and his very capable staff members were especially helpful in
assisting me in the pursuit of and expeditious placement of my brother to the on-site VA
Nursing Home. Consequently, my brother's quality of care has been tremendously
enhanced. I am particularly appreciative of Mr. Pierce's personal interest and
intervention on behalf of our family. He has always shown genuine concern for my
brother's welfare.

During that time, Mr. Pierce and I discovered our mutual double career paths as
former Army officers who commanded Infantry companies and experience as civilians as
Patient Advocates in hospitals. I also shared my experience in hospital public relations
assignments with Mr. Pierce.

Accordingly, it is my perception that Mr. Pierce is an outstanding candidate to
orchestrate combined responsibilities of Patient Advocacy and Public/Community
Relations functions. He has the personal character traits, experience, heart, motivation,
maturity, efficiency and professionalism so essential to achieve the necessary high
standards required to manage a combined outreach program.

Without any reservation, I fully and highly recommend Mr. Pierce for favorable
consideration for such a position of high visibility and responsibility. He is a very
valuable asset to the VA Medical Center who genuinely cares about people and dedicated
himself to completing advocate actions in the very best interest of patients.

Sincerely yours,

Samuel A. Britten
LTC-Inf. (Ret)

*Exhibit 14*

June 24, 2004

TO: MEMORANDUM FOR RECORD

SUBJECT:  Director Patient Advocate Position

The purpose of this memorandum is to document a conversation that took place between Terry Ross and myself.  While waiting for a meeting on Service Recovery Training, Terry informed me that I had made the certificate of eligibles for the Director, Patient Advocate Position.  She also informed me that there were six (6) names on the certificate and I was one of the names.  She then went further to state, "I must be honest with you, the other five candidates are highly qualified and it's going to be very difficult for you".  This was very disturbing to me that she would make a statement like that to possibly discourage me.  I replied to her comment in a positive manner stating " I feel I've accomplished a lot while in the Patient Advocate Office and in fact feel I've raised the bar for the other candidates.  She then stated she just wanted to let me know what I was facing.

July 12, 2004

Exhibit 15

TO: MEMORANDUM FOR RECORD

SUBJECT: Director, Patient Advocate Position

The purpose of this memorandum is to document a conversation that took place between myself and Terry Ross in the presence of Michelle Spivak. I met with Michelle to inform her that I had accepted the position as Education Coordinator and was officially giving my two-week notice. I informed her at that point that I was still interested in pursuing the Director Patient Advocate Position. I also informed her that my new supervisor, Dr. Michele Pato, was aware of my intentions and would be willing to release me if I was selected for the position. Michelle called Terry Ross to meet with us in her office for me to inform her of what we had discussed. After informing her that I would like to continue to be considered for the Directors' position, she stated " Keith, as I've stated before, the other candidates are very highly qualified and it will be very difficult for you". I informed Terry I felt I did very well in the panel interview and would take my chances. She then stated "Well, the scores haven't even been tallied from the panel and there will be a follow-up interview with her and the Medical Center Director with the top candidates. This was all done in the presence of Michelle Spivak. Again, I felt this was an attempt to discourage me from pursuing the position

**Pierce, Keith B**

| | |
|---|---|
| **From:** | Pierce, Keith B |
| **Sent:** | Wednesday, August 04, 2004 10:59 AM |
| **To:** | Ross, Terry A (DC VAMC) |
| **Cc:** | Pierce, Keith B |
| **Subject:** | RE: Schedule an Interview |

August 12th @ 11:00am will be fine.

*Exhibit 16*

-----Original Message-----

| | |
|---|---|
| **From:** | Ross, Terry A (DC VAMC) |
| **Sent:** | Wednesday, July 28, 2004 3:27 PM |
| **To:** | Pierce, Keith B |
| **Subject:** | Schedule an Interview |

Keith:  I would like to schedule you for a second interview for the position of Director of Patient Advocacy Office, so you and I could talk, one-on-one, and so you could meet with Mr. Garfunkel, as well.  I am leaving this Friday for vacation, and will return Monday, August 9th.  Are you available to meet with me on Wednesday, August 11th at 9AM or on August 12th at 11AM?  Please let me know.  Thanks.

Terry Ross
Executive Officer
VA Medical Center
Washington, DC
(ph# 202-745-2253)
(FAX# 202-745-8530)

1

**Pierce, Keith B**

*Exhibit 17*

| | |
|---|---|
| **From:** | Ross, Terry A (DC VAMC) |
| **Sent:** | Wednesday, August 18, 2004 1:20 PM |
| **To:** | Pierce, Keith B |
| **Subject:** | Re: References |

Yes
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Pierce, Keith B <Keith.Pierce@med.va.gov>
To: Ross, Terry A (DC VAMC) <TARoss@med.va.gov>
Sent: Wed Aug 18 10:35:01 2004
Subject: RE: References

Terry,

This is just a follow-up to see if you recieved my voice-mail message on Monday from Mac
Robinson stating he would be available to serve as a reference.

   -----Original Message-----
From:      Ross, Terry A (DC VAMC)
Sent: Friday, August 13, 2004 10:50 AM
To:   Pierce, Keith B
Subject:   RE: References

that'll work.  Thanks.

   -----Original Message-----
From:      Pierce, Keith B
Sent: Friday, August 13, 2004 10:45 AM
To:   Ross, Terry A (DC VAMC)
Cc:   Pierce, Keith B
Subject:   References

Terry,

It was too short of notice for me to arrange for a reference call to Glen Brown, Executive
Director, SHCA, and to Mac Robinson, Vice-President Personal Membership Groups, AHA, who
could expound on my involvement with SHCA. I did, however, speak with Bill Sivley and left
a message for Earl Newsome who were my previous supervisors for a reference.  Earl's
number is (202) 273-5656 and Bill's extension here is 7027. I would like to thank you in
advance for your consideration.


Keith

1

Pierce, Keith B

| From: | Ross, Terry A (DC VAMC) |
| Sent: | Monday, August 30, 2004 2:41 PM |
| To: | Pierce, Keith B |
| Subject: | RE: Director, Patient Advocate Position |

*Exhibit 17*

We turned in the cert last week to HR for further processing. Feel free to contact HR to see where they are in the process.

Terry

-----Original Message-----
| From: | Pierce, Keith B |
| Sent: | Monday, August 30, 2004 2:35 PM |
| To: | Ross, Terry A (DC VAMC) |
| Subject: | Director, Patient Advocate Position |

Hello Terry,

I know you've been very busy with conferences and other matters, however, I am curious to know when will the selection process for the Director, Patient Advocate be completed.

Thanks

Keith B. Pierce
Education Program Coordinator
VA Medical Center
WAshington, D.C.  20422
Phone (202) 745-8655
Fax (202) 745-8623
e-mail keith.pierce@med.va.gov

1

## Pierce, Keith B

| | |
|---|---|
| From: | Ross, Terry A (DC VAMC) |
| Sent: | Monday, August 30, 2004 2:41 PM |
| To: | Pierce, Keith B |
| Subject: | RE: Director, Patient Advocate Position |

We turned in the cert last week to HR for further processing.  Feel free to contact HR to see where they are in the process.

Terry

-----Original Message-----
| | |
|---|---|
| From: | Pierce, Keith B |
| Sent: | Monday, August 30, 2004 2:35 PM |
| To: | Ross, Terry A (DC VAMC) |
| Subject: | Director, Patient Advocate Position |

Hello Terry,

I know you've been very busy with conferences and other matters, however, I am curious to know when will the selection process for the Director, Patient Advocate be completed.

Thanks

Keith B. Pierce
Education Program Coordinator
VA Medical Center
WAshington, D.C.  20422
Phone (202) 745-8655
Fax (202)745-8623
e-mail keith.pierce@med.va.gov

1

**Pierce, Keith B**                                    *Exhibit 18*

| | |
|---|---|
| **From:** | Pierce, Keith B |
| **Sent:** | Thursday, September 09, 2004 5:47 PM |
| **To:** | Houston, Lawan C; Barnette, Leacha M (DCVAMC) |
| **Cc:** | Pierce, Keith B |
| **Subject:** | RE: Director Patient Advocate Position |

Lawan,

Thank you for the information you provided. However, I still need to know who I can contact to address my concerns about the canceling of the position. I would like to know the rationale since I've applied for this position twice and it has now been cancelled on me twice.

Thanks

-----Original Message-----
| | |
|---|---|
| **From:** | Houston, Lawan C |
| **Sent:** | Thursday, September 09, 2004 1:01 PM |
| **To:** | Pierce, Keith B; Barnette, Leacha M (DCVAMC) |
| **Subject:** | RE: Director Patient Advocate Position |

Keith, My apologies for the delay in getting back to you. The position has been reposted. You do not need to reapply as you will receive automatic consideration. The position closes on September 13, 2004. If you have additional questions you may contact me or Gloria McNeill (x8199)..

-----Original Message-----
| | |
|---|---|
| **From:** | Pierce, Keith B |
| **Sent:** | Thursday, September 09, 2004 9:46 AM |
| **To:** | Barnette, Leacha M (DCVAMC); Houston, Lawan C |
| **Cc:** | Pierce, Keith B |
| **Subject:** | Director Patient Advocate Position |

Leacha and Lawan,

I'm sending this e-mail to say how disappointed I am with the selection process for this position and the lack of communication from the HR staff. As you recall, I forwarded an e-mail to the both of you per guidance of Terry Ross (the selecting official), to obtain the status of the position. A week went by without a response and it wasn't until I personally met with Leacha that I learned no action had been taken. This morning I was met in the hallway by another VAMC employee who asked if I had seen the Director Patient Advocate Position which has been re-posted on the board. As of this morning, I was still under the impression there had been no decision concerning the process. The lack of communication from both the HR staff and the selecting official concerning this process sends an unclear message. I feel as an over 30% preference veteran, I'm entitled to know why the position was re-announced, especially since I went through interviews with a panel, Terry Ross and MR. Garfunkel resulting in my placement as one of the top two(2) candidates. It would be greatly appreciated if you could please provide me with the individual(s) who should receive my formal request for the stated information.

*Keith B. Pierce*
*Education Program Coordinator*
*VA Medical Center*
*Washington, D.C.   20422*
*Phone (202) 745-8655*
*Fax (202)745-8623*
e-mail keith.pierce@med.va.gov

1

**Pierce, Keith B**

| | |
|---|---|
| From: | Ross, Terry A (DC VAMC) |
| Sent: | Tuesday, September 14, 2004 12:50 PM |
| To: | Pierce, Keith B |
| Subject: | RE: Director Patient Advocate Position |

Keith: I asked to have this reannounced to have a larger pool of individuals to have an opportunity to apply. I'm hoping that a larger pool will apply so that we may have greater comparisons of individuals. All people who previously applied will once again be considered once the cert is approved. I'm not sure what position you applied for twice, as to my knowledge, this particular position for the Director of Patient Advocate Office has been posted one time. Now we have reissued the posting. Sorry it's been such a long process.

-----Original Message-----

| | |
|---|---|
| From: | Pierce, Keith B |
| Sent: | Tuesday, September 14, 2004 10:27 AM |
| To: | Ross, Terry A (DC VAMC) |
| Cc: | Pierce, Keith B |
| Subject: | Director Patient Advocate Position |

Good morning Terry,

This is the first opportunity I had to contact you concerning the re-announcement of the Director Patient Advocate Position. I was informed by HR that my name will automatically be placed on the new list, but the fact that I've applied for this position twice and it has been cancelled twice sends an unclear message. What I would really like to know is, are you looking for someone with experience I don't posses, and if so, what am I lacking. It is very frustrating for me to continue applying for a position when the selecting official is looking for someone with particular traits or attributes.

Thanks

Keith B. Pierce
Education Program Coordinator
VA Medical Center
Washington, D.C. 20422
Phone (202) 745-8655
Fax (202) 745-8623
e-mail keith.pierce@med.va.gov

1

*Exhibit 19*

**Pierce, Keith B**

| | |
|---|---|
| **From:** | Ross, Terry A (DC VAMC) |
| **Sent:** | Monday, April 12, 2004 11:55 AM |
| **To:** | VSSC PT ADVOCATES; VHA Social Work Service Managers; VHA Public Affairs Officers |
| **Subject:** | Vacancy Announcement - Director, Patient Advocacy Office |

This is a vacancy announcement for the position of Director, Patient Advocacy Office (GS-13) at the Washington, DC VA Medical Center.

http://vaww.washington.med.va.gov/Dept/HumanRes/vacancies/MCD-04-35.doc

**Terry Ross**
**Executive Officer**
**VA Medical Center**
**Washington, DC**
**(ph# 202-745-2253)**
**(FAX# 202-745-8530)**

1

**Pierce, Keith B**

*Exhibit 20*

| | |
|---|---|
| **From:** | Barnette, Leacha M (DCVAMC) |
| **Sent:** | Wednesday, October 27, 2004 4:20 PM |
| **To:** | Pierce, Keith B; Houston, Lawan C |
| **Cc:** | McNeill, Gloria |
| **Subject:** | RE: Director Patient Advocate Position |

Hi Keith,
I apologize for just getting back to you on this. I am just getting to this along with 300 more e-mails to go. Bill Sivley is returning to his position of record on a permanent basis. Bill was on detail to Fiscal when he returned from the military and he just returned back to his position from the detail, which was his official position of record. Notification will be given to all applicants that the vacancy is counseled in the near future if this has not been done already. Sorry for the delay in getting back to you. Hope this answers your question.
Leacha

-----Original Message-----
**From:**  Pierce, Keith B
**Sent:**  Thursday, October 21, 2004 3:03 PM
**To:**  Barnette, Leacha M (DCVAMC); Houston, Lawan C
**Cc:**  Pierce, Keith B
**Subject:**  Director Patient Advocate Position

Leacha and Lawan,

Again, I find myself in a position of asking for the status of the Director Patient Advocate Position. On 9/09/04, I spoke with Lawan who informed me the position would be reposted and I would automatically be reconsidered. I followed up with Terry Ross on 9/14/04 inquiring why the position was cancelled and reannounced. She stated it was to get a larger pool of candidates. I have recently learn Bill Sivley has been placed in the position. I guess my question is (1) has Bill been detailed into the position until a selection is made or (2) has Bill been selected for the position. It should be noted I've never received any formal correspondence from HR concerning the canceling or the reannouncement of the position. I feel I have a right to know what is going on with this position because it has become very tiring and stressful, and I would like to bring closure once and for all.


*Keith B. Pierce*
*Education Program Coordinator*
*VA Medical Center*
*Washington, D.C.  20422*
*Phone (202) 745-8655*
*Fax (202)745-8623*
e-mail keith.pierce@med.va.gov

1

**Pierce, Keith B**

| | |
|---|---|
| From: | Spivak, Michelle B |
| Sent: | Tuesday, November 09, 2004 9:39 AM |
| To: | VHAWASEXC |
| Subject: | Irving Street Journal, Tuesday, Nov. 9, 2004 |

**Irving Street Journal**
**Tuesday, November 9, 2004**

Forty-eight million men and women have worn our nation's uniform.  From the American Revolution to Operation Iraqi Freedom, these patriots helped preserve what we enjoy every day - the American way of life.  This Veterans Day, take the time to thank veterans for their service, especially our newest veterans who served in OEF (Operation Enduring Freedom) in Afghanistan and OIF (Operation Iraqi Freedom) in Iraq.  These men and women have sacrificed much to answer duty's call.  Encourage them to take advantage of the benefits they so richly deserve.

**News and Events**
1. Calendar
2. Noon Lectures
3. Visit the Kiosk This Week
4. Staff Changes
5. Voluntary Leave Transfers
6. Diabetes Information
7. Former Oriole, Al Bumbry, to Visit
8. Parking Garage Closure
9. November Satellite Broadcasts
10. Support the CFC
11. Flu Campaign News
12. Safety Tip
13. Employee Association Annual Fruit Sale
14. Your Compliance Connection

**Calendar**
November is…
American Diabetes Month
Diabetic Eye Disease Awareness Month
National AIDS Awareness Month
National Alzheimer's Disease Month
National Epilepsy Awareness Month
National Hospice Month
National Lung Cancer Awareness Month
National Marrow Awareness Month
Native American Indian Heritage Month

| | |
|---|---|
| Nov 9 | Vietnam Veterans Memorial Statue (1984) |
| Nov 10 | US Marine Corp established (1775) |
| Nov 11 | Veterans Day |
| Nov 13 | Fall of Kabul, Afghanistan (2001) |
| Nov 14-20 | Bladder Health Week |
| Nov 14-20 | Perioperative Nurse Week |
| Nov 15 | America Recycles Day |

1

```
Nov 18          Great American Smokeout
Nov 20          Suicide Awareness and Memorial Day
Nov 21-27 GERD (Gastroesophageal Reflux Disease) Awareness Week
Nov 22    JFK Assassination (1963)
Nov 25    Thanksgiving Day
Nov 30    Computer Security Day
```

**2. Noon Lecture**
Tuesday, November 9, 2004
Topic: Oncology - Colorectal Cancer
Speaker: Dr. Wadley

Wednesday, November 10, 2004
Topic: Dermatology Grand Rounds
Speaker: Dr. Cohen

All lectures are held in the 4th floor auditorium.

**3. Visit the Kiosk This Week**
Come by the glass kiosk in the atrium and see the many wonderful "thank yous" from the children of Shaed Elementary School.  They received many school supplies from employees of DCVAMC as a result of our "Back to School" campaign and are very appreciative.  Thanks to everyone who participated.

**4. Staff Changes**
Mr. Bill Sivley has taken over the position of Lead Patient Advocate.  All issues pertaining to the Office of Patient Advocacy should be directed to Bill at extension 5787.

**5. Voluntary Leave Transfer**
Clarice Wiggins of Geriatrics, Extended Care has been approved for the voluntary leave transfer program.  Her point of contact is Deborah Lee extension 7711.

**6. Diabetes Information**
Tips on Living Well with Diabetes:
- Eat about the same amount of food at each meal and snack.
- Eat meals at about the same time every day.
- Try to exercise most days of the week.
- Learn how to count the grams of carbohydrates in the foods you eat.
- Eat high fiber foods, such as vegetables, fruits, whole grains and beans.
- Use the percent Daily Value on food labels to compare products and choose those lowest in saturated fat, total fat, cholesterol, and sodium.
- If craving sweets, try fresh fruity, sugar free gelatin or sugar free popsicles.
- Use smaller portions if trying to lose weight.
- See a dietitian for a personalized meal plan.

**7. Al Bumbry to Visit DCVAMC**