## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE** | : | |
| | : | |
| | : | |
| Plaintiff | : | **Civil Action No.** 05-01989 (RMU) |
| v. | : | |
| | : | |
| | : | |
| **R. JAMES NICHOLSON, Secretary,** ) | | |
| **U.S. Department. of Veterans' Affairs, .,** | : | |
| | : | |
| | : | |
| Defendants | : | |

## **ORDER**

Upon consideration of DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERMNATIVE MOTION FOR SUMMARY JUDGMENT, any Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007,

ORDERED, that DEFENDANT'S Motion is hereby DENIED.

_____
United States District Court Judge