1

```
 1  WASHINGTON, D. C.:
 2             VETERANS ADMINISTRATION
 3          OFFICE OF RESOLUTION MANAGEMENT
 4  -------------------------------X
 5  KEITH PIERCE,                  :
 6          Complainant,           :
 7                                 :
 8          vs.                    : Case Number:2004-0688
 9  VA MEDICAL CENTER,             : 2005100735
10  WASHINGTON, D.C.,              :
11          AGENCY,                :
12  -------------------------------X
13                      Wednesday, June 1, 2005
14                      Washington, D.C. 20420
15      The deposition of, SANFORD M. GARFUNKEL, witness,
16  was called for examination by the EEO Investigator,
17  pursuant to notice, from the office Ms. Gwendolyn Gantt,
18  EEO Investigator, Department of Veterans Affairs, 1575 I
19  Street, Northwest, 10th Floor, Washington, D. C. 20420,
20  before Sharon L. Banks, Notary, Certified Court &
21  Conference Reporter, commencing at 9:00 o'clock a.m.,
22  when were present on behalf of the respective parties:
23
```



SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

7

1 couple years.
2      Q         Tell me what you know about the
3 selection process, whether or not there were interviews
4 conducted?
5      A         Yes, sure.  I guess I have to
6 say that I am not sure I could tell you the exact
7 sequence or even understand under which announcement Mr.
8 Pierce is actually filing the complaint, but I know we
9 did announce the job once and to the best of my
10 knowledge, he was the only applicant and we decided as we
11 would often do with only one applicant that we would go
12 back out and try to get more applicants.
13          And we did that and we had a number of
14 applicants, I want to say as many as 6 and a group
15 interview done and it came down to two, Mr. Pierce and
16 another lady, whose name I don't remember and we actually
17 -- I interviewed both.
18          I will tell you and I guess I -- do you want me
19 to go into a little bit of detail about it or --
20     Q         Sure.  Tell me.
21     A         I will be very honest about it.
22 I know from being here now for ten years that people in
23 the medical center who have worked with Keith to be



SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

                                                                10
1        Since you indicated that you -- this complainant
2   has had difficulty getting along with other staff
3   members --
4        A         I am sorry.  I did not mean to
5   say getting along with them.  I guess what I am saying
6   is that in the past, his supervisors have not felt he was
7   an outstanding employee.
8        Q         I am just paraphrasing to make
9   sure I understand.  So thank you for correcting that.
10       Since you had that reservation about the
11  complainant, why is it that you did not interview him on
12  the other occasion when his name showed up on the cert?
13       A         Let me go through it again.  His
14  name showed up as best I remember on the cert the first
15  time.  He was the only candidate.
16       Q         All right.
17       A         I don't remember specifically what
18  happened.  I imagine that Terry or who ever came to me
19  and said we only have one candidate, it is Keith, so we'd
20  really like to go back out and see if we can get more
21  candidates because Keith probably is not the guy we want
22  and we certainly want more choices and so we went out.
23       I am not sure, even sure if I was involved with

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

11

1  that tell you the truth; I may have been. But again, he
2  was the only name and being the only name we felt, they
3  felt they wanted more choices, that he was not the guy we
4  really wanted for the job because of -- his record has
5  not been an outstanding record. So we went out back.
6  The first announcement was probably a local announcement
7  and the 2nd announcement -- and by the way, I guess the
8  other thing and you will have to check on this, I am not
9  even sure he was qualified on the first announcement
10 because I think the first announcement -- and that may
11 have been why, also why we went out and someone will have
12 to check. I am pretty sure he was the only candidate,
13 but in all likelihood he was not even qualified because
14 it was an internal merit promotion announcement for a 13
15 and he was an 11. So that may have been the other
16 reason why we went out. The main reason we went out is
17 he was the only applicant, but he was not even qualified
18 for that job.
19     Q           Just for clarification, the
20 announcement that we are speaking of today, the
21 re-announcement position, that position no one was
22 interviewed because you rehired the person that was
23 previously in the job?

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

```
                                                              12
 1      A              Well, I don't know.  Are you
 2 talking about the third announcement today?
 3      Q              Well, I don't know the sequence.
 4      A              Well, I don't know either.  I
 5 mean I know the sequence, but I don't know what he filed
 6 for.  If he filed for -- I just don't know.  If he filed
 7 for the third announcement, we never interviewed anybody.
 8 We cancelled the announcement and put Bill Sivley back in
 9 the job.
10      Q              The allegation is that the
11 complainant was not selected for the reannounced position
12 of program specialist, lead patient advocate.
13      A              Right.  Well, it was reannounced
14 twice.  So I don't know if his complaint is about the
15 first time it was reannounced or the 2nd time it was
16 reannounced.
17      Q              Do you know approximately when
18 these 2 positions were announced?
19      A              No.
20      Q              Okay.
21      A              I mean it is a matter of record.
22 I mean HR will know exactly when.
23      Q              When you interviewed the
```

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

13

1  complainant and the other -- the lady that you spoke of,
2  were they both asked the same questions?
3      A       Yes, I am sure they were, but I
4  have to tell you I don't have my documentation, but as a
5  rule, I try to give performance based interviews and have
6  the questions and ask the people the same questions.
7  Obviously, there may be a little different tilt when you
8  interview an internal candidate who has worked in that
9  area than interviewing somebody who is from another
10 medical center and does not know this medical center.
11         So maybe some of the informal questions may have
12 been a little different, but I always try to have a list
13 of performance based questions based on the core
14 competencies and ask people the same set of questions.
15     Q       Why do you believe the selectee
16 was better qualified for the position than the
17 complainant?  You have probably already answered that.
18     A       I don't know.  From what I recall
19 the one we were selecting -- are you talking about Bill
20 Sivley or are you talking about the woman who we offered
21 the job to?
22     Q       I guess we should talk about both.
23     A       In the case of Bill Sivley, he had

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922