IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE** | : | |
| | : | |
| | : | |
| Plaintiff | : | **Civil Action No.** 05-01989 (RMU) |
| v. | : | |
| | : | |
| | : | |
| **R. JAMES NICHOLSON, Secretary,** ) | | |
| **U.S. Department. of Veterans' Affairs, .,** | : | |
| | : | |
| | : | |
| Defendants | : | |

## ORDER

Upon consideration of Plaintiff's Answer to the Show Cause Order and in the interests of justice, it is this _____ day of _____, 2007,

ORDERED, that the Show Cause Order is DISCHARGED.

_____
United States District Court Judge