UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-1989 (RMU/DAR) |
| ) | |
| v. ) | |
| ) | |
| R. JAMES NICHOLSON, ) | |
| Secretary, U.S. Department of ) | |
| Veteran's Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S REPLY BRIEF**

Defendant, by counsel, moves for a fifteen day extension of time to file its reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment. The Court should grant this motion for the following reasons:

1. Under an order entered by this Court on March 1, 2007, defendant's reply in support of its dispositive motion is due on or before May 23, 2007. Under that same order, plaintiff's opposition to defendant's dispositive motion was due on or before May 9, 2007.

2. On May 10, 2007, this Court granted in part and denied in part plaintiff's motion for leave to late file its opposition to defendant's dispositive motion, allowing plaintiff to file its opposition on or before May 14, 2007.

3. Defendant initially requests that it be given an additional five days to prepare its reply to plaintiff's opposition, thus allowing defendant the full two weeks it would have had if plaintiff had filed its opposition on May 9, 2007. This additional five days would result in defendant's

reply being due on May 29, 2007.

4. Defendant also asks for another seven business days to file its reply, making its due date June 7, 2007. Defendant requests this additional enlargement of time because undersigned counsel has previously scheduled plans to be out of town for four days surrounding the upcoming Memorial Day weekend. In addition, undersigned counsel is the Civil Division attorney on "TRO duty" the week of May 29 through June 1, 2007, and likely will be asked to handle emergency matters that will prevent his completion of the reply brief in this case.

5. The requested enlargement essentially provides defendant with the time it would have had if plaintiff's opposition were filed on the initial due date, along with additional days accounting for undersigned counsel's previously scheduled leave and TRO duty.

6. Granting the requested enlargement would be in the interests of justice.

7. Undersigned counsel has spoken to plaintiff's counsel regarding the requested enlargement, and plaintiff's counsel has provided plaintiff's consent to the requested enlargement of time. In the gracious words of plaintiff's counsel, "Mr. Shoaibi, you and I are okay forever."

WHEREFORE, for the above stated reasons, defendant, by counsel, moves that deadline for the filing of defendant's reply be extended fifteen days, and that defendant's reply is now due on June 7, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

      I hereby certify that on this __17th__ day of May, 2007, I caused the foregoing Motion for Extension of Time to File Defendant's reply to be served on plaintiff's counsel through the electronic filing system.

                                          /s/
                                  ALEXANDER D. SHOAIBI
                                Assistant United States Attorney

Case 1:05-cv-01989-RMU     Document 35     Filed 05/17/2007     Page 5 of 5