UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-1989 (RMU/DAR) |
| | ) | |
| v. | ) | |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| Secretary, U.S. Department of | ) | |
| Veteran's Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file defendant's reply in opposition to plaintiff's opposition to defendant's dispositive motion, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant's reply is now due on or before June 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007