# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-1989 (RMU/DAR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| **Secretary, U.S. Department of** | ) | |
| **Veteran's Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

## <u>CONSENT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE DEFENDANT'S REPLY BRIEF</u>

Defendant, by counsel, moves for a one day extension of time to file its reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment. The Court should grant this motion for the following reasons:

1. Presently, defendant's reply to defendant's motion to dismiss or, in the alternative, motion for summary judgment, is due to be filed on or before Thursday June 7, 2007.

2. Undersigned counsel has a conflict on the afternoon of June 7, 2007 that will prevent him from being in the office at that time.  Although undersigned counsel is diligently working on defendant's reply brief, he believes it is possible he will not have it completed in time to go through the review process in the Civil Division of the U.S. Attorney's Office before he has to leave work on the afternoon of June 7, 2007.

3. In anticipation of a problem in meeting the present filing deadline, and in order to comply with this Court's policy regarding filing motions for extension of time four days in

advance of the scheduled filing date, defendant moves for a one day extension of time to file

defendant's reply, making it due on Friday June 8 instead of Thursday June 7, 2007.

4. The granting of this one day extension of time would be in the interests of justice, and

would not result in any prejudice to plaintiff.

5. Counsel for plaintiff has informed undersigned counsel that he does not oppose this

motion for a one day extension of time to file the reply in this case.

WHEREFORE, for the above stated reasons, defendant, by counsel, moves that deadline

for the filing of defendant's reply be extended one day, and that defendant's reply is now due on

June 8, 2007.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

_____

## CERTIFICATE OF SERVICE

     I hereby certify that on this  4th  day of June, 2007, I caused the foregoing Consent Motion for Extension of Time to File Defendant's reply to be served on plaintiff's counsel through the electronic filing system.

                                    /s/  _____
                                    ALEXANDER D. SHOAIBI
                                  Assistant United States Attorney