UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,**<br><br>  Plaintiff,<br><br>v.<br><br>**R. JAMES NICHOLSON,**<br>Secretary, U.S. Department of<br>Veteran's Affairs,<br><br>  Defendant. | )<br>)<br>)  C.A. No.: 05-1989 (RMU/DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for one day extension of time to file defendant's reply in opposition to plaintiff's opposition to defendant's dispositive motion, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant's reply is now due on or before June 8, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007