Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SIVLEY, WILLIAM P | | | 02-29-2004 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 292 | RETURN TO DUTY |
| 5-C Code | 5-D. Legal Authority |
| 43A | 5 CFR. PART 353 |
| 5-E Code | 5-F Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E Code | 6-F Legal Authority |
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
PROGRAM SPECIALIST
096E00

| 16 Pay Plan | 17 Occ. Code | 18 Grade/Level | 19 Step/Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 13 | 04 | $79,319 | PA |

| 20A. Basic Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $65,196 | $10,123 | $79,319 | $0 |

22. Name and Location of Position's Organization

VA MEDICAL CENTER
OFFICE OF DIRECTOR
WASHINGTON      DC

### EMPLOYEE DATA

| 23 Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None, 2 - 5-Point, 3 - 10-Point/Disability, 4 - 10-Point/Compensable, 5 - 10-Point/Other, 6 - 10-Point/Compensable/30% | 0 - None, 1 - Permanent, 2 - Conditional, 3 - Indefinite | | YES / NO |
| 1 | 1 | | X NO |

| 27 FEGLI | 28. Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| C0 BASIC LIFE ONLY | 9 NOT APPLICABLE | C |

| 30 Retirement Plan | 31 Service Comp Date (Leave) | 32 Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FICA | 12-10-92 | F FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36 Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service, 2 - Excepted Service, 3 - SES General, 4 - SES Career Reserved | E - Exempt, N - Nonexempt | | |
| 1 | E | 6401.2500 | 8888 |

| 38 Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON     DC |

| 40. AGENCY DATA | 41 | 42 | 43 | 44 |
|---|---|---|---|---|

45 Remarks

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%.

GOVERNMENT EXHIBIT
1

| Employing Department or Agency | 50 Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | |
| Agency Code | 48. Personnel Office ID | 49 Approval Date |
| VA | | 2400 |

HUMAN RESOURCES OFFICER

Part 50-316

2 - OPF Copy – Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238