Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SIVLEY, WILLIAM M | | | 03-09-2003 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action | | |
|---|---|---|---|
| 473 | LWOP-US NTE | | 01-16-04 |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| Q3K | 5 CFR, PART 353 |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PROGRAM SPECIALIST CS6800 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 03 | $73,659 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $65,335 | $8,324 | $73,659 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VA MEDICAL CENTER<br>OFFICE OF DIRECTOR<br>WASHINGTON    DC | |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5-Point  3-10-Point/Disability  4-10-Point/Compensable  5-10-Point/Other  6-10-Point/Compensable/30% | 1 — 0-None 1-Permanent 2-Conditional 3-Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC LIFE ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | 12-10-92 | F FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service 2-Excepted Service 3-SES General 4-SES Career Reserved | E — E-Exempt N-Nonexempt | 8401.2500 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

"CORRECT ITEMS(S)" 12B. LOCALITY ADJ.; 12C. ADJ. BASIC PAY; 12. TOTAL SALARY; 20B. LOCALITY ADJ.; 20C. ADJ. BASIC PAY; AND 20. TOTAL SALARY/AWARD

LOCALITY PAY ADJUSTED DUE TO EXECUTIVE ORDER 13291, DATED MARCH 21, 2003



GOVERNMENT EXHIBIT 2

| 6. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | J. PISTONE / HUMAN RESOURCES OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VA 36 | 1468 | 03-24-2003 |

Part  50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

635 66c

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SIVLEY, WILLIAM M | | | 05-04-2003 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 893 | WITHIN-GRADE INCREASE |
| 5-C. Code | 5-D. Legal Authority |
| Q7M | REG. 531.404 |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PROGRAM SPECIALIST | PROGRAM SPECIALIST |
| 096600 | 096600 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 03 | $73,659 | PA | GS | 0301 | 13 | 04 | $75,961 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $65,335 | $8,324 | $73,659 | $0 | | | $67,377 | $8,584 | $75,961 | $0 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VA MEDICAL CENTER<br>OFFICE OF DIRECTOR<br>WASHINGTON    DC | VA MEDICAL CENTER<br>OFFICE OF DIRECTOR<br>WASHINGTON    DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>     2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1   0 - None  2 - Conditional<br>    1 - Permanent  3 - Indefinite | | YES  [X] NO |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| C0  BASIC LIFE ONLY | 9   NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| K   FERS & FICA | 12-10-92 | F   FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service  3 - SES General<br>    2 - Excepted Service  4 - SES Career Reserved | E   E - Exempt<br>    N - Nonexempt | 8401.2500 | 8888 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON    DC | | |
| 40. AGENCY DATA | 41. | 42. | 43. | 44. |

45. Remarks

EFFECTIVE DATE ADJUSTED DUE TO EXCESS TIME IN NONPAY STATUS
OF *        HOURS/DAYS.

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | J. PISMONER |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| VA TA | 1465 | 05-02-2003 | HUMAN RESOURCES OFFICER |

Part 50-316        2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

686 685

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SIVLEY, WILLIAM M | | | 11-02-2003 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action | |
|---|---|---|
| 473 | LWOP-US NTE | 01-12-04 |
| 5-C. Code | 5-D. Legal Authority | |
| Q3K | 5 CFR, PART 353 | |
| 5-E. Code | 5-F. Legal Authority | |
| ZJH | OPERATION ENDURING FREEDOM | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
PROGRAM SPECIALIST
096800

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 04 | $75,961 | PA | | | | | | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $67,377 | $8,584 | $75,961 | $0 | | | | | | | | |

14. Name and Location of Position's Organization

VA MEDICAL CENTER
OFFICE OF DIRECTOR
WASHINGTON   DC

22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference: 1
  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other
  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%

24. Tenure: 1
  0 - None  2 - Conditional
  1 - Permanent  3 - Indefinite

25. Agency Use

26. Veterans Preference for RIF: YES [X] NO

27. FEGLI: C0 BASIC LIFE ONLY

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: K  FERS & FICA

31. Service Comp. Date (Leave): 12-10-92

32. Work Schedule: F FULL-TIME

33. Part-Time Hours Per Biweekly Pay Period

## POSITION DATA

34. Position Occupied: 1
  1 - Competitive Service  3 - SES General
  2 - Excepted Service  4 - SES Career Reserved

35. FLSA Category: E
  E - Exempt  N - Nonexempt

36. Appropriation Code: 8401.2500

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): WASHINGTON   DC

40. AGENCY DATA | 41. | 42. | 43. | 44.

45. Remarks:
SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

Employing Department or Agency
DEPARTMENT OF VETERANS AFFAIRS

| Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VA IA | 1458 | 11-02-2003 |

50. Signature/Authentication and Title of Approving Official
HUMAN RESOURCES OFFICER

Part 50-316

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93

U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SIVLEY, WILLIAM M | | | 01-11-2004 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 894 | PAY ADJUSTMENT |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| QWM | REG. 531.205 |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| ZLM | E.O. 13332 DTD MARCH 3, 2004 |

**7. FROM: Position Title and Number**
PROGRAM SPECIALIST
096800

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 13 | 04 | $75,961 | PA |

| 12A. Base Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $67,377 | $8,584 | $75,961 | $0 |

**14. Name and Location of Position's Organization**
VA MEDICAL CENTER
OFFICE OF DIRECTOR
WASHINGTON   DC

**15. TO: Position Title and Number**
PROGRAM SPECIALIST
096800

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 13 | 04 | $79,319 | PA |

| 20A. Base Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $69,196 | $10,123 | $79,319 | $0 |

**22. Name and Location of Position's Organization**
VA MEDICAL CENTER
OFFICE OF DIRECTOR
WASHINGTON   DC

## EMPLOYEE DATA

**23. Veterans Preference:** 1 – None
1 - None
2 - 5-Point
3 – 10-Point/Disability
4 – 10-Point/Compensable
5 – 10-Point/Other
6 – 10-Point/Compensable/30%

**24. Tenure:** 1
0 – None
1 – Permanent
2 – Conditional
3 – Indefinite

**25. Agency Use:**

**26. Veterans Preference for RIF:** NO

**27. FEGLI:** C0 BASIC LIFE ONLY

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** K FERS & FICA

**31. Service Comp. Date (Leave):** 12-10-92

**32. Work Schedule:** F FULL-TIME

**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 1
1 – Competitive Service
2 – Excepted Service
3 – SES General
4 – SES Career Reserved

**35. FLSA Category:** E Exempt

**36. Appropriation Code:** 8401.2500

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 11-0010-001

**39. Duty Station (City – County – State or Overseas Location):** WASHINGTON   DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks:**

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%.

CORRECTS ITEMS:

20. TOTAL SALARY/AWARD; 20A. BASIC PAY; 20B. LOCALITY ADJ.; AND 20C. ADJ. BASIC PAY.

PAY CORRECTED DUE TO EXECUTIVE ORDER 13332, DATED MARCH 3, 2004.

**Employing Department or Agency:** DEPARTMENT OF VETERANS AFFAIRS

**Agency Code:** VA
**48. Personnel Office ID:** 1468
**49. Approval Date:** 03-19-2004

**50. Signature/Authentication and Title of Approving Official:** HUMAN RESOURCES OFFICER

50-316

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238