1

1 WASHINGTON, D. C.:

2              VETERANS ADMINISTRATION

3         OFFICE OF RESOLUTION MANAGEMENT

4 ------------------------------X

5 KEITH PIERCE,                 :

6         Complainant,          :

7                               :

8         vs.                   : Case Number:2004-0688

9 VA MEDICAL CENTER,            : 2005100735

10 WASHINGTON, D.C.,            :

11         AGENCY,               :

12 ------------------------------X

13              Wednesday, June 1, 2005

14              Washington, D.C. 20420

15      The deposition of, SANFORD M. GARFUNKEL, witness,
16 was called for examination by the EEO Investigator,
17 pursuant to notice, from the office Ms. Gwendolyn Gantt,
18 EEO Investigator, Department of Veterans Affairs, 1575 I
19 Street, Northwest, 10th Floor, Washington, D. C. 20420,
20 before Sharon L. Banks, Notary, Certified Court &
21 Conference Reporter, commencing at 9:00 o'clock a.m.,
22 when were present on behalf of the respective parties:
23

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

B4

9

1 else. So we put him in the fiscal service. Any way by
2 the time we announced it the 3rd time, he had indicated
3 well, he would really like to go back being the patient
4 advocate. The -- money is a tight issue here and you
5 know we had put him in fiscal, but it was -- certainly we
6 would have preferred that he be back as the patient
7 advocate so we put him back there.
8      Q          Mr. Garfunkel it sounds like the
9 -- I want to make sure I understand that the announcement
10 was announced 3 times?
11     A          I believe it was. I mean
12 obviously that is a matter of record and -- but I believe
13 it was announced 3 times.
14     Q          Was the complainant on the cert
15 all 3 times or the times that you remember that it was --
16     A          The third time we never got to a
17 cert. We cancelled the announcement before it even
18 closed. I believe the first two times he was, yes.
19     Q          Did you interview him twice? I
20 know you talked about the one interview. Did you
21 interview him on the other?
22     A          Just once.
23     Q          Just once. All right.

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

                                                                10

1         Since you indicated that you -- this complainant
2    has had difficulty getting along with other staff
3    members --
4         A         I am sorry.  I did not mean to
5    say getting along with them.  I guess what I am saying
6    is that in the past, his supervisors have not felt he was
7    an outstanding employee.
8         Q         I am just paraphrasing to make
9    sure I understand.  So thank you for correcting that.
10        Since you had that reservation about the
11   complainant, why is it that you did not interview him on
12   the other occasion when his name showed up on the cert?
13        A         Let me go through it again.  His
14   name showed up as best I remember on the cert the first
15   time.  He was the only candidate.
16        Q         All right.
17        A         I don't remember specifically what
18   happened.  I imagine that Terry or who ever came to me
19   and said we only have one candidate, it is Keith, so we'd
20   really like to go back out and see if we can get more
21   candidates because Keith probably is not the guy we want
22   and we certainly want more choices and so we went out.
23        I am not sure, even sure if I was involved with

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922

                                                                11

1  that tell you the truth; I may have been. But again, he
2  was the only name and being the only name we felt, they
3  felt they wanted more choices, that he was not the guy we
4  really wanted for the job because of -- his record has
5  not been an outstanding record. So we went out back.
6  The first announcement was probably a local announcement
7  and the 2nd announcement -- and by the way, I guess the
8  other thing and you will have to check on this, I am not
9  even sure he was qualified on the first announcement
10 because I think the first announcement -- and that may
11 have been why, also why we went out and someone will have
12 to check. I am pretty sure he was the only candidate,
13 but in all likelihood he was not even qualified because
14 it was an internal merit promotion announcement for a 13
15 and he was an 11. So that may have been the other
16 reason why we went out. The main reason we went out is
17 he was the only applicant, but he was not even qualified
18 for that job.
19      Q          Just for clarification, the
20 announcement that we are speaking of today; the
21 re-announcement position, that position no one was
22 interviewed because you rehired the person that was
23 previously in the job?

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland 20744
(301) 372-6922

1   Q       Over the past 2 years have you
2 selected any employees within your facility with
3 disabilities?
4   A       Of course.
5   Q       Have you selected employees over
6 the age of 40?
7   A       Yes.
8   Q       Have you selected employees other
9 than the race of African American?
10  A       Say that again, please.
11  Q       Have you selected any candidates
12 over the age of 40?
13  A       Yes.
14  Q       And have you selected any
15 candidates of any race other than African American?
16  A       Yes.
17  Q       That concludes our interview.
18 Did you have anything else that you wished to add to your
19 testimony?
20  A       No, I do not.
21  Q       Mr. Garfunkel, I do appreciate
22 you taking time out to give testimony in this complaint
23 today.

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922