1

```
                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
     ----------------------------------x
                                       :
     KEITH PIERCE                       :
                                       :
                 Plaintiff              :
                                       :
        v.                              :   Civil Action No.
                                       :
     R. JAMES NICHOLSON, Secretary,     :   05-1989 (RMU)
                                       :
     U.S. Department of Veterans        :
                                       :
     Affairs                            :
                                       :
                 Defendant              :
                                       :
     ----------------------------------x
             30(b)(6) Deposition of SANFORD GARFUNKEL
                        Washington, D.C.
                   Wednesday, January 17, 2007
                           11:30 a.m.
     Job No: 1-95097
     Pages 1 - 38
     Reported by:  Donna Q. Buckhaults
```

COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF SANFORD GARFUNKEL
CONDUCTED ON WEDNESDAY, JANUARY 17, 2007

8

1  person and the next person we're going to take a
2  deposition of as a result of those conversations.
3       MR. SHOAIBI:  I want to clarify your
4  question.  The question is, the three positions
5  that he applied for with regard to this lawsuit?
6       MR. BELL:  That's correct.
7       MR. SHOAIBI:  Go ahead.
8     A.   What's the question?
9       MR. BELL:  Can you read back the question?
10      (Record read by reporter as follows:
11 Question:  Did you take any role whatsoever in the
12 selection of the positions that my client applied
13 for?)
14    A.   I did at some point interview Mr. Pierce.
15    Q.   And why was Mr. Pierce interviewed?
16    A.   He was a candidate for the job.
17    Q.   Did you ask Mr. Pierce the same questions
18 that you asked the other interviewees?
19    A.   I'm sure I did.  I don't recall.  You know,
20 I don't recall.  I generally do because it's good form
21 to do that.  In Mr. Pierce's case he was an inside
22 candidate, the other was an outside candidate, so I

DEPOSITION OF SANFORD GARFUNKEL
CONDUCTED ON WEDNESDAY, JANUARY 17, 2007

9

1  might have asked a little bit different because he was
2  familiar with how that section worked and how the
3  hospital worked.  But I generally try to ask the same
4  questions.
5       Q.  You said he was more familiar with how the
6  hospital worked.  Can you explain what you mean by
7  that?
8       A.  Well, if I'm interviewing -- take this case.
9  I'm interviewing somebody from outside the Medical
10 Center, so I'm not going to say to them -- and I don't
11 remember what I asked Mr. Pierce, but I'm not going to
12 say to them how do you think our patient advocacy
13 program is working because they would have no idea if
14 they don't work here.  I might say to Mr. Pierce how
15 do you think our patient advocacy program is working
16 because he's a patient advocate at that time.
17      Q.  How could you evaluate them both equally if
18 you're not asking them the same questions?
19      A.  When I interview somebody, I'm trying to get
20 an idea of what they would do if they were in the
21 position, how they would function, whether I think
22 they would be successful or not.  When somebody has a

DEPOSITION OF SANFORD GARFUNKEL
CONDUCTED ON WEDNESDAY, JANUARY 17, 2007

13

1   you took over the program next month, how would you
2   approach it, the same question I asked Mr. Pierce.
3       Q.  Hadn't Mr. Pierce served in an acting
4   capacity in that position?
5       A.  I don't remember if he had, to tell you the
6   truth.  I don't remember.
7       Q.  Wouldn't the best way to judge whether or
8   not he could be successful in that program would be to
9   look at how he did in the program when he was in the
10  acting position?
11      A.  Well, that wasn't -- again, I wasn't the
12  selecting official.  I was interviewing the candidates
13  and I was asking them questions and getting their
14  answers.
15      Q.  Did you even consider the fact that he had
16  been in the acting position in that capacity?
17      A.  I wasn't the selecting official.
18      Q.  But you stated under oath already that you
19  believe this other person was the best candidate --
20      A.  Right.
21      Q.  -- based on what she told you and how she
22  answered your questions; is that correct?

DEPOSITION OF SANFORD GARFUNKEL
CONDUCTED ON WEDNESDAY, JANUARY 17, 2007

14

1  A.  Yes. But again, number one, I wasn't the
2 selecting official.
3      Number two, the person who oversaw that
4 program felt that Mr. Pierce in his acting role maybe
5 wasn't the best candidate for the program, so she made
6 the selection.
7  Q.  What I'm trying to find out is you in your
8 consideration because you just testified you believe
9 this person was the best based on the fact that she
10 answered the questions you asked which you've admitted
11 were different than Mr. Pierce's. Am I correct?
12  A.  Well, they were somewhat modified, I'm sure.
13 But the example I just gave you, you know, which was
14 the key question, what would you do if you took over,
15 was the same. I would expect to get a good answer to
16 a question like that.
17  Q.  What I'm asking you, and I'm trying to be
18 real specific about this, in your evaluation of the
19 candidates, did you consider his tenure in the acting
20 position?
21  A.  I don't remember.
22      MR. SHOAIBI: He's already answered the

DEPOSITION OF SANFORD GARFUNKEL
CONDUCTED ON WEDNESDAY, JANUARY 17, 2007

15

1   question.
2       A.   I don't remember, and it wasn't -- I mean I
3   was interviewing the candidates.
4       MR. SHOAIBI:   You've already answered the
5   question.
6       MR. BELL:   Excuse me.   The only objections
7   you can make is objection to the form.   You
8   cannot make speaking objections.   In the event
9   you continue to make speaking objections because
10  I've let them go a couple of times, we can
11  discontinue this and we can file a motion with
12  the Court, if you want, and if you won't comply
13  with the rules.
14      MR. SHOAIBI:   I'll continue to object as
15  I've objected in depositions for twenty years as
16  a lawyer.   And if you want to call the Court, I'm
17  happy to participate in that phone call.   But,
18  you know, all I said was simply asked and
19  answered, go on.
20  BY MR. BELL:
21      Q.   Who was the selecting official?
22      A.   Terry Ross.