# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEITH PIERCE** : | |
| : | |
| : | Case No: 05-01989 (RMU) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **R. JAMES NICHOLSON** : | |
| : | |
| : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment for Newly Discovered Evidence, any Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007,

ORDERED, that Plaintiff's Motion is hereby GRANTED.

_____
United States District Court Judge