## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-1989 (RMU/DAR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| **Secretary, U.S. Department of** | ) | |
| **Veteran's Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

### FIRST MOTION FOR EXTENSION OF TIME TO FILE
### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendant, by counsel, moves for a three week extension of time to file its Opposition to Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence. The Court should grant this motion for the following reasons:

1. Since receipt of Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence, undersigned counsel has been working on discovery, motions and settlement negotiations in numerous other cases, which have prevented him from being able to prepare Defendant's opposition to Plaintiff's motion.

2. Undersigned counsel also is responsible for preparing two substantive dispositive motions prior to Thanksgiving (November 22, 2007), at which time he has previously scheduled plans to be out of town for four days.  Upon his return to the office, undersigned counsel has

several witness conferences and depositions scheduled through the week of November 26, 2007.

3.  Because of the above responsibilities and travel schedule, Defendant requests three additional weeks from the initial deadline of November 16, 2007 in which to prepare and file Defendant's opposition to Plaintiff's recent motion.

4.  Undersigned counsel left a voice mail message for Plaintiff's counsel to obtain his position on this motion for enlargement of time, but has not heard back from Plaintiff's counsel at the time of filing this motion.

5.  With the Veteran's day holiday taking place on Monday November 12, 2007, Defendant is filing this motion for enlargement of time on Friday November 9, 2007 in order to comply with the Court's requirement that such motions be filed four business days in advance.

6.  Granting the requested motion would be in the interests of justice and would not unduly prejudice Plaintiff.

WHEREFORE, for the above stated reasons, Defendant, by counsel, moves that deadline for the filing of Defendant's Opposition to Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence be extended for three weeks, and that Defendant's Opposition is now due on December 7, 2007.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

2

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

_____

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this  9th  day of November, 2007, I caused the foregoing Motion for Extension of Time to File Defendant's Opposition to Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence  to be served on plaintiff's counsel through the electronic filing system.

                    /s/
                    ALEXANDER D. SHOAIBI
                    Assistant United States Attorney