UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH PIERCE,** ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-1989 (RMU/DAR) |
| ) | |
| v. ) | |
| ) | |
| **R. JAMES NICHOLSON,** ) | |
| Secretary, U.S. Department of ) | |
| Veteran's Affairs, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION FOR A TWO BUSINESS DAY EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant, by counsel, moves for a two business day extension of time to file its Opposition to Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence. The Court should grant this motion for the following reasons:

1. Although undersigned counsel has been working diligently on preparing defendant's opposition, he is awaiting information from defendant about facts relevant to the opposition.

2. Undersigned counsel anticipates receiving this information within the week.

3. A two business day enlargement of time will allow defendant the opportunity to obtain the information needed to complete its opposition.

2. Undersigned counsel left a voice mail message for Plaintiff's counsel to obtain his position on this motion for a two business day enlargement of time, but has not heard back from Plaintiff's counsel at the time of filing this motion.

3. Defendant is filing this motion for enlargement of time four business days in advance of the present deadline of Friday December 7, 2007.

6. Granting the requested motion would be in the interests of justice and would not unduly prejudice Plaintiff.

WHEREFORE, for the above stated reasons, Defendant, by counsel, moves that deadline for the filing of Defendant's Opposition to Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence be extended for two business days, and that Defendant's Opposition is now due on December 11, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

      I hereby certify that on this __3rd__ day of December, 2007, I caused the foregoing Motion for Two Business Day Extension of Time to File Defendant's Opposition to Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence to be served on plaintiff's counsel through the electronic filing system.

                                   /s/
                              ALEXANDER D. SHOAIBI
                              Assistant United States Attorney