UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH PIERCE,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-1989 (RMU/DAR) |
| | ) | |
| v. | ) | |
| | ) | |
| **R. JAMES NICHOLSON,** Secretary, U.S. Department of Veteran's Affairs, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER**

**UPON CONSIDERATION** of Defendant's Motion for Two Business Day Enlargement of Time to File its Opposition to Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment With Newly Discovered Evidence, and in the interests of justice, it is hereby **ORDERED** that the motion is **GRANTED**, and that Defendant's Opposition is now due on or before December 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007