UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH PIERCE,                     )
                                  )
       Plaintiff,                 )
                                  )
    v.                            )  Civil Action No. 05-1989 (RMU)
                                  )
R. JAMES NICHOLSON, Secretary     )
U.S. Department of Veterans' Affairs )
                                  )
       Defendant.                 )

**PLAINTIFF'S RESPONSES TO
DEFENDANT'S REQUESTS FOR PRODUCTION**

TO:   KATHLEEN KONOPKA
      Assistant United States Attorney
      555 4th St., NW
      Washington, DC 20530
      202-616-5309

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby furnishes the following responses to Defendant's Requests for Production.

RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1**

Please produce all documents that relate in any manner to Equal Employment Opportunity ("EEO") counseling that you received concerning the allegations comprised in your Complaint.

**RESPONSE TO REQUEST NO. 1**

Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

- Memorandum for Records;



- Faxed Documents Forwarded to EEO in Support of Claim;
- Accomplishments and Records;
- Positions Applied for and Not Selected;
- Harassment Concerning Detailed Position;
- Lead Patient Position Abolished / Director of Patient Advocacy Established;
- Statement of Sanford Garfunkel;
- Statement of David West
- Statement of Lawan Houston.

**REQUEST NO. 2** Please produce all documents and records that relate to your previous EEO complaints which form the basis of your retaliation claim in this case, including but not limited to, a statement of Sanford Garfunkel referenced in your deposition regarding his knowledge of your EEO activity and a statement referenced by you in the Report of Investigation ("ROI") indicating that Mr. Garfunkel was unhappy with Bill Sivley's performance.

## RESPONSE TO REQUEST NO. 2

Plaintiff identifies the following documents:

- EEO Packet Overview;
- EEO Investigative Report Overview;
- Memorandum for Records;
- Faxed Documents Forwarded to EEO in Support of Claim;
- Accomplishments and Records;
- Positions Applied for and Not Selected;
- Harassment Concerning Detailed Position;
- Lead Patient Position Abolished / Director of Patient Advocacy Established;
- Statement of Sanford Garfunkel;
- Statement of David West

- Statement of Lawan Houston.

**REQUEST NO. 3**  Please produce copies of all medical records or other records describing, relating to, supporting or contradicting your claim for compensatory damages in this action, not limited to but including records of all counseling and/or treatment by any EAP counselor including, but not limited to, Chaplain Cross. Additionally, please execute the release provided such that Defendant may obtain those records. Also, include all documentary evidence of any and all damages, whether economic or non-economic, claimed by you.

## RESPONSE TO REQUEST NO. 3

Plaintiff identifies the following documents:

- Memorandum for Records;
- Accomplishments and Records;
- Medical Record Release

**REQUEST NO. 4**  Please produce any and all documents, writings, reports, tape recordings, videos, photographs, or other exhibits that you intend to offer at the trial in this matter.

## RESPONSE TO REQUEST NO. 4

Plaintiff identifies the following documents:

- EEO Packet Overview;
- EEO Investigative Report Overview;
- Memorandum for Records;
- Faxed Documents Forwarded to EEO in Support of Claim;
- Accomplishments and Records;
- Positions Applied for and Not Selected;
- Harassment Concerning Detailed Position;
- Lead Patient Position Abolished / Director of Patient Advocacy Established;
- Statement of Sanford Garfunkel;

- Statement of David West

- Statement of Lawan Houston.

**REQUEST NO. 5**  Please provide copies of all personal notes, diaries, files, tape recordings, videos, memoranda, or emails not otherwise privileged generated by Plaintiff in regard to his allegations against the Veterans' Administration ("VA").

**RESPONSE TO REQUEST NO. 5**

Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

- Memorandum for Records;

- Faxed Documents Forwarded to EEO in Support of Claim;

- Accomplishments and Records;

- Positions Applied for and Not Selected;

- Harassment Concerning Detailed Position;

- Lead Patient Position Abolished / Director of Patient Advocacy Established;

- Statement of Sanford Garfunkel;

- Statement of David West

- Statement of Lawan Houston.

**REQUEST NO. 6**  Please provide the current curriculum vitae of any expert you intend to offer at the time of trial in this case. Please also provide all reports, writings, records, correspondence, tests, test results, evaluations, and any matter generated or relied upon by any expert you intend to call at trial.

**RESPONSE TO REQUEST NO. 6**

None

**REQUEST NO. 7**  Please produce each and every document that substantiates the allegations contained in the Complaint and indicate to which paragraph in the Complaint the documents relate.

**RESPONSE TO REQUEST NO. 7**

Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

- Memorandum for Records;

- Faxed Documents Forwarded to EEO in Support of Claim;

- Accomplishments and Records;

- Positions Applied for and Not Selected;

- Harassment Concerning Detailed Position;

- Lead Patient Position Abolished / Director of Patient Advocacy Established;

- Statement of Sanford Garfunkel;

- Statement of David West

- Statement of Lawan Houston.

**REQUEST NO. 8**  Please produce any document or evidence which might be considered admissions and/or impeaching evidence or materials.

**RESPONSE TO REQUEST NO. 8**

Plaintiff objects to this interrogatory because it is over-broad and seeks privileged material. Notwithstanding this objection, Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

- Memorandum for Records;

- Faxed Documents Forwarded to EEO in Support of Claim;

- Accomplishments and Records;

- Positions Applied for and Not Selected;

- Harassment Concerning Detailed Position;

- Lead Patient Position Abolished / Director of Patient Advocacy Established;

- Statement of Sanford Garfunkel;

- Statement of David West

- Statement of Lawan Houston.

**REQUEST NO. 9**  Please identify and provide copies of all regulations and policies that you allege were violated or misapplied in regard to the selection process for the Director of Patient Advocacy.

**RESPONSE TO REQUEST NO. 9**

Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

- Memorandum for Records;

- Faxed Documents Forwarded to EEO in Support of Claim;

- Accomplishments and Records;

- Positions Applied for and Not Selected;

- Harassment Concerning Detailed Position;

- Lead Patient Position Abolished / Director of Patient Advocacy Established;

**REQUEST NO. 10**  Please provide all documents, including but not limited to emails, which concern inquiries you made and responses you received regarding the position of the Director of the Office of Patient Advocacy.

Plaintiff identifies the following documents:

- EEO Packet Overview;

- EEO Investigative Report Overview;

7

- Memorandum for Records;

- Faxed Documents Forwarded to EEO in Support of Claim;

- Accomplishments and Records;

- Positions Applied for and Not Selected;

- Harassment Concerning Detailed Position;

- Lead Patient Position Abolished / Director of Patient Advocacy Established;

- Statement of Sanford Garfunkel;

- Statement of David West

- Statement of Lawan Houston.

Respectfully Submitted,

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Phone  (301) 599-7620
Fax     (301) 599-7623
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September, 2006, a copy of the foregoing Plaintiff's Responses to Defendant's Requests for Production was served by Federal Express upon:

KATHLEEN KONOPKA
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202-616-5309

Jimmy A. Bell, Esq.