UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-1989 (RMU) |
| | ) |
| GORDON H. MANSFIELD, Acting | ) |
| Secretary, U.S. Department. of | ) |
| Veterans' Affairs, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment Based on Newly Discovered Evidence. After considering the motion, opposition, any reply thereto, the applicable law, and the record herein, it is, this _____ day of _____, 2007,

ORDERED that Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion for Summary Judgment Based on Newly Discovered Evidence is denied.

 

_____
Ricardo M. Urbina
United States District Judge

cc:   Counsel of record via ECF