Dec 18 2007 9:03PM    HP LASERJET FAX

2027458538    Mid Atlantic Region    01:26.01 p.m.    12-18-2007    1 /1

### Dee Dee S. Chavers

*PO Box 6464*
*Waldorf, Maryland 20603-6464*
*(301) 638-2114*
*(202) 745-8000 extension 7265*

## Affidavit

I am over 18 years old.

During the time Mr. Pierce interviewed for the Director of Patient Advocate position, I was in the Director's Suite making copies when Mr. Brandon Bentley, Mr. Martin Wiseman, Ms. Terry Ross and Ms. Michelle Spivak exited the Associate Directors' Office discussing Mr. Pierce's performance during the interview. Mr. Bentley spoke very confidently and positively of Mr. Pierce, his credentials, the fact that Mr. Pierce is a veteran who understands veterans' issues and Mr. Pierce being the best qualified person for the job. Everyone in the group, except Ms. Ross, nodded affirmatively. As Mr. Bentley continued to speak and the group walked passed me Ms. Ross said more than once "but we do not want him." I did not come forward with this statement earlier for many reasons: *firstly*, I was not aware Mr. Pierce filed a complaint (for non-selection). *Secondly*, when I learned Mr. Pierce had, in fact, filed a complaint I was reluctant to share what I heard because leaders in this agency have a history of reprisal and I did not want to be the recipient of their acrimony. I still do not but after much consideration, I decided to set my fears aside and do the right thing.

I swear under penalty of perjury that the above information is true.

_____          Dec. 18, 2007
DEE DEE S. CHAVERS                                Date

