**From:** JIMBELLESQ@aol.com
**To:** alexander.d.shoaibi@usdoj.gov ; carol.lane@mail.va.gov
**Sent:** Wednesday, September 12, 2007 9:13 AM
**Subject:** New evidence in PIERCE v. NICHOLSON 05-cv-01989-RMU-DAR

Mr. Shoaibi,

I have newly discovered evidence that was not available to me when I filed my opposition. I am filing a motion with the court to have the court consider this new evidence when deciding Defendant's Motion for Summary Judgment. I have attached a copy of here statement. This new evidence will show that the Government's articulated reasons are not true.

The new evidence is a statement from Dee Dee S. Chavers where she states:

> During the time Mr. Pierce interviewed for the Director of Patient Advocate position, I was in the Director's Suite making copies when Mr. Brandon Bentley, Mr. Martin Wiseman, Ms. Terry Ross and Ms. Michelle Spivak exited the Associate Directors' Office discussing Mr. Pierce's performance during the interview. Mr. Bentley spoke very confidently and positively of Mr. Pierce, his credentials, the fact that Mr. Pierce is a veteran who understands veterans' issues and Mr. Pierce being the best qualified person for the job. Everyone in the group, except Ms. Ross, nodded affirmatively. As Mr. Bentley continued to speak and the group walked passed me Ms. Ross said more than once "but we do not want him." I did not come forward with this statement earlier for many reasons:firstly, I was not aware Mr. Pierce filed a complaint (for non-selection). Secondly, when I learned Mr. Pierce had, in fact, filed a complaint I was reluctant to share what I heard because leaders in this agency have a history of reprisal and I did not want to be the recipient of their acrimony. I still do not but after much consideration, I decided to set my fears aside and do the right thing.

Do you consent to this motion?

Jim Bell

