UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH PIERCE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-1989 (RMU) |
| | : | |
| v. | : | Document Nos.: 30, 38 |
| | : | |
| GORDON H. MANSFIELD,[1] | : | |
| Acting Secretary, | : | |
| U.S. Department of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO DISMISS;
GRANTING THE PLAINTIFF'S MOTION TO SUPPLEMENT HIS OPPOSITION;
GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of January, 2008,

**ORDERED** that the plaintiff's motion to supplement his opposition to the defendant's motion to dismiss, or in the alternative motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion to dismiss is **GRANTED in Part**; and it is

**ORDERED** that the defendant's motion for summary judgment is **GRANTED in Part**.

**SO ORDERED**.

                                                            RICARDO M. URBINA
                                                     United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), if a public officer named as a party to an action in his official capacity ceases to hold office, the court will automatically substitute that officer's successor.